

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

Jeanne LoCicero
Legal Director

973-854-1715
jlocicero@aclu-nj.org

**VIA CM/ECF**

April 25, 2025

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court, District of New Jersey
U.S. Post Office & Courthouse
Newark, New Jersey 07101

  Re: *Student Doe #1, et al. v. Noem, et al.*, No. 2:25-cv-02998-KSH-AME

Dear Judge Hayden:

I write in response to the Court's text order from today, ECF 16, regarding attendance for the April 28, 2025, status/scheduling conference.

Counsel for the Government has advised me that Assistant United States Attorney John T. Stinson will participate for Defendants.

On behalf of the Plaintiffs, Jeanne LoCicero, Molly K.C. Linhorst, Lawrence S. Lustberg, Ruth O'Herron, Leena Khandwala, Jason Hernandez, and Jessica Rofé will be in attendance. We will advise the Court at the start of the conference which counsel of record will be lead counsel for the Plaintiffs during the conference.

We appreciate the Court's consideration.

Respectfully submitted,

*s/ Jeanne LoCicero*
Jeanne LoCicero
American Civil Liberties Union
of New Jersey Foundation
P.O. Box 32159
Newark, New Jersey 07102
973-854-1715
jlocicero@aclu-nj.org
*Co-counsel for Plaintiffs*

cc: All Counsel of Record (via CM/ECF)