**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** April 29, 2025
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 25-cv-2998**

STUDENT DOE #1, et al

vs.

NOEM, et al

**APPEARANCES:**
Jeanne LoCicero, Lawrence S. Lustberg, Ruth O'Herron, ESQ., Molly K.C. Linhorst, Attorneys for Plaintiff
Leena Khandwala, Jason Hernandez, and Farrin R. Anello, appearing telephonically on behalf of the Plaintiff
John T. Stinson, and Kristin Vassallo AUSA, for the Government.

**Nature of Proceedings**: Status/Scheduling Conference continued [D.E. 2] Motion For TRO Scheduling/Status Conference continued.
Ordered supplemental papers, bundled, due by Monday 5/5 at 9:00 a.m.
Oral Argument scheduled for Wednesday, 5/7/25 at 10:00 a.m.
Order to be entered.

**Time Commenced:** 3:15 p.m.
**Time Adjourned:** 4:00 p.m.

Christine Melillo, Courtroom Deputy
to the Honorable Katharine S. Hayden, U.S.D.J.
