UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1, Student DOE #2, Student DOE #3, Student DOE #4, Student DOE #5, and Student DOE #6,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement, Ricky J. PATEL, in his official capacity as Newark Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, and John TSOUKARIS, in his official capacity as Newark Field Office Director, Enforcement and Removal Operation, U.S. Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No. 2:25-cv-2998-KSH-AME<br><br>**ORDER** |

On Friday, April 25, 2025, counsel for Plaintiffs having informed the Court (D.E. 14) of changes in Plaintiffs' SEVIS status, upon which information the Court having held a status/scheduling conference on the record on Monday, April 28, 2025 and Tuesday, April 29, 2025, and good cause appearing,

IT IS on this 29th day of April, 2025, ORDERED as follows:

1. The Court's April 23, 2025 order (D.E. 10) that "[p]ending further order of the Court, defendants are enjoined from transferring plaintiffs out of this Court's jurisdiction, or taking them into custody, or arresting or detaining them" remains in effect.

2. Pending further order of the Court, Defendants shall not directly or indirectly enforce, implement, or otherwise impose any consequences arising out of the Defendants' prior decision

1

to terminate Plaintiffs' SEVIS records or F-1 status, without at least 30 days' written notice to the Court and to the Plaintiffs and their counsel.

3. Defendants shall retain the authority to terminate SEVIS records for other lawful reasons, such as if Plaintiffs fail to maintain their nonimmigrant status after their record is reactivated or engages in such unlawful activity as would render them removable from the United States under the Immigration and Naturalization Act, *provided however*, that pending further order of the Court, Defendants shall not terminate these Plaintiffs' SEVIS records, F-1 status, or F-1 visas, without providing at least 30 days' notice to the Plaintiffs and their counsel so that they may make any appropriate application to the Court.

4. If and when Defendants develop a policy for SEVIS termination, Plaintiffs shall have the opportunity, within 14 days of receiving notice thereof, to amend their complaint accordingly to address that policy, if applicable to them.

5. A hearing is set on Plaintiffs' motion for a Temporary Restraining Order (D.E. 2) on Wednesday, May 7, 2025, at 10:00 a.m. before the undersigned. Plaintiffs and Defendants shall simultaneously file briefs no later than Monday, May 5, 2025, at 9:00 a.m.

This Order shall take effect immediately upon entry and shall remain in effect until further order of the Court.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.