## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Student DOE #1, Student DOE #2, Student DOE #3, Student DOE #4, Student DOE #5, and Student DOE #6, | |
| *Plaintiffs*, | |
| v. | Case No. 25-cv-02998-KSH-AME |
| Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement, Ricky J. PATEL, in his official capacity as Newark Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, and John TSOUKARIS, in his official capacity as Newark Field Office Director, Enforcement and Removal Operation, U.S. Immigration and Customs Enforcement, | **SECOND DECLARATION OF MOLLY K.C. LINHORST** |
| *Defendants*. | |

I, Molly K.C. Linhorst, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge.

1. I am an attorney at the American Civil Liberties Union of New Jersey Foundation, and co-counsel for Plaintiffs.

2. Attached hereto, at the exhibits listed below, are true and correct copies of the following materials:

   A. Plaintiffs' SEVIS Records as of May 3 or May 5, 2025.

   B. A copy of the Certified Transcript of Hearing on Motion for Preliminary Injunction in the matter of *Patel v. Lyons*, No. 1:25-cv-01096-ACR (D.D.C.).

   C. A photograph of the statement Defendants' counsel provided to Plaintiffs' counsel at the April 28, 2025 status conference in this matter.

   D. A document dated April 26, 2025, and titled "Broadcast Message: SEVIS Notice

1

– Policy Regarding Termination of Records," filed in the District of Arizona by Defendants Noem, Lyons, and others. *See Ariz. Student DOE 2 v. Trump*, No. 4:25-cv-00175 (D. Ariz.), ECF No. 13-1.

E.   An article by Lauren Irwin published by The Hill on March 17, 2025, entitled "Homan on Deportation Flights: 'I Don't Care What the Judges think.'" The article is available at https://thehill.com/homenews/administration/5198604-border-czar-trump-deportation/.

F.   A transcript of President Trump's May 4, 2025, interview on Meet the Press with Kristen Welker, available at https://www.nbcnews.com/meet-the-press/meet-press-may-4-2025-n1312074.

G.   A tweet on X (formerly Twitter) by JD Vance (@JDVance) dated April 15, 2025. The tweet is available at https://x.com/JDVance/status/1912320489261027374.

H.   A transcript of President Trump's interview with ABC News on April 29, 2025 marking the 100-day milestone of his second term, available at https://abcnews.go.com/US/full-transcript-trumps-exclusive-100-days-broadcast-interview/story?id=121291672.

I.   An article by Tony Dokoupil and Caitlin Yilek published by CBS News on April 30, 2025, entitled "Kristi Noem Says If Kilmar Abrego Garcia Was Sent Back to U.S. 'We Would Immediately Deport Him Again.'" The article is available at https://www.cbsnews.com/news/kristi-noem-kilmar-abrego-garcia-trump-deport/.

J.   An article by Alexandra Berzon, et al., published by the New York Times on April 10, 2025, entitled "Social Security Lists Thousands of Migrants as Dead to Prompt Them to 'Self-Deport.'" The article is available at https://www.nytimes.com/2025/04/10/us/politics/migrants-deport-social-security-doge.html.

K.   An article by Liam Knox published by Inside Higher Ed on May 2, 2025, entitled "*ICE Expands Student Deportation Powers.*" The article is available at https://www.insidehighered.com/news/global/international-students-us/2025/05/02/new-ice-policy-puts-international-students-greater.

L.   An article by Nate Raymond published by Reuters on April 25, 2025, entitled "*Trump Administration to Restore Foreign Students' Legal Status, For Now.*" The article is available at https://www.reuters.com/world/us/trump-administration-restore-foreign-students-legal-status-now-2025-04-25/.

Dated: May 5, 2025                                    Respectfully submitted,
New York, NY

                                                     */s/* Molly K.C. Linhorst
                                                     Molly K.C. Linhorst

American Civil Liberties Union
of New Jersey Foundation
570 Broad Street, 11th Floor
Newark, NJ 07102
Tel: (973) 854-1731
mlinhorst@aclu-nj.org

# Exhibit A

## Event History



F-1 Student

**Rutgers, the State University of New Jersey -**

Start Date:                 End
Date:

Status: **ACTIVE**
SEVIS ID:

Return

**Enter the date range and click the button to filter by event date**

Search: [_____]

From: [_____]  To: [_____]  [Filter]

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Portal Status: Account Unlocked** | 04/30/2025 13:19:10 | ACTIVE | PORTAL |
| ⊕ **Portal Status: Account Unlocked** | 04/30/2025 13:13:18 | ACTIVE | PORTAL |
| **Portal Updated with SEVIS Changes** | 04/26/2025 19:04:03 | ACTIVE | PORTAL |
| **OPT Correction Made** | 04/26/2025 18:35:49 | ACTIVE | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 04-APR-25 | 18-JUL-25 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Manual Data Change** | 04/26/2025 18:35:49 | ACTIVE | SEVIS Maintenance |
| **Manual Data Change** | 04/08/2025 00:06:10 | TERMINATED | SEVIS Maintenance |
| **Portal Updated with SEVIS Changes** | 04/04/2025 18:29:15 | TERMINATED | PORTAL |
| **Manual Data Change** | 04/04/2025 17:31:11 | TERMINATED | SEVIS Maintenance |
| **OPT Actual End Date Updated** | 04/04/2025 17:31:11 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Actual End Date | 18-JUL-25 | 04-APR-25 |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Terminate - User Termination** | 04/04/2025 17:31:11 | TERMINATED | SEVIS Maintenance |

| Event Name | | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHERWISE FAILING TO MAINTAIN STATUS |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |
| Remarks | Student will complete all degree requirements and is thus eligible for post completion OPT. Student intends to engage in practical training that is directly related to their field of study and commensurate with the level of study. | |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 02/11/2025 19:03:17 | ACTIVE | PORTAL |
| | **OPT Employer Added** ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓ | 02/11/2025 18:21:57 | ACTIVE | Chelsea Jeffries |
| | **Portal Status: Account Unlocked** | 02/01/2025 10:36:30 | ACTIVE | PORTAL |
| ➕ | **Portal Status: Account Unlocked** | 02/01/2025 10:36:29 | ACTIVE | PORTAL |
| | **Portal Updated with SEVIS Changes** | 12/10/2024 17:03:48 | ACTIVE | PORTAL |
| | **OPT Employer Added** ▓▓▓▓▓▓▓▓ ▓ | 12/10/2024 16:31:33 | ACTIVE | Chelsea Jeffries |
| ➕ | **OPT Employer Information Update** ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 12/10/2024 16:29:38 | ACTIVE | Chelsea Jeffries |
| | **Portal Status: Account Unlocked** | 11/02/2024 23:21:34 | ACTIVE | PORTAL |
| ➕ | **Portal Status: Account Unlocked** | 11/02/2024 23:21:33 | ACTIVE | PORTAL |
| | **Portal Status: Account Locked** | 11/02/2024 23:19:18 | ACTIVE | PORTAL |
| ➕ | **Portal Status: Account Locked** | 11/02/2024 23:17:48 | ACTIVE | PORTAL |
| | **Portal Status: Account Unlocked** | 11/02/2024 23:13:09 | ACTIVE | PORTAL |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ✚ **Portal Status: Account Unlocked** | 11/02/2024 23:13:07 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:12:15 | ACTIVE | PORTAL |
| ✚ **Portal Status: Account Locked** | 11/02/2024 23:11:35 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:11:02 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:10:46 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:09:58 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:09:56 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:07:54 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:07:53 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:05:14 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:05:02 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 23:03:42 | ACTIVE | PORTAL |
| ✚ **Portal Status: Account Unlocked** | 11/02/2024 23:03:41 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:56 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:42 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:41 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:40 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:38 | ACTIVE | PORTAL |
| **Portal Status: Account Locked** | 11/02/2024 23:02:36 | ACTIVE | PORTAL |
| ✚ **Portal Status: Account Locked** | 11/02/2024 23:02:35 | ACTIVE | PORTAL |
| **Portal Status: Account Unlocked** | 11/02/2024 22:57:43 | ACTIVE | PORTAL |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ⊕ **Portal Status: Account Unlocked** | 11/02/2024 22:57:41 | ACTIVE | PORTAL |
| **Portal Updated with SEVIS Changes** | 08/27/2024 23:00:33 | ACTIVE | PORTAL |
| **OPT Employer Added** ███████████ ███████████ | 08/27/2024 11:35:00 | ACTIVE | Yang You |
| ⊕ **Address Update - Physical** | 08/23/2024 20:45:21 | ACTIVE | PORTAL |
| ⊕ **Telephone Information Updated** | 08/23/2024 20:45:21 | ACTIVE | PORTAL |
| **Portal Updated with SEVIS Changes** | 08/09/2024 10:47:13 | ACTIVE | PORTAL |
| **OPT Approve for Post-Completion OPT** | 08/09/2024 09:01:36 | ACTIVE | System Interface |
| **Portal Updated with SEVIS Changes** | 08/06/2024 11:04:18 | ACTIVE | PORTAL |
| **OPT Approve for Post-Completion OPT** | 08/06/2024 09:01:40 | ACTIVE | System Interface |
| ⊕ **Address Update - Physical** | 08/05/2024 09:13:04 | ACTIVE | PORTAL |
| ⊕ **Portal Status: Student Has Account** | 08/04/2024 23:18:20 | ACTIVE | PORTAL |
| **Portal Updated with SEVIS Changes** | 08/04/2024 10:43:00 | ACTIVE | PORTAL |
| ⊕ **Portal Status: Student Notified To Create Account** | 08/04/2024 10:43:00 | ACTIVE | PORTAL |
| **OPT Approve for Post-Completion OPT** | 08/04/2024 09:01:16 | ACTIVE | System Interface |
| **OPT Employment Pending** | 04/07/2024 09:00:15 | ACTIVE | System Interface |
| **OPT Recommendation for Post-Completion OPT** | 04/04/2024 19:55:58 | ACTIVE | Lauren Kramer |
| ⊕ **Program Shortened** | 04/04/2024 19:53:48 | ACTIVE | Lauren Kramer |
| ⊕ **ADIS Arrival** | 03/29/2024 05:31:14 | ACTIVE | System Interface |
| ⊕ **ADIS Arrival** | 03/27/2024 05:50:29 | ACTIVE | System Interface |
| ⊕ **ADIS Departure** | 03/05/2024 12:19:25 | ACTIVE | System Interface |
| **I-20 Reprinted** | 01/19/2024 08:47:21 | ACTIVE | LAMAR NERO |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Registration - Continuing** | 01/19/2024 02:01:16 | ACTIVE | Susan Maldonado |
| **Registration - Continuing** | 01/18/2024 01:54:56 | ACTIVE | Susan Maldonado |
| **Authorized to Drop Below Full Course** | 01/08/2024 13:10:34 | ACTIVE | Yang You |
| **Registration - Continuing** | 09/07/2023 02:18:31 | ACTIVE | Susan Maldonado |
| **ADIS Arrival** | 01/24/2023 18:52:42 | ACTIVE | System Interface |
| **Registration - Continuing** | 01/19/2023 01:48:26 | ACTIVE | Susan Maldonado |
| **ADIS Departure** | 12/26/2022 10:39:26 | ACTIVE | System Interface |
| **I-20 Reprinted** | 12/12/2022 17:48:34 | ACTIVE | LAMAR NERO |
| **Registration - Initial** | 09/08/2022 01:49:48 | ACTIVE | Susan Maldonado |
| **Address Add - Physical** | 08/30/2022 12:19:23 | INITIAL | Leigh Ellen Johnson |
| **Personal Information Updated** | 08/30/2022 12:19:23 | INITIAL | Leigh Ellen Johnson |
| **Telephone Information Updated** | 08/30/2022 12:19:23 | INITIAL | Leigh Ellen Johnson |
| **Personal Information Updated** | 08/30/2022 02:40:21 | INITIAL | Susan Maldonado |
| **ADIS Arrival** | 08/23/2022 11:29:18 | INITIAL | System Interface |
| **NIV Interface** | 06/11/2022 01:11:42 | INITIAL | System Interface |
| **I-901 Payment** | 06/06/2022 22:02:34 | INITIAL | System Interface |
| **Personal Information Updated** | 05/10/2022 01:38:27 | INITIAL | Susan Maldonado |
| **E-Mail Address Update** | 05/10/2022 01:38:27 | INITIAL | Susan Maldonado |
| **Record Created** | 03/27/2022 12:55:47 | INITIAL | SUI CHUN KU |

Return

# Event History



F-1 Student

**Rutgers, The State University of New Jersey -**

Start Date: End Date:

Status: **ACTIVE**

SEVIS ID:

Return

Enter the date range and click the button to filter by event date

Search: [_____]

From: [_____] To: [_____] [Filter]

[Expand All]

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Manual Data Change** | 04/24/2025 17:19:27 | ACTIVE | SEVIS Maintenance |
| **Manual Data Change** | 04/08/2025 00:06:08 | TERMINATED | SEVIS Maintenance |
| **Manual Data Change** | 04/04/2025 09:29:00 | TERMINATED | SEVIS Maintenance |
| ⊖ **Terminate - User Termination** | 04/04/2025 09:29:00 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHERWISE FAILING TO MAINTAIN STATUS |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Registration - Session Length Overridden for 239 Days** | 01/28/2025 09:26:02 | ACTIVE | Stephanie Otte |
| **Registration - Continuing** | 01/28/2025 09:26:02 | ACTIVE | Stephanie Otte |
| **Registration - Session Length Overridden for 239 Days** | 01/28/2025 09:25:44 | ACTIVE | Stephanie Otte |
| ⊕ **Registration - Continuing** | 01/28/2025 09:25:44 | ACTIVE | Stephanie Otte |
| **Personal Information Updated** | 10/10/2024 01:20:13 | ACTIVE | Stephanie Otte |
| ⊕ **Telephone Information Updated** | 10/10/2024 01:20:13 | ACTIVE | Stephanie Otte |
| ⊕ **E-Mail Address Update** | 10/10/2024 01:20:13 | ACTIVE | Stephanie Otte |
| ⊕ **Registration - Continuing** | 09/25/2024 09:35:37 | ACTIVE | Stephanie Otte |
| **Financial Information Updated** | 02/29/2024 11:46:42 | ACTIVE | Stephanie Otte |
| **Registration - Session Length Overridden for 241 Days** | 01/03/2024 11:41:24 | ACTIVE | Stephanie Otte |
| ⊕ **Registration - Continuing** | 01/03/2024 11:41:24 | ACTIVE | Stephanie Otte |
| ⊕ **Registration - Initial** | 09/25/2023 15:36:16 | ACTIVE | Stephanie Otte |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Transfer Completed** | 09/25/2023 15:36:16 | ACTIVE | Stephanie Otte |
| ⊕ | **Education Level - Change** | 08/22/2023 09:16:02 | INITIAL | Stephanie Otte |
| ⊕ | **Program Dates - Update** | 08/22/2023 09:16:02 | INITIAL | Stephanie Otte |
| ⊕ | **Primary Major Code Update** | 08/22/2023 09:16:02 | INITIAL | Stephanie Otte |
| ⊕ | **Address Add - Physical** | 08/22/2023 09:15:52 | DRAFT | Stephanie Otte |
| ⊕ | **Name Updated** | 08/22/2023 09:15:52 | DRAFT | Stephanie Otte |
| ⊕ | **Transfer In Initiated** | 08/20/2023 03:06:11 | DRAFT | SEVIS Maintenance |
| | **Record Created** | 06/08/2023 12:24:14 | INITIAL | Stephanie Otte |

Return

# Event History



[ Return ]

Enter the date range and click the button to filter by event date

| Expand All | Search: [_____] | From: [_____] To: [_____] | Filter |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Manual Data Change** | 04/24/2025 17:19:28 | ACTIVE | SEVIS Maintenance |
| | **Manual Data Change** | 04/08/2025 00:06:07 | TERMINATED | SEVIS Maintenance |
| | **Manual Data Change** | 04/04/2025 17:46:21 | TERMINATED | SEVIS Maintenance |
| ⊖ | **Terminate - User Termination** | 04/04/2025 17:46:21 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHERWISE FAILING TO MAINTAIN STATUS |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| ⊕ | **Registration - Continuing** | 01/24/2025 02:01:21 | ACTIVE | Chelsea Jeffries |
| ⊕ | **Registration - Continuing** | 09/05/2024 01:47:35 | ACTIVE | Chelsea Jeffries |
| ⊕ | **Authorized to Drop Below Full Course** | 08/29/2024 16:16:51 | ACTIVE | ▓▓▓▓▓▓ |
| ⊕ | **Address Update - Physical** | 08/08/2024 01:27:18 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 08/08/2024 01:27:17 | ACTIVE | Stephanie Otte |
| ⊕ | **Registration - Continuing** | 01/17/2024 01:46:36 | ACTIVE | Susan Maldonado |
| ⊕ | **Registration - Continuing** | 09/06/2023 01:57:58 | ACTIVE | Susan Maldonado |
| ⊕ | **Registration - Continuing** | 01/18/2023 02:03:11 | ACTIVE | Susan Maldonado |
| | **Personal Information Updated** | 09/20/2022 01:49:16 | ACTIVE | Susan Maldonado |
| ⊕ | **E-Mail Address Update** | 09/20/2022 01:49:16 | ACTIVE | Susan Maldonado |
| ⊕ | **Authorized to Drop Below Full Course** | 09/12/2022 09:17:45 | ACTIVE | Jacqueline Huang |
| ⊕ | **Registration - Initial** | 09/08/2022 12:09:22 | ACTIVE | Susan Maldonado |
| | **Transfer Completed** | 09/08/2022 12:09:22 | ACTIVE | Susan Maldonado |
| | **Personal Information Updated** | 08/23/2022 09:46:34 | INITIAL | LAMAR NERO |
| ⊕ | **Education Level - Change** | 05/27/2022 14:08:02 | INITIAL | Linda Costa |
| ⊕ | **Program Dates - Update** | 05/27/2022 14:08:02 | INITIAL | Linda Costa |
| ⊕ | **Address Add - Physical** | 05/27/2022 14:06:32 | DRAFT | Linda Costa |
| ⊕ | **Name Updated** | 05/27/2022 14:06:32 | DRAFT | Linda Costa |
| ⊕ | **Transfer In Initiated** | 05/19/2022 15:15:35 | DRAFT | Alyssa Morga |
| | **Record Created** | 05/19/2022 15:15:35 | INITIAL | Alyssa Morga |

Return

# Event History



[Return]

Enter the date range and click the button to filter by event date

| | | | |
|---|---|---|---|
| Expand All | Search: | | |
| | | From: | To: | Filter |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Manual Data Change** | 04/24/2025 17:19:28 | ACTIVE | SEVIS Maintenance |
| **Manual Data Change** | 04/08/2025 10:21:49 | TERMINATED | SEVIS Maintenance |
| **Terminate - User Termination** | 04/08/2025 10:21:49 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Portal Updated with SEVIS Changes** | 01/14/2025 10:09:54 | ACTIVE | PORTAL |
| **Registration - Session Length Overridden for 239 Days** | 01/14/2025 09:27:56 | ACTIVE | Stephanie Otte |
| ⊕ **Registration - Continuing** | 01/14/2025 09:27:56 | ACTIVE | Stephanie Otte |
| **Portal Updated with SEVIS Changes** | 10/17/2024 15:03:58 | ACTIVE | PORTAL |
| ⊕ **Registration - Continuing** | 10/17/2024 13:52:42 | ACTIVE | Stephanie Otte |
| ⊕ **Program Extension** | 10/17/2024 13:51:53 | ACTIVE | Stephanie Otte |
| ⊕ **Program Extension** | 10/17/2024 13:51:05 | ACTIVE | Stephanie Otte |
| **Financial Information Updated** | 10/17/2024 13:50:49 | ACTIVE | Stephanie Otte |
| **Portal Updated with SEVIS Changes** | 09/04/2024 03:09:53 | ACTIVE | PORTAL |
| ⊕ **Registration - Continuing** | 09/04/2024 02:06:57 | ACTIVE | Stephanie Otte |
| **Portal Updated with SEVIS Changes** | 04/12/2024 15:07:44 | ACTIVE | PORTAL |
| ⊕ **Portal Status: Student Notified To Create Account** | 04/12/2024 15:07:44 | ACTIVE | PORTAL |
| **CPT Employment** | 04/12/2024 14:16:04 | ACTIVE | Stephanie Otte |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 01/03/2024 12:14:34 | ACTIVE | PORTAL |
| | **Registration - Session Length Overridden for 241 Days** | 01/03/2024 11:44:13 | ACTIVE | Stephanie Otte |
| ⊕ | **Registration - Continuing** | 01/03/2024 11:44:13 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/02/2023 03:12:17 | ACTIVE | PORTAL |
| ⊕ | **Registration - Continuing** | 09/02/2023 01:58:09 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 01/19/2023 13:12:11 | ACTIVE | PORTAL |
| ⊕ | **Portal Status: Portal EMail Account Changed** | 01/19/2023 13:12:10 | ACTIVE | PORTAL |
| | **Personal Information Updated** | 01/18/2023 02:07:33 | ACTIVE | Stephanie Otte |
| ⊕ | **E-Mail Address Update** | 01/18/2023 02:07:33 | ACTIVE | Stephanie Otte |
| ⊕ | **Address Update - Physical** | 01/18/2023 02:07:33 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 01/09/2023 16:11:54 | ACTIVE | PORTAL |
| | **Registration - Session Length Overridden for 240 Days** | 01/09/2023 15:27:03 | ACTIVE | Stephanie Otte |
| ⊕ | **Registration - Continuing** | 01/09/2023 15:27:03 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/14/2022 03:02:14 | ACTIVE | PORTAL |
| ⊕ | **Portal Status: Portal EMail Account Changed** | 09/14/2022 03:02:13 | ACTIVE | PORTAL |
| ⊕ | **Address Update - Physical** | 09/14/2022 01:52:13 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 09/14/2022 01:52:13 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 09/14/2022 01:52:12 | ACTIVE | Stephanie Otte |
| ⊕ | **E-Mail Address Update** | 09/14/2022 01:52:12 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/09/2022 14:59:43 | ACTIVE | PORTAL |
| ⊕ | **Registration - Continuing** | 09/09/2022 14:01:53 | ACTIVE | Stephanie Otte |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 09/09/2022 03:08:00 | ACTIVE | PORTAL |
| ✚ | **Portal Status: Portal EMail Account Changed** | 09/09/2022 03:07:59 | ACTIVE | PORTAL |
| ✚ | **Address Update - Physical** | 09/09/2022 01:52:21 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 09/09/2022 01:52:21 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 09/09/2022 01:52:20 | ACTIVE | Stephanie Otte |
| ✚ | **E-Mail Address Update** | 09/09/2022 01:52:20 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 01/18/2022 11:01:12 | ACTIVE | PORTAL |
| | **Registration - Session Length Overridden for 240 Days** | 01/18/2022 10:06:43 | ACTIVE | Stephanie Otte |
| ✚ | **Registration - Continuing** | 01/18/2022 10:06:43 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/03/2021 10:52:53 | ACTIVE | PORTAL |
| ✚ | **Registration - Continuing** | 09/03/2021 09:45:59 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/02/2021 03:03:43 | ACTIVE | PORTAL |
| ✚ | **Portal Status: Portal EMail Account Changed** | 09/02/2021 03:03:42 | ACTIVE | PORTAL |
| | **Personal Information Updated** | 09/02/2021 01:50:11 | ACTIVE | Stephanie Otte |
| ✚ | **E-Mail Address Update** | 09/02/2021 01:50:11 | ACTIVE | Stephanie Otte |
| ✚ | **Address Update - Physical** | 09/02/2021 01:50:11 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 08/25/2021 03:10:32 | ACTIVE | PORTAL |
| ✚ | **Portal Status: Portal EMail Account Changed** | 08/25/2021 03:10:31 | ACTIVE | PORTAL |
| ✚ | **Address Update - Physical** | 08/25/2021 02:04:23 | ACTIVE | Stephanie Otte |
| | **Personal Information Updated** | 08/25/2021 02:04:23 | ACTIVE | Stephanie Otte |
| ✚ | **E-Mail Address Update** | 08/25/2021 02:04:23 | ACTIVE | Stephanie Otte |

| | Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|---|
| | **Portal Updated with SEVIS Changes** | 02/05/2021 02:16:13 | ACTIVE | PORTAL |
| ✚ | **Portal Status: Portal EMail Account Changed** | 02/05/2021 02:16:12 | ACTIVE | PORTAL |
| | **Personal Information Updated** | 02/05/2021 01:28:37 | ACTIVE | Stephanie Otte |
| ✚ | **E-Mail Address Update** | 02/05/2021 01:28:37 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 01/11/2021 17:03:05 | ACTIVE | PORTAL |
| | **Registration - Session Length Overridden for 239 Days** | 01/11/2021 16:11:02 | ACTIVE | Stephanie Otte |
| ✚ | **Registration - Continuing** | 01/11/2021 16:11:02 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 12/16/2020 02:07:39 | ACTIVE | PORTAL |
| ✚ | **Portal Status: Portal EMail Account Changed** | 12/16/2020 02:07:39 | ACTIVE | PORTAL |
| | **Personal Information Updated** | 12/16/2020 01:11:19 | ACTIVE | Stephanie Otte |
| ✚ | **E-Mail Address Update** | 12/16/2020 01:11:19 | ACTIVE | Stephanie Otte |
| | **Portal Updated with SEVIS Changes** | 09/01/2020 16:35:31 | ACTIVE | PORTAL |
| ✚ | **Registration - Initial** | 09/01/2020 14:47:18 | ACTIVE | Stephanie Otte |
| | **Transfer Completed** | 09/01/2020 14:47:18 | ACTIVE | Stephanie Otte |
| ✚ | **Program Dates - Update** | 09/01/2020 14:46:59 | INITIAL | Stephanie Otte |
| ✚ | **Primary Major Code Update** | 09/01/2020 14:46:59 | INITIAL | Stephanie Otte |
| ✚ | **Address Add - Physical** | 09/01/2020 14:46:41 | DRAFT | Stephanie Otte |
| ✚ | **Name Updated** | 09/01/2020 14:46:41 | DRAFT | Stephanie Otte |
| ✚ | **Transfer In Initiated** | 09/01/2020 03:05:42 | DRAFT | SEVIS Maintenance |
| | **Record Created** | 08/27/2020 12:14:17 | INITIAL | Stephanie Otte |

Return

# Event History



F-1 Student

**Rutgers, the State University of New Jersey -**

Start Date:    End Date:

Status: **ACTIVE**
SEVIS ID:

Return

SEVIS Eligibility 205/05/05/05

**Enter the date range and click the button to filter by event date**

| Expand All | Search: [            ] |
|---|---|

From: [            ]  To: [            ]  [Filter]

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| **Manual Data Change** | 04/26/2025 18:35:53 | ACTIVE | SEVIS Maintenance |
| **Manual Data Change** | 04/08/2025 09:12:53 | TERMINATED | SEVIS Maintenance |
| ➖ **Terminate - User Termination** | 04/08/2025 09:12:53 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---|---|---|
| Termination Reason | | OTHER |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|---|---|---|---|
| ➕ **Registration - Continuing** | 02/02/2025 01:06:18 | ACTIVE | Chelsea Jeffries |
| ➕ **Registration - Continuing** | 09/05/2024 01:46:55 | ACTIVE | Stephanie Otte |
| ➕ **Authorized to Drop Below Full Course** | 04/09/2024 11:04:03 | ACTIVE | ███████ |
| ➕ **Registration - Continuing** | 01/31/2024 07:50:17 | ACTIVE | Susan Maldonado |
| ➕ **Registration - Continuing** | 09/14/2023 14:32:12 | ACTIVE | Susan Maldonado |
| ➕ **Authorized to Drop Below Full Course** | 09/12/2023 07:04:54 | ACTIVE | ███████ |
| ➕ **Registration - Continuing** | 01/19/2023 01:52:02 | ACTIVE | Susan Maldonado |
| ➕ **Registration - Initial** | 09/29/2022 11:56:00 | ACTIVE | Susan Maldonado |
| **Transfer Completed** | 09/29/2022 11:56:00 | ACTIVE | Susan Maldonado |
| **Personal Information Updated** | 09/29/2022 11:55:10 | INITIAL | Susan Maldonado |
| ➕ **Telephone Information Updated** | 09/29/2022 11:55:10 | INITIAL | Susan Maldonado |
| ➕ **E-Mail Address Update** | 09/29/2022 11:55:10 | INITIAL | Susan Maldonado |
| ➕ **Education Level - Change** | 09/09/2022 15:16:28 | INITIAL | SUI CHUN KU |
| ➕ **Program Dates - Update** | 09/09/2022 15:16:28 | INITIAL | SUI CHUN KU |
| ➕ **Address Add - Physical** | 09/09/2022 15:13:28 | DRAFT | SUI CHUN KU |
| ➕ **Name Updated** | 09/09/2022 15:13:28 | DRAFT | SUI CHUN KU |
| ➕ **Transfer In Initiated** | 09/09/2022 10:01:21 | DRAFT | Stephanie A. Acuna |
| **Record Created** | 09/09/2022 10:01:20 | INITIAL | Stephanie A. Acuna |

[Return]

# Event History



[ Return ]

SEVIS - Eligibility History

**Enter the date range and click the button to filter by event date**

| Search: | | | |
|---------|---|---|---|

Expand All

From: [          ] To: [          ] Filter

| Event Name | Event Date | Resulting Status | Performed By |
|------------|------------|------------------|--------------|
| **Manual Data Change** | 04/26/2025 16:20:43 | ACTIVE | SEVIS Maintenance |
| **Manual Data Change** | 04/08/2025 00:06:12 | TERMINATED | SEVIS Maintenance |
| **Manual Data Change** | 04/03/2025 10:02:37 | TERMINATED | SEVIS Maintenance |
| **Terminate - User Termination** | 04/03/2025 10:02:37 | TERMINATED | SEVIS Maintenance |

| Field Changed | Old Value | New Value |
|---------------|-----------|-----------|
| Termination Reason | | OTHERWISE FAILING TO MAINTAIN STATUS |
| Explanation | | Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated. |

| Event Name | Event Date | Resulting Status | Performed By |
|------------|------------|------------------|--------------|
| **Personal Information Updated** | 01/24/2025 01:59:48 | ACTIVE | Chelsea Jeffries |
| **E-Mail Address Update** | 01/24/2025 01:59:48 | ACTIVE | Chelsea Jeffries |
| **Telephone Information Updated** | 01/24/2025 01:59:48 | ACTIVE | Chelsea Jeffries |
| **Registration - Initial** | 01/21/2025 11:43:34 | ACTIVE | Chelsea Jeffries |
| **Address Update - Physical** | 01/20/2025 13:36:29 | INITIAL | Audrey Nguyen |
| **Personal Information Updated** | 01/20/2025 13:36:29 | INITIAL | Audrey Nguyen |
| **I-901 Payment** | 12/24/2024 21:00:03 | INITIAL | System Interface |
| **Record Created** | 12/20/2024 15:30:14 | INITIAL | Stephanie A. Acuna |

Return

# Exhibit B

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   AKSHAR PATEL,                      )
                                       )
 4            Plaintiff,               )
                                       )
 5        vs.                          )  CASE NO. 1:25-cv-01096-ACR
                                       )
 6   TODD M. LYONS, Acting             )
     Director, U.S. Immigration        )
 7   and Customs Enforcement,          )
                                       )
 8            Defendant.               )
     _____  )
 9
          TRANSCRIPT OF HEARING ON MOTION FOR PRELIMINARY INJUNCTION
10                      OR SUMMARY JUDGMENT
            BEFORE THE HONORABLE ANA C. REYES, DISTRICT JUDGE
11                    Tuesday - April 29, 2025
                       10:05 a.m. - 11:00 a.m.
12                        Washington, DC

13   FOR THE PLAINTIFF:
           Banias Law, LLC
14         BY:  BRADLEY BRUCE BANIAS
           602 Rutledge Avenue
15         Charleston, South Carolina 29403

16         Reddy Neumann Brown, P.C.
           BY:  STEVEN A. BROWN
17         10333 Richmond Avenue, Suite 1050
           Houston, Texas 77042
18

19   FOR THE DEFENDANT:
           U.S. Department of Justice, Civil Division
20         BY:  JOHNNY HILLARY WALKER, III
           601 D Street, NW
21         Washington, DC 20004

22   _____
                          SONJA L. REEVES
23                   Registered Diplomate Reporter
                     Certified Realtime Reporter
                     Federal Official Court Reporter
24                   333 Constitution Avenue, NW
                          Washington, DC 20001
25           Transcript Produced from the Stenographic Record
```

1          (Call to Order of the Court at 10:05 a.m.)

2          DEPUTY CLERK:  This is Civil Action 25-1096, *Akshar*

3   *Patel versus Todd M. Lyons*.

4          Would the parties please come forward and identify

5   themselves for the record.

6          MR. BANIAS:  Good morning, Your Honor.  Brad Banias

7   and Steven Brown for the plaintiff.

8          MR. WALKER:  Good morning, Your Honor.  Johnny Walker

9   with the United States Attorney's Office for the defendant.

10  I'm joined at counsel table by Andre Watson, the assist

11  director with Homeland Security; Macklin Everly, who is an

12  associate legal advisor in the district court litigation

13  section at ICE; and Annemarie Brennan-Linnan, chief of the

14  district court litigation section at ICE.

15         THE COURT:  What a great name you have.

16         First of all, can anyone tell me why today is also an

17  important day?  It's been on my calendar for a long time.

18  Anyone?  No one?

19         Today is the day that Rick Atkinson has released his

20  second book in the trilogy on the American Revolution.  If you

21  haven't read his World War II trilogy, I highly recommend it.

22  If you're at all interested in the founding of America and the

23  constitutional system and the Revolutionary War, I highly

24  recommend the first book.

25         The second book starts off in France with the King and

1    Marie Antoinette hanging out with Ben Franklin, and the

2    precarious situation that the French were in because they hated

3    England, they just lost the seven-year war and were super upset

4    about that, so they wanted to support the U.S., but they didn't

5    really want to be seen as supporting a bunch of rebels seeking

6    republicanism against the monarchy.

7         So if you want to hear about how we got rid of the

8    monarchy in the United States, I commend to you his second

9    book.

10        With that, Mr. Walker, I have a number of questions

11   for you about the administrative record that you filed last

12   night.

13        MR. WALKER:  Certainly.

14        THE COURT:  And thank you for doing that.

15        First -- so the first thing I have is a Tuesday,

16   April 1st, 2025 email at 4:58 p.m. from an Andre Watson to a

17   Mr. Meyers.  And Mr. Watson is the assistant director for the

18   U.S. Department of Homeland Security, ICE.  And he says, "In

19   furtherance of our student criminal alien initiative, the

20   attached letterhead," et cetera.

21        What is the student criminal alien initiative?

22        MR. WALKER:  I don't know precisely what the scope of

23   that is.  I think what you see described in this record and

24   throughout the administrative record is sort of the process

25   that Mr. Watson described.

```
 1            THE COURT:  Well, there was no process, just to be

 2   clear.  There was an email saying "here are the people," and an

 3   email saying "get rid of them all."  So we'll go through that

 4   process, but I want to know, what is the student criminal alien

 5   initiative?

 6            MR. WALKER:  Like I said, I don't know the exact scope

 7   of what that is.

 8            THE COURT:  Well, where is it?  Where can I find it?

 9            MR. WALKER:  Where is the initiative?

10            THE COURT:  Yeah, where can I find it?

11            MR. WALKER:  I believe that that's just a term that is

12   being used here by Mr. Watson to refer to what was described in

13   the declaration where ICE ran a number of students through the

14   NCIC, passed the hits along to the Department of State, and

15   then the Department of State passed the information back to ICE

16   about requesting that certain of those records be terminated in

17   SEVIS, and the records were terminated in SEVIS based on the

18   criminal record.

19            THE COURT:  Okay.  You're from DHS?

20            MR. WATSON:  Yes, ma'am.

21            THE COURT:  Do you know what the student criminal

22   alien initiative is?

23            MR. WATSON:  Yes, ma'am.

24            THE COURT:  What is it?

25            MR. WATSON:  This initiative --
```

```
 1            THE COURT:  First of all, come on up.  Are you an
 2    attorney?
 3            MR. WATSON:  No, ma'am.
 4            THE COURT:  Great.  You survived not having to go to
 5    law school, and, yet, here you are.
 6            Give me your name again, sir.
 7            MR. WATSON:  It's Andre Watson.
 8            THE COURT:  Oh, we met last time.
 9            MR. WATSON:  Yes, ma'am.
10            THE COURT:  Welcome to the DC area.
11            MR. WATSON:  Thank you.
12            THE COURT:  First of all, where can I find the student
13    criminal alien initiative?
14            MR. WATSON:  This initiative is centered at DHS
15    headquarters.
16            THE COURT:  Is it in writing anywhere?
17            MR. WATSON:  No, ma'am.
18            THE COURT:  It's just out there in the world?
19            MR. WATSON:  It's a name that was given by my staff to
20    this specific effort to scrub records from SEVIS through NCIC
21    to determine if there were positive criminality hits within
22    NCIC.
23            THE COURT:  When you say -- tell everyone what NCIC
24    is.
25            MR. WATSON:  National Crime Information Center.
```

```
 1              THE COURT:  It's a database of people, right?
 2              MR. WATSON:  Yes, ma'am.
 3              THE COURT:  It includes people who have been arrested
 4    but not tried, right?
 5              MR. WATSON:  Yes, ma'am.
 6              THE COURT:  It includes people who have been arrested
 7    but not convicted, right?
 8              MR. WATSON:  Yes, ma'am.
 9              THE COURT:  It includes people, I suppose, who have a
10    ticket for reckless driving, even if those charges were not
11    brought, right?
12              MR. WATSON:  Yes, ma'am.
13              THE COURT:  It includes people who are missing,
14    missing people records, right?
15              MR. WATSON:  Yes, ma'am.
16              THE COURT:  So when we say the -- what did you call it
17    again?  National -- what was it again?  National what?
18              MR. WATSON:  National Security Division.
19              THE COURT:  No, no, NCIC.
20              MR. WATSON:  National Crime Information Center.
21              THE COURT:  So when we say the National Crime
22    Information Center, we don't mean that everyone in the database
23    has committed a crime, right?
24              MR. WATSON:  Yes, ma'am.
25              THE COURT:  I'm right about that?
```

 1             MR. WATSON:  Yes, ma'am.

 2             THE COURT:  For example, it would be inappropriate to

 3   run NCIC for a bunch of names, have them pop up and terminate

 4   them based on that reason alone, right?

 5             MR. WATSON:  I'm sorry?

 6             THE COURT:  It would be inappropriate to run through

 7   the SEVIS database a number of names, have them pop up as being

 8   in the database, and then terminate them on that reason alone,

 9   right?  Because it could be that they were never charged.  It

10   could be that they were just there for speeding.  It could be

11   that they were just missing persons, right?

12             MR. WATSON:  That's fair, but it's done on a

13   case-by-case review, and that is what my staff endeavored to do

14   based on the positive hits that were identified.  And as such,

15   we categorized those positive hits based on the charge and any

16   disposition.  And from there, the appropriate responses were

17   categorized in spreadsheets that were then sent to the

18   Department of State.

19             THE COURT:  How big of a staff did you have doing

20   this?

21             MR. WATSON:  Rough order of magnitude, I would put it

22   between 10 to 20 federal employees.

23             THE COURT:  What exactly did they do?  How did they

24   start?

25             MR. WATSON:  I'm sorry, ma'am?

1          THE COURT:  What exactly did these 10 to 20 people do?

2          MR. WATSON:  These 10 to 20 people serve in various

3    roles as analysts --

4          THE COURT:  I don't care what they do.  I mean,

5    apparently what they did was not important enough to pull 10 to

6    20 federal employees to search a bunch of records for students

7    who were in the U.S. legally.

8          Let's put aside what they do during their day jobs and

9    just focus for me right now on what they did with respect to

10   this effort.  You got them together and you told them to do

11   what?

12         Were you in charge of this effort, sir?  You said it

13   was your staff.

14         MR. WATSON:  My staff supported the effort, so --

15         THE COURT:  Who is in charge of the effort?  Who is

16   like the head honcho on this effort?

17         MR. WATSON:  For my program office, that is acting

18   executive associate director Robert Hammer.

19         THE COURT:  Hammer?

20         MR. WATSON:  Yes, ma'am.

21         THE COURT:  Appropriate last name given what has

22   happened, but go ahead.

23         MR. WATSON:  So at the instruction of leadership, we,

24   being ICE, took action --

25         THE COURT:  Leadership at DHS?

```
 1            MR. WATSON:  Yes, ma'am.

 2            THE COURT:  You, ICE, took action.

 3            MR. WATSON:  To take the population of nonimmigrant

 4   students studying in the United States and run them through

 5   NCIC.

 6            THE COURT:  So name by name, everyone had to be run

 7   through this database?

 8            MR. WATSON:  Yes, ma'am.

 9            THE COURT:  How many people did you run through this

10   database?

11            MR. WATSON:  Just under 1.3 million.

12            THE COURT:  Are you telling me that with all of the

13   cost-cutting that we have going on right now, because

14   apparently we're spending too much money on the federal

15   government doing things like, oh, I don't know, funding cancer

16   research, can't afford to do that, that we had -- not "we,"

17   someone had 10 to 20 federal employees spend their time going

18   name by name in a database to see what hits they got for

19   1.3 million people?  Is that what happened?  Yes or no.

20            MR. WATSON:  Yes, with contract support.

21            THE COURT:  Hold on.  And once you ran -- how long did

22   that take?

23            MR. WATSON:  I would estimate between two to three

24   weeks.

25            THE COURT:  Okay.  Now, humor me.  What were these
```

1    other people who were taken away from their jobs for two to

2    three weeks putting names into a database to see what hits they

3    would get, what other things would they normally be doing?

4         MR. WATSON:  This is part of our lines of effort.  So

5    within my division annually, we are responsible for taking data

6    from various sources to determine if in fact we have overstays

7    or people that are out of status.

8         THE COURT:  When was the last time that the government

9    made an effort to take a number of employees to put all

10   students who are here on visas through the NCIC database?

11        How long have you been in your office?

12        MR. WATSON:  I've been in this role for over four

13   years.

14        THE COURT:  In your four years in the role, how often

15   has that happened, for the students -- to put all the students

16   in the U.S. here on visas through the database, NCIC database?

17        MR. WATSON:  We do in addition to students.

18        THE COURT:  No, no, I'm just asking about students.

19   When was the last time that there was an initiative somewhere

20   along the line of the student criminal alien initiative?

21        MR. WATSON:  For specific students, I'm not aware of

22   an effort at this magnitude.

23        THE COURT:  Now, of the 1.3 million people that 10 to

24   20 federal employees spent to two to three weeks -- I just want

25   to make sure I understand this.

1           If I'm one of the federal employees, I would have a

2    list of all the students here on F-1 visas, right?

3           MR. WATSON:  Uh-huh.

4           THE COURT:  And I would be given, I don't know, 1,000

5    of the names to handle.  And the first name would be Jane

6    Smith.  So I would go to the NCIC database and put in the name

7    Jane Smith, correct?

8           MR. WATSON:  In that instance, these were batch runs,

9    so based on the capabilities that already exist within --

10          THE COURT:  How many batch runs were run?

11          MR. WATSON:  I don't have the exact number.

12          THE COURT:  But enough for us to be spending time

13   going through 1.3 million people, right?

14          MR. WATSON:  Yes, ma'am.

15          THE COURT:  And out of those 1.3 million people that

16   10 to 20 federal employees spent to two to three weeks tracking

17   down in NCIC, how many of those came up as a hit in the NCIC

18   system?

19          MR. WATSON:  Over 16,000, and then from there, the

20   number went down to 13,900.

21          THE COURT:  And then what went down from there?  Hold

22   on one second.  16,000 out of 1.3 million people?

23          MR. WATSON:  Yes, ma'am.

24          THE COURT:  You want to tell me what percent that is?

25          MR. WATSON:  I don't know off the top of my head.

```
 1              THE COURT:  All right.  It's less than 1 percent.
 2   It's less than 100th of a percent.
 3              Now, of those 16,000 people --
 4              Sam, can you get me the right number since you're our
 5   math person?
 6              Of those 16,000 people, what happened next?
 7              MR. WATSON:  Continued analysis to, one, validate the
 8   match between what the NCIC record was against what the SEVIS
 9   record was.
10              THE COURT:  Because you might have a John Smith, then
11   it would be a different John Smith?
12              MR. WATSON:  Yes, ma'am.
13              THE COURT:  So when we did that, how many people came
14   out of the 16,000?
15              MR. WATSON:  Just over 6,400.
16              THE COURT:  So then we're down to 10,000.
17              MR. WATSON:  Below 10,000.
18              THE COURT:  What happened next with those 10,000?
19              MR. WATSON:  Those were consolidated on spreadsheets
20   based on close of business activities, and then referred to the
21   Department of State.
22              THE COURT:  What does "close of business activities"
23   mean?
24              MR. WATSON:  How many you can do in one day.
25              THE COURT:  Oh, so batches would go to them?
```

```
 1              MR. WATSON:  Correct.

 2              THE COURT:  And then you sent that off to State?

 3              MR. WATSON:  Yes, ma'am.

 4              THE COURT:  And then what happened?

 5              MR. WATSON:  State conducted their own analysis.

 6              THE COURT:  Do you know what State did?

 7              MR. WATSON:  No, ma'am.

 8              THE COURT:  Okay.  Go ahead.  Do you know who you were

 9    interacting with at State?

10              MR. WATSON:  Primarily, John Armstrong.

11              THE COURT:  What's his role?

12              MR. WATSON:  But in his absence, there were delegates.

13              THE COURT:  Who is Mr. Armstrong?  What's his role at

14    the State Department?

15              MR. WATSON:  He's the senior official for the Bureau

16    of Consular Affairs.

17              THE COURT:  Consular affairs, that's diplomats?

18              MR. WATSON:  I don't know.

19              THE COURT:  You don't know.  Okay.

20         So then how many hits do you get back -- you don't

21    know how many people at the State Department were running these

22    10,000 names, right?

23              MR. WATSON:  Not exactly, no, but I know we referred

24    over 6,400 to them.

25              THE COURT:  6,400 is the number you referred to them?
```

 1              MR. WATSON:  That's correct.

 2              THE COURT:  Got it.  I made a mistake.  You referred

 3    to State 6,400 names out of the 1.3 million?

 4              MR. WATSON:  Yes, ma'am.

 5              THE COURT:  Sam, can you tell me what percentage that

 6    is when you get it?

 7              MS. BLOND:  0.5 percent.

 8              THE COURT:  So less than half of a percent?

 9              MR. WATSON:  Yes, ma'am.

10              THE COURT:  How many names did State send back to you?

11              MR. WATSON:  All of the names came back, but there

12    were some who had revocations based on a valid visa.

13              THE COURT:  Tell me what that means.  What's a

14    revocation based on a valid visa?

15              MR. WATSON:  That they are in status for the purposes

16    of the visa, but State conducted revocation.

17              THE COURT:  You mean State took the visa away?

18              MR. WATSON:  I think so.

19              THE COURT:  Okay.  And State didn't tell you why they

20    did it?

21              MR. WATSON:  I did not see the State response to say

22    why.

23              THE COURT:  It's just they gave you a bunch of names

24    back -- one set of names they gave you back is these are visas

25    we revoked, right?

1    How long did that turnaround take, by the way?  You

2  gave them 6,000 names.  When did they give you back the names?

3    MR. WATSON:  The names came back as they completed

4  their activities on specific spreadsheets.

5    THE COURT:  What was the time lag for the first

6  rolling production?

7    MR. WATSON:  There was, I would estimate, within a

8  weekly cadence of responses that occurred for at least three

9  weeks.

10    THE COURT:  So we basically have another three weeks

11  of work at the State Department?

12    MR. WATSON:  I believe that's accurate.

13    THE COURT:  So they send you back a list of names of

14  people that you had sent them, and here people who were in

15  status, their visas were fine, but now State has revoked them,

16  right?

17    MR. WATSON:  There were some, yes.

18    THE COURT:  How many of those were there?

19    MR. WATSON:  By rough order of magnitude, over 3,000.

20    THE COURT:  3,000 people?

21    MR. WATSON:  Yes, ma'am.

22    THE COURT:  Who were in status, they were going about

23  their days, you send a list to State, and State sends you a

24  list of 3,000 people and we're going to revoke their visa,

25  right?

         1          MR. WATSON:  Yes, ma'am.

         2          THE COURT:  They told you to terminate those people in

         3  SEVIS, right?

         4          MR. WATSON:  Yes, ma'am.

         5          THE COURT:  Who else did they send back?

         6          MR. WATSON:  Those with expired visas.

         7          THE COURT:  And then there were people with expired

         8  visas?

         9          MR. WATSON:  Visas that are not valid, yes, ma'am.

        10          THE COURT:  And so those people they didn't need to

        11  revoke because they were already expired and they told you to

        12  terminate in SEVIS, right?

        13          MR. WATSON:  Yes, ma'am.

        14          THE COURT:  Do you have any understanding whether

        15  State reached out to any of those individuals before sending

        16  the list back to you to say, "Hey, we're about to terminate

        17  your visa," or, "Hey, why aren't you in status, why is this

        18  expired," or, "Hey, just as a heads-up, you're about to be

        19  getting, you know, a notice that you have been terminated from

        20  SEVIS and we want you to have the opportunity to tell us why

        21  you shouldn't have your visa revoked"?  Do you know if that

        22  happened?

        23          MR. WATSON:  I would defer to State on that.

        24          THE COURT:  Can you and I both agree that since you

        25  were getting these back within a week and within three weeks

1  total that there was no notice sent out?

2          MR. WATSON:  I think that's a case-by-case assessment.

3          THE COURT:  Mr. Walker, are you aware as to whether or

4  not State sent a notice to anyone?

5          MR. WALKER:  I'm not aware, Your Honor.  I want to

6  clarify one point on the discussion that was just had.  I just

7  wanted to clarify that when we're talking about the State

8  Department revoking visas, we're talking about the State

9  Department revoking a travel visa to travel into the United

10  States, not status.

11          THE COURT:  Okay.  So they were still in status?

12          MR. WALKER:  Yes, ma'am.

13          THE COURT:  Even though they were still in status and

14  validly here on status, the State Department sent them back to

15  you and told you to terminate them in SEVIS?

16          MR. WALKER:  Yes.

17          THE COURT:  All right.  Plaintiff's counsel, did

18  Mr. Patel receive any notice from State that his visa was being

19  revoked or he was about to be terminated?

20          MR. BANIAS:  No, Your Honor.  His visa was expired at

21  the time this all happened.

22          THE COURT:  He was in status?

23          MR. BANIAS:  Yes, Your Honor.

24          THE COURT:  It's okay if your visa is expired because

25  a visa just gets you into the country.  The question is whether

1    or not you're in status?

2           MR. BANIAS:  Correct, Your Honor.  He had legally and

3    properly changed his status after entering the country.

4           THE COURT:  Got it.  Your represent a number of these

5    plaintiffs, right?

6           MR. BANIAS:  Yes, Your Honor.

7           THE COURT:  How many do you represent about,

8    approximately?

9           MR. BANIAS:  Probably about 125.

10          THE COURT:  Of those, are you aware of State sending

11   or DHS or anyone sending them any kind of notice that these

12   actions were about to occur?

13          MR. BANIAS:  Not a single one.

14          THE COURT:  So then State sends you back the list, and

15   then what happens?

16          MR. WATSON:  We provided instructions to -- "we" being

17   National Security Division, working group counterthreat lead

18   development, provided instructions to the Student Exchange

19   Visitor Program.

20          THE COURT:  Say that again.  I wasn't listening.  I

21   apologize.

22          MR. WATSON:  The National Security Division

23   counterthreat lead development unit passed the list from the

24   Department of State to the Student and Exchange Visitor Program

25   to action termination in SEVIS.

```
 1            THE COURT:  So what happened was State gives it back
 2    to DHS and DHS says -- and State says terminate these people,
 3    and then you do?
 4            MR. WATSON:  Yes, ma'am.
 5            THE COURT:  I want to go through some timeline here
 6    for you so you can sort of help me out with this.
 7            MR. WATSON:  Yes, ma'am.
 8            THE COURT:  Does he have a copy of the administrative
 9    record?
10            MR. WALKER:  It's right here in front of him.
11            THE COURT:  Sir, the first email I see in the
12    administrative record is from Tuesday, April 1, 2025 at
13    4:58 p.m.  Do you see that?
14            MR. WATSON:  Yes, ma'am.
15            THE COURT:  And you sent it to Shane Meyers?
16            MR. WATSON:  Yes, ma'am.
17            THE COURT:  Who is Shane?
18            MR. WATSON:  He is the acting principal deputy
19    assistant secretary.
20            THE COURT:  For?
21            MR. WATSON:  The Department of State.
22            THE COURT:  So you send this list to State of 735
23    names.  This is part of the 6,000 names.  This would have been
24    one batch?
25            MR. WATSON:  Yes, ma'am.
```

1          THE COURT:  And you send this to him April 1, 2025 at

2   4:58 p.m.?

3          MR. WATSON:  Yes, ma'am.

4          THE COURT:  Okay.  And then if you look down, there is

5   an email on April 2nd, 2025 at 3:35 p.m. from someone at State

6   to someone at DHS.  Do you see that?

7          MR. WATSON:  No, ma'am.

8          THE COURT:  If you go to page -- at the bottom you

9   will see AR023.

10         MR. WATSON:  Yes, ma'am.

11         THE COURT:  So you see that on April 2nd, 2025, 3:35

12  p.m., someone from State sends an email to someone from DHS.

13         Do you see that?

14         MR. WATSON:  Yes, ma'am.

15         THE COURT:  Okay.  So this would be less than 24 hours

16  after you sent your email to Mr. Meyers, right?

17         MR. WATSON:  Appears to be the case, yes, ma'am.

18         THE COURT:  And in your email, you said, "Here is 735

19  foreign students submitted for your review and any action

20  deemed appropriate," right?

21         MR. WATSON:  Yes, ma'am.

22         THE COURT:  And the reason I have this email from you,

23  this particular email, is because Mr. Patel, the plaintiff in

24  this case, came up in this spreadsheet, right?

25         MR. WALKER:  We have unredacted that portion.

1         THE COURT:  And then he responds within less than

2    24 hours, "We have run the delta data against our systems.  The

3    first tab lists individuals with valid visas.  How would you

4    like us to prioritize revocation of these visas?"

5         Do you see that?

6         MR. WATSON:  I do.

7         THE COURT:  The second tab is, "Students without a

8    valid visa, we request that DHS terminate SEVIS status for

9    these individuals, as there is no valid visa for us to revoke

10   and they are admitted under duration of status."

11        Do you see that?

12        MR. WATSON:  I do.

13        THE COURT:  So then someone at Homeland Security

14   Investigations -- is that DHS or is that State, National

15   Security Division?

16        MR. WATSON:  That's DHS.

17        THE COURT:  So someone sends back -- that's not you

18   though, right?

19        MR. WATSON:  That's correct.

20        THE COURT:  So someone at State, the division chief --

21   who is the division chief?

22        Mr. Walker, why is this redacted?

23        MR. WALKER:  We have redacted the level of certain

24   employees.  Some are not redacted, but it's just a privacy

25   interest.

1          THE COURT:  Well, you know I could go online and find

2     out who the division chief is, right?  You can assume I have

3     asked my clerk to do that.  So you want to just tell me the

4     name?

5          MR. WALKER:  I don't know that, Your Honor.  It may or

6     may not be online.

7          THE COURT:  Who was it?

8          Oh, Mr. Hammer.  Robert Hammer would be the person who

9     communicated back to you.

10          MR. WATSON:  This Exhibit 17?

11          THE COURT:  Yeah.

12          MR. WATSON:  Well, the division chief is not me.

13          THE COURT:  No, no, no.  I'm sorry.  Someone responded

14     to --

15          MR. WATSON:  Yes, that is a subordinate employee

16     within the National Security Division.

17          THE COURT:  Okay.  And that person sent back the

18     response on April 2nd, 2025 at 3:50 p.m.  Do you see that?

19          MR. WATSON:  I do.

20          THE COURT:  So a question goes out.  We have 700 names

21     here, because the list from April 2nd, 2025 is also the list --

22     the same list from the day before because it also contains

23     Mr. Patel, right?

24          MR. WATSON:  I believe so.

25          THE COURT:  Thank you.  So with less than 24 hours,

1  someone has run this list through something, and says, "We have

2  people with a valid visa.  How would you like us to prioritize

3  revoking these visas?"

4        And then we have another person -- we have groups

5  without valid visas because they are expired.  And State says,

6  "Terminate both of these," right?  "Terminate the people

7  without the valid visa from SEVIS," right?

8        MR. WATSON:  Yes, ma'am.

9        THE COURT:  State does not ask that the people in the

10  first tab be terminated from SEVIS, right?

11        MR. WATSON:  I don't see that in the instruction.  I

12  don't see that in the email.

13        THE COURT:  All right.  And then somebody, Mr. Hammer,

14  within 15 minutes of careful thought and consideration, says,

15  "Please terminate everyone in SEVIS," right?

16        MR. WATSON:  Ma'am, that's not Mr. Hammer.  He doesn't

17  serve as the division chief.

18        THE COURT:  Well, whoever.  Someone at National

19  Security Division, Homeland Security Investigations division

20  chief -- and, Mr. Walker, I want a name of that by the time we

21  leave today, so if someone can get on that -- sends, after

22  careful consideration for 15 minutes, "Terminate everybody,"

23  right?

24        MR. WATSON:  Yes, ma'am.

25        THE COURT:  Can you and I agree that nowhere in this

1    entire process has anyone done an individualized determination

2    of any of these individuals before their names were terminated

3    in SEVIS?

4         MR. WATSON:  When you say "individualized

5    determination," that is --

6         THE COURT:  I mean no one looked at Mr. Patel's case

7    and said, "Yeah, here is somebody who should no longer be in

8    the United States," right?

9         MR. WATSON:  Ma'am, my team --

10        THE COURT:  To your knowledge, no one did an

11   individualized assessment as to whether or not Mr. Patel should

12   be or should not be in the United States, right?

13        MR. WATSON:  Individualized assessment of every

14   person?

15        THE COURT:  Yes.

16        MR. WATSON:  Each record was scrutinized based on the

17   criminal history.

18        THE COURT:  Yeah, but Mr. Patel got a citation for

19   reckless driving, which is a misdemeanor in Texas.  By the way,

20   it's also a misdemeanor in Virginia.  If you go over 70 miles

21   an hour, you actually have a criminal defense case against you.

22   Don't ask how I know that.

23        And he was pulled over for, quote-unquote, "reckless

24   driving," which just meant he was speeding, and no charges were

25   ever brought.  In fact, when I looked at his record that you

1    sent me in the administrative record, it said very clearly,

2    "case dismissed," right?

3        MR. WATSON:  Following a complaint being filed and him

4    meeting the terms of the agreement, yes.

5        THE COURT:  Well, can you and I both agree that if we

6    deported every single individual in this country who has been

7    tagged for speeding, there would be very few people left and

8    almost all of them would not have driver's licenses?

9        MR. WATSON:  I don't know that we have the capacity at

10    this present time to do that, Your Honor.

11        THE COURT:  But you and I both know that Mr. Patel is

12    not a criminal, right?  And anyone looking at the record would

13    know that he's not a criminal, right?

14        In fact, Mr. Patel tells me, and I assume you have no

15    reason to not believe him, that he had disclosed the speeding

16    ticket at least two times to government agencies when seeking

17    to keep in status.  He was quite forthright about it, and,

18    obviously, the government people said, "Fine.  People speed.

19    Let's all move on."  They weren't tagged.

20        By the way, did you know that?  Was there an

21    individualized assessment with Mr. Patel where you knew or

22    State knew that the government, the United States government

23    had already assessed this speeding ticket and had found it not

24    to be a reason to take him out of status?

25        MR. WALKER:  Just to clarify, Your Honor, Mr. Patel

1    was not taken out of status.  His SEVIS record was terminated.

2        THE COURT:  But upon termination, the law they cite me

3    says he has to leave the country.

4        MR. WALKER:  Your Honor, one of the questions you

5    wanted us to answer today was, was Mr. Patel lawfully present

6    in the United States?  Is he now and was he at the time that

7    his SEVIS record was terminated?  The answer to that is yes.

8        THE COURT:  Did the termination require him upon

9    termination to leave the country immediately?

10       MR. WALKER:  It did not.  He was lawfully present in

11   the United States.

12       THE COURT:  No, no, no.  You're not answering my

13   question.  I want to know what the effect is of a termination

14   of SEVIS.  They are telling me based on the law that the actual

15   law is he has to either leave the country immediately or get it

16   changed somehow, which I assume is legally, through the court

17   system.

18       MR. WALKER:  No.  Upon the termination of a record in

19   SEVIS, he remains lawfully present in the United States.

20       THE COURT:  So what are his obligations?

21       MR. WALKER:  It depends on how the school reacts to

22   the termination of the record in SEVIS.  The school may

23   require --

24       THE COURT:  We're going to get into the merits of this

25   later, because I know that they disagree with everything that

1    you're saying right now.  Let's keep on the non-process process

2    here for a bit.

3            Mr. Patel and 6,000 other people with 15 minutes of

4    consideration by people after they hear from State and less

5    than 24 hours of consideration by State, thousands of people

6    get terminated from SEVIS, right?

7            MR. WATSON:  Yes, ma'am.

8            THE COURT:  Students?

9            MR. WATSON:  Yes, ma'am.

10           THE COURT:  Students who are in the country studying,

11   right?

12           MR. WATSON:  Yes, ma'am.

13           THE COURT:  A number of them, if not thousands of

14   them, who were legally in status and had no issue with their

15   being in the country, right?

16           MR. WATSON:  To the best of my knowledge.

17           THE COURT:  To the best of your knowledge, right?

18           MR. WATSON:  Yes.

19           THE COURT:  Okay.  Let's do a quiz today.  Anyone know

20   where the due process clause from the Fifth Amendment comes

21   from?  Anybody?  Nobody knows where the due process clause or

22   the Fifth Amendment comes from?  Not my clerks?  We're going to

23   have discussions afterwards.

24           It comes from Article -- Chapter, Article, whatever

25   you want to the call it, 39 of the Magna Carta.  That's where

1    it first appeared.  It appeared as the law of the land.  It was

2    amended in the 1300s to be due process, but the due process

3    comes from the Magna Carta.

4        Anyone want to remind me what century the Magna Carta

5    was in?  It was in the 1200s.  So when I say, or when the

6    courts say due process is important, we're not unhinged, we're

7    not radicals; we are literally trying to enforce a process

8    embodied in probably the most significant document with respect

9    to peoples' rights against tyrannical government oppression.

10   That's what we're doing here.  Okay?

11       I'm not on a lark questioning why students who have

12   been here legally, who paid to be in this country by paying

13   their universities, who have studied to try to become better

14   people if they stay in the U.S. or when they go back to their

15   homes or countries, people who are trying or months away from

16   getting engineering degrees, and they are cut off with less

17   than 24 hours of consideration and no notice whatsoever.

18       So, Mr. Walker, we're going to have a long discussion

19   about that.

20       Mr. Watson, is there anything else -- and I may have

21   questions for you later on.  Is there anything else about the

22   process that I should know about?

23       MR. WATSON:  Your Honor, I would just note that with

24   the terminations, that is a red flag, and it is a red flag to

25   determine if the student is still in compliance with their F

1    and/or M visa.

2          THE COURT:  But you didn't have to terminate people in

3    SEVIS to do that, right?  You could have sent a letter to all

4    the universities that had these students and said, "These

5    people have come up on a hit, you may want to check them out,"

6    because termination is -- well, all right.  I understand your

7    view.  Thank you.

8          Mr. Watson, I will say I know that this isn't pleasant

9    for you, because you're on the end of a bunch of questions, but

10   I have to say I have found you both last hearing and this

11   hearing to be very on top of what's going on and very

12   forthright and very helpful.  So thank you.

13         MR. WATSON:  Thank you, Your Honor.

14         THE COURT:  You can be seated.  I can't promise you

15   won't be up here again.

16         MR. WALKER:  Your Honor, the name you asked for is

17   Antoine Rines (ph).

18         THE COURT:  Thank you.

19         Can I get the plaintiffs up here.  Actually, let me do

20   this.  Let me go through these questions I had for you.

21         Since I'm from Kentucky, you'd probably be doing a lot

22   better with me if your name was "Maker's Mark."

23         MR. WALKER:  I'm also from Kentucky.

24         THE COURT:  Where are you from?

25         MR. WALKER:  I was born in Louisville and went to

1   school in Mount Washington, just outside of Louisville.

2          THE COURT:  I lived in Louisville.  What made you

3   leave KY?

4          MR. WALKER:  My dad got transferred down to Georgia,

5   so we moved to Georgia, but always went back to Louisville to

6   visit Mamma and Pappa.

7          THE COURT:  Awesome.  Was your dad in the military?

8          MR. WALKER:  No, he works in packaging.

9          THE COURT:  Okay.  Well, always happy to see a

10  Kentuckian.  I don't understand how they called you Johnny

11  Walker if you were born in Kentucky, but --

12         MR. WALKER:  There is a lot of brown liquors involved.

13         THE COURT:  So first question.  In your view, is the

14  plaintiff lawfully in the United States, assuming that I had

15  not entered my TRO?

16         MR. WALKER:  Yes, Your Honor.  The answer to that

17  question is yes.  Based on the information currently available

18  to ICE, Mr. Patel is lawfully present in the United States and

19  was at the time that his SEVIS record was terminated.

20         THE COURT:  Is plaintiff currently subject to

21  immediate detention or removal from the United States?

22         MR. WALKER:  No.  Again, I have to provide the caveat

23  that based on the information currently available to ICE, we

24  don't -- it's a law enforcement agency and they are obviously

25  sensitive about hampering their ability to enforce the law.

```
 1          THE COURT:  But based on everything we know in the
 2   record to date.
 3          MR. WALKER:  Based on everything ICE knows right now,
 4   he is not subject to immediate detention or removal.
 5          THE COURT:  Okay.  It seems like we have gone through
 6   four.  Seems like we have gone through five.
 7          Number six, has the government identified any error in
 8   any of its recent SEVIS termination actions?
 9          MR. WALKER:  Yes, and I think this gets to the quality
10   control effort that some of the other questions deal with and
11   that Your Honor addressed at the prior hearing.  The quality
12   control effort that Mr. Watson was talking about was to make
13   sure that the identity of the individual associated with the
14   SEVIS record matched the individual associated with the NCIC
15   hit.
16          THE COURT:  If we have a John Smith, we need to make
17   sure that it's the right John Smith.
18          MR. WALKER:  Precisely.  So the government has
19   completed that process.  It identified 23 false matches between
20   the SEVIS record and the NCIC record, and it has remedied those
21   false hits.
22          THE COURT:  What is the government's purpose in
23   changing a student's SEVIS record from active to terminated?
24          MR. WALKER:  I think Mr. Watson addressed this a
25   little bit.  It is intended as an investigative red flag for
```

1    either the university or the school or some other government

2    agency to follow up on.

3        THE COURT:  Well, where can I go -- if I'm a student

4    counselor and I get a termination that says Mr. Patel's SEVIS

5    record has been terminated, where would I go to find out what

6    it means -- what that means?

7        Like where would I go to know that he was still in the

8    country lawfully and that he was still in status?

9        MR. WALKER:  I think there are designated school

10   officials, so the school official has a contact at ICE field

11   offices that they can go to to follow up on those questions.

12       THE COURT:  But there is no document?  I mean, there

13   must be a document somewhere in the world that says "here is

14   the effect of being terminated in SEVIS."

15       MR. WALKER:  There is the study in State's website

16   that the plaintiff have cited a little bit that has some

17   information about SEVIS and the effect of a termination.

18       THE COURT:  Where is that in my papers so I can look

19   at it and talk to you about it?

20       MR. WALKER:  It's in their brief and there is some

21   perma CC links to it.  I know that they have sort of snipped

22   some images from it, so if you scan their brief for that, I

23   think you would find it.

24       What we have noted is what that study in State's cite

25   says is that a termination of a SEVIS record could indicate a

1    change in status.  It does not necessarily indicate a change in

2    status.  The website also notes that a termination in SEVIS is

3    not necessarily negative.  A termination in SEVIS can be done

4    for administrative reasons that are not necessarily negative.

5            THE COURT:  Where am I looking?

6            MR. WALKER:  We sort of pulled these quotes in our

7    brief.  The website is mostly visible through clicking on it.

8            Plaintiffs have captured some images of it on page 11

9    of their brief.  So there is this thing that provides some

10   reasons for termination and duration of status.  What we

11   pointed out here is that this particular termination reason is

12   associated with a termination for a violation of status, but,

13   again, a termination of a SEVIS record is not necessarily

14   indicative of a lack of status.

15           THE COURT:  I didn't see, and maybe I'm wrong, but I

16   didn't see in SEVIS where it says -- my understanding is that

17   SEVIS just says "active" or "terminated."  It doesn't say why

18   it was terminated; is that right?

19           MR. WALKER:  No.  There is a list of drop-down items

20   that you can select as to why it was terminated.

21           THE COURT:  What was the drop-down item for Mr. Patel?

22           MR. BANIAS:  Your Honor, it said "failure to maintain

23   status, criminal hit and/or visa revocation."

24           THE COURT:  Sounds pretty bad to me.

25           MR. WALKER:  I acknowledge that that particular choice

1   that was made to describe this hit was not necessarily the

2   right one to describe it.

3           THE COURT:  Maybe that happened because this was a

4   rushed process and maybe -- and this is absolutely no criticism

5   to Mr. Watson or his group at all -- maybe a little bit more

6   care should have been taken.

7           MR. WALKER:  I can sort of provide -- and we don't

8   know who actually undertook this process.  It could have been a

9   contractor.  It could have been a lower-level employee.  The

10  best guess I can give, Your Honor, and this is based on no

11  information whatsoever that I have actually obtained firsthand,

12  the best guess that I have is that that's sort of a catchall

13  option, and based on the SEVIS website, that is the only option

14  that sort of has a fillable field associated with it where ICE

15  could put in the information about the NCIC hit.

16          THE COURT:  But a violation, it says, has no grace

17  period.

18          MR. WALKER:  Again, that is for a termination that is

19  for a failure to maintain status.  Mr. Patel was --

20          THE COURT:  It says "termination for any violation of

21  status," and you just told me that his termination said

22  "failure to maintain status."

23          MR. WALKER:  Yes.  That was not the most descriptive

24  option to select.

25          THE COURT:  Mr. Walker, I have to say I'm pretty

1    impressed with you right now.  I think have you been

2    forthright.  You have gotten me the administrative record.

3    You're answering my questions.  Thank you.  So this is not

4    directed at you.  All right.

5         But what happens when we do things willy-nilly with

6    very little time, and certainly with zero due process, is that

7    mistakes happen, a wrong catchall is used, and the next thing

8    somebody is being told or would know if they went to the

9    website that they have no grace period and that they must

10   either apply for reinstatement immediately or leave the U.S.

11   immediately.

12        And then what happens -- now, if someone had sent, for

13   example, Mr. Patel a letter that says, "We're going to

14   terminate you for violation of status," Mr. Patel or his

15   lawyers would have said, "No, no, no, I'm in status," and then

16   this wouldn't have happened.

17        And the reason that I'm particularly concerned about

18   this, Mr. Walker, aside from the utter lack of concern for

19   human individuals who we have invited into our country and who

20   have communities richer by being students who have contributed

21   to our colleges and who have paid our colleges, the reason I'm

22   concerned and particularly troubled is because those

23   plaintiffs' lawyers, like all lawyers, have to get paid.

24        And so now we have got thousands of people who are

25   having to pay plaintiffs' attorneys to have litigation, to file

```
 1    briefs, to appear in court, to prepare for court, to get the
 2    information, and that's not cheap, right.  And all of this
 3    could have been avoided if individuals had taken a beat, and
 4    instead of just rushing things -- and, again, I'm not
 5    criticizing Mr. Watson at all for this -- but that's not
 6    happening.  And so instead we end up with -- how many cases are
 7    there now nationwide?
 8              MR. BANIAS:  I think it's about 60.
 9              THE COURT:  60 cases, but about with hundreds of
10    plaintiffs, right?
11              MR. BANIAS:  There are a handful of group cases, yes,
12    Your Honor.
13              THE COURT:  You have 100 yourself, right?
14              MR. BANIAS:  I have two group cases with 100 people
15    total, yes, ma'am.
16              THE COURT:  We're taking up court time.  We're taking
17    up government time.  I imagine you have better things to do.  I
18    imagine Mr. Watson has better things to do.
19              All right.  Is there anything that you can say right
20    now, Mr. Walker, or anything that the government can do, so
21    that instead of having a gazillion or 60 judges have to rule on
22    60 motions, that we can sort of short-circuit this and maybe
23    start afresh?
24              MR. WALKER:  I'm happy to get to that, Your Honor.
25    With respect to Mr. Patel, so we filed with our brief last
```

1    night a new policy that ICE has issued with respect to

2    terminations of records in SEVIS.  It is at ECF 16-1.  It's

3    Exhibit A to our opposition to the motion for preliminary

4    injunction.

5        THE COURT:  One second.  This is to all SEVP

6    personnel.  Who is SEVP?

7        MR. WALKER:  It's the Student and Exchange Visitor

8    Program.

9        THE COURT:  This is dated April 26, 2025.  So explain

10   this to me.

11       MR. WALKER:  This was issued over the weekend, and

12   this provides specific guidance to SEVP personnel about when to

13   terminate a record in SEVIS.  This document does retain ICE's

14   broad discretion, which it does always have and continues to

15   have to terminate records at its discretion, but the specific

16   guidance provided here, you will note these bullet points here,

17   those do not apply to Mr. Patel.

18       There is the failure to comply with the terms of

19   nonimmigrant status, which does not apply to Mr. Patel.  The

20   one I want to highlight is the visa revocation issue.

21       If you look at the middle paragraph here, the second

22   of the three.  "If State revokes a nonimmigrant visa effective

23   immediately, SEVP may terminate the nonimmigrant's SEVIS record

24   based on the visa revocation with immediate effect.  As such, a

25   revocation can serve as a basis for removability under Section

1   237(a)(1)(B) of the INA.  SEVP should not, however, terminate a

2   nonimmigrant's SEVIS record on this basis until it has

3   confirmed that State has revoked the visa."

4        And you will recall, Your Honor, when you were looking

5   at the administrative record with Mr. Watson, Mr. Patel fell

6   into a class of individuals who had not had a visa revoked.  He

7   had -- I think this was sort of described at the prior hearing.

8   Mr. Patel started his studies when he was under an H-4 visa, as

9   the family member of an H-1 B worker.

10        He then traveled out of the United States and returned

11   to the United States on a tourist visa, an H-2 visa.  Those

12   last for 45 days.  While in the United States on a tourist

13   visa, he converted to an F status.  So he got the status to

14   remain as a student in the United States under F-1.

15        So his tourist visa expired by its terms, and at the

16   time that this review was conducted, he had no visa to revoke.

17   Because he had no visa to revoke, this visa revocation basis

18   for terminating a SEVIS record would not apply to him.

19        THE COURT:  I don't see anything in here about a hit

20   on the NCIC system.  That's not a hit, right?  That's not a

21   basis?

22        MR. WALKER:  That's not in here.  I don't want to say

23   -- I can't tell you that it would be outside of ICE's

24   discretion to terminate a record based on an NCIC hit.  But

25   here what you had was a colloquy with the State Department

1   where they returned some information based on their visa

2   records.  They noted that Mr. Patel had no visa to revoke, but

3   the current policy, as of this weekend, is that the visa basis

4   for a termination of a SEVIS record has to be a revoked visa.

5           THE COURT:  So absent a TRO, preliminary injunction,

6   Mr. Patel, because he's here in status and has not -- does not

7   have a visa because he's here in status legally, he would

8   remain active absent something happening, you know, we found

9   out that while he was here he did something actually illegal?

10          MR. WALKER:  I have discussed this with Mr. Watson.

11  Based on the information currently available to ICE at this

12  time, absent a TRO or injunction, Mr. Patel would remain active

13  in SEVIS.

14          THE COURT:  Okay.  So I guess I still don't

15  understand.  Let's say that we had Mr. Smith, his visa -- can

16  someone have a valid visa and be in country status -- in the

17  country in status, and so if you revoked their visa, they would

18  still be in status?

19          MR. WALKER:  Yes.  I think, as this notes, a visa

20  revocation can be a basis for removability, but it's two

21  separate things.  State Department revokes the travel visa, but

22  it would require removal proceedings to eliminate the status

23  and actually accomplish the removal.

24          THE COURT:  So I still do not understand what happens

25  if I'm terminated in SEVIS.  What is the practical -- I mean, I

guess what I'm asking is -- this is helpful.  This tells me

when someone can be terminated.  What I'm more interested in

is, I'm a school counselor and it pops up that Mr. Patel's

SEVIS record has been terminated, or Mr. Smith's.

So far the only thing I understand from you all is

that it's a red flag, the person does not have to leave

immediately, correct?

MR. WALKER:  That's correct.

THE COURT:  Okay.  And then can the person go to

classes?

MR. WALKER:  That's up to the school.  The school may

see that hit and tell the individual they can't go to classes.

I know that has happened in some cases, but upon follow-up by

the designated school official with their ICE field office that

could clarify that the person does in fact have status and can

attend classes.

THE COURT:  We have to assume that the person at the

ICE field office actually knows what's going on.

MR. WALKER:  I think that's fair to assume that the

person in the ICE field office would have access to the

individual's information.

THE COURT:  You and I have different assessments of

what's fair to assume that government officials have these days

with respect to updated knowledge.  We have that disagreement,

that's fine.

1          I'm going to let you obviously talk as long as you

2     want, but before I get to plaintiff's counsel on this effective

3     termination issue.

4          MR. WALKER:  I think the primary things I wanted to

5     do, Your Honor, was talk about that policy that I have been

6     able to describe to you and answer Your Honor's questions from

7     the prior hearing.

8          THE COURT:  I'm not sure I got through all of them.  I

9     think we have actually.  Thank you, sir.

10         Look, I know that I think technically, you know, the

11    fact that they will agree to keep Mr. Patel in active status

12    pending some other information coming out, I suppose that -- my

13    clerk found a Supreme Court case that said that government

14    making something moot does not necessarily -- I mean, giving

15    the relief does not necessarily make something moot, but I'm

16    kind of at a loss as to what I'm still doing with respect to

17    Mr. Patel if we have a representation from the government -- I

18    guess I could say -- I guess I could get a representation from

19    the government that if they are going to do anything else with

20    Mr. Patel, he be given two weeks or 30 days notice, but other

21    than that, I'm not sure what else to do for you.

22         MR. BANIAS:  Your Honor, we made various arguments

23    about why it's arbitrary and capricious.

24         THE COURT:  I think we can all agree it was arbitrary

25    and capricious.  My question to you is, yeah, this was not

1    ideal by any stretch of the imagination.  It still boggles my

2    mind that we're firing tens of thousands of federal workers on

3    no notice and then spend -- take 10 or 20 of them to run a

4    bunch of names through a database to see if they are students

5    if they have a speeding record.

6         You know what, it's not my call.  But my question is

7    with respect specifically to Mr. Patel, I mean, he's on active.

8    He's going to remain on active, pending any new information.

9    You know, so I'm not sure what else to do for you.

10        MR. BANIAS:  Your Honor, we think that he's definitely

11   subject to termination under this, quote, "new policy."

12        THE COURT:  I can get a representation from the

13   government that absent new information, he's not going to be

14   terminated, and that if they plan to terminate him, he gets

15   notice.  I don't know what else I could do for you.

16        MR. BANIAS:  Your Honor, one of our arguments is that

17   this is ultra vires and that this new policy is even more ultra

18   vires.  If this Court rules this an ultra vires act, it

19   protects my client because they can't go and use power they

20   don't have again.

21        THE COURT:  But I don't need to go that far.  Look,

22   I'm not going to wade into whether or not the policy makes

23   sense or doesn't if I don't need to.  Okay.  And I'm just not

24   going to do it.  So I think if Mr. Walker and you want to come

25   up with some language that Mr. Walker can give me or some

1    representation that the government will make, you know, that

2    Mr. Patel based on the current -- Mr. Walker, come up.  I think

3    you have already said.  In your understanding, based on the

4    current record, having Mr. Patel's NCIC status here, with

5    Mr. Watson here, your understanding, the government's position

6    is that under the new policy he is not subject to termination

7    based on what we know today?

8            MR. WALKER:  I have to provide caveats to this, Your

9    Honor.  I'm going to provide the caveats.  He's not subject to

10   termination for the visa revocation purpose on that policy, and

11   based on the information currently available to ICE at this

12   time, he would not be terminated absent a court order.  So

13   without a court order, he won't be.

14           THE COURT:  He can't say that he's not going to be

15   terminated at all, because they could come up -- I'm not going

16   to use Mr. Patel.  Let's say there's a Mr. Smith who is exactly

17   in your client's position, and Mr. Walker is saying the same

18   thing about Mr. Smith, and the reason Mr. Walker is saying that

19   and Mr. Watson is asking him to say that is because, you know,

20   Mr. Smith might have killed puppies while at school and we just

21   didn't know that, right.  So that's why there is that caveat.

22   He's never going to be able to not give you that caveat.

23           MR. WALKER:  One additional thing I want to add, Your

24   Honor, is that Mr. Patel is on the brink of finishing his

25   education.  I think he has his last final next week.  He's

1    graduating on the 15th, so his interests are in the very, very

2    immediate term.

3            MR. BANIAS:  If I may, Your Honor.

4            THE COURT:  He's in classes right now because I

5    entered the TRO that he could go to classes, right?

6            MR. BANIAS:  Yes, Your Honor.

7            THE COURT:  He's getting an engineering degree?

8            MR. BANIAS:  Information systems, Your Honor.

9            THE COURT:  Ironic.

10           MR. BANIAS:  He's also applied for postgraduate

11   optional practical training.  This is an application that will

12   allow him to work, because he's in a STEM major, for up to

13   three years within his field of study.  That's going to go to

14   United States Citizenship and Immigration Services.

15           THE COURT:  We can give -- Mr. Walker, can you work

16   with me so that I don't have to look at the entire policy,

17   which I'm quite confident you don't want me to do in

18   particular.  Can you guys come up with some language that we

19   will enter on the court docket about Mr. Patel specifically?

20   And your co-counsel wants to give you a note.

21           MR. WALKER:  I'm very happy to try that, Your Honor.

22   I can't promise we will be able to, but we will endeavor to do

23   that.

24           THE COURT:  I just want to make clear for the record

25   that I'm trying very hard to not enjoin an entire policy, and

1    I'm trying very hard to get just one person relief.

2            MR. WALKER:  I understand.

3            THE COURT:  That's what I'm trying to do.

4            MR. BANIAS:  Your Honor, we are happy to work with the

5    government to agree to language.  We have been doing that for

6    the last three weeks and we've gotten nowhere.

7            THE COURT:  I'm telling Mr. Walker right now that

8    based on what I have seen so far, he does not want me to issue

9    a ruling in this case.  He really does not want me to issue a

10   ruling in this case.  He really, really, really -- I'm looking

11   at you and not Mr. Walker, and I assume Mr. Walker is paying

12   attention to me -- does not want me to issue a ruling in this

13   case.

14           MR. WALKER:  Loud and clear, Your Honor.

15           THE COURT:  I understand that your client is going to

16   have concerns and words and what you call it and what you all

17   say to your client is, you can add in the language that this is

18   not binding on the government as to anybody else, that this is

19   not conceding anything by government, and you tell your client

20   that they want to just keep Mr. Patel in the country and happy

21   so they can avoid me issuing a ruling which they will not like.

22           Okay.  And contrary to the belief of a number of

23   people, I am literate and I can actually write a long ruling

24   that explains in detail all the issues that I see with what's

25   happened here.

1          MR. WALKER:  Understood.

2          THE COURT:  You guys have a week to get that language

3   to me.  If you need more time, let me know.  If there is an

4   issue that you guys can't agree, before you file something,

5   email my chambers.  We'll have a quick call and we'll see where

6   to go from there.

7          The TRO expires on Thursday.  I assume, Mr. Walker,

8   you can represent that nothing is going to happen to Mr. Patel

9   while you two are working this out, right?

10          MR. WALKER:  Yes, Your Honor.

11          THE COURT:  Okay.  Thank you, everyone.

12      (Proceedings concluded at 11:00 a.m.)

13                         CERTIFICATE

14      I, Sonja L. Reeves, Federal Official Court Reporter in and
    for the United States District Court of the District of
15   Columbia, do hereby certify that the foregoing transcript is a
    true and accurate transcript from the original stenographic
16   record in the above-entitled matter and that the transcript
    page format is in conformance with the regulations of the
17   Judicial Conference of the United States.

18      Dated this 29th day of April, 2025.

19

20                     /s/ Sonja L. Reeves
                     SONJA L. REEVES, RDR-CRR
21                     FEDERAL OFFICIAL COURT REPORTER

22

23

24

25

**/**

/s [1] - 46:20

**0**

0.5 [1] - 14:7

**1**

1 [3] - 12:1, 19:12, 20:1
1,000 [1] - 11:4
1.3 [7] - 9:11, 9:19, 10:23, 11:13, 11:15, 11:22, 14:3
10 [8] - 7:22, 8:1, 8:2, 8:5, 9:17, 10:23, 11:16, 42:3
10,000 [4] - 12:16, 12:17, 12:18, 13:22
100 [2] - 36:13, 36:14
100th [1] - 12:2
10333 [1] - 1:17
1050 [1] - 1:17
10:05 [2] - 1:11, 2:1
11 [1] - 33:8
11:00 [2] - 1:11, 46:12
1200s [1] - 28:5
125 [1] - 18:9
13,900 [1] - 11:20
1300s [1] - 28:2
15 [3] - 23:14, 23:22, 27:3
15th [1] - 44:1
16,000 [5] - 11:19, 11:22, 12:3, 12:6, 12:14
16-1 [1] - 37:2
17 [1] - 22:10
1:25-cv-01096-ACR [1] - 1:5
1st [1] - 3:16

**2**

20 [8] - 7:22, 8:1, 8:2, 8:6, 9:17, 10:24, 11:16, 42:3
20001 [1] - 1:25
20004 [1] - 1:21
2025 [10] - 1:11, 3:16, 19:12, 20:1, 20:5, 20:11, 22:18, 22:21, 37:9, 46:18
23 [1] - 31:19
237(a)(1)(B [1] - 38:1
24 [5] - 20:15, 21:2, 22:25, 27:5, 28:17

**25-1096** [1] - 2:2
26 [1] - 37:9
29 [1] - 1:11
29403 [1] - 1:15
29th [1] - 46:18
2nd [4] - 20:5, 20:11, 22:18, 22:21

**3**

3,000 [3] - 15:19, 15:20, 15:24
30 [1] - 41:20
333 [1] - 1:24
39 [1] - 27:25
3:35 [2] - 20:5, 20:11
3:50 [1] - 22:18

**4**

45 [1] - 38:12
4:58 [3] - 3:16, 19:13, 20:2

**6**

6,000 [3] - 15:2, 19:23, 27:3
6,400 [4] - 12:15, 13:24, 13:25, 14:3
60 [4] - 36:8, 36:9, 36:21, 36:22
601 [1] - 1:20
602 [1] - 1:14

**7**

70 [1] - 24:20
700 [1] - 22:20
735 [2] - 19:22, 20:18
77042 [1] - 1:17

**A**

a.m [4] - 1:11, 2:1, 46:12
ability [1] - 30:25
able [3] - 41:6, 43:22, 44:22
above-entitled [1] - 46:16
absence [1] - 13:12
absent [5] - 39:5, 39:8, 39:12, 42:13, 43:12
absolutely [1] - 34:4
access [1] - 40:20
accomplish [1] - 39:23
accurate [2] - 15:12,

46:15
acknowledge [1] - 33:25
act [1] - 42:18
acting [2] - 8:17, 19:18
Acting [1] - 1:6
action [4] - 8:24, 9:2, 18:25, 20:19
Action [1] - 2:2
actions [2] - 18:12, 31:8
active [7] - 31:23, 33:17, 39:8, 39:12, 41:11, 42:7, 42:8
activities [3] - 12:20, 12:22, 15:4
actual [1] - 26:14
add [2] - 43:23, 45:17
addition [1] - 10:17
additional [1] - 43:23
addressed [2] - 31:11, 31:24
administrative [8] - 3:11, 3:24, 19:8, 19:12, 25:1, 33:4, 35:2, 38:5
admitted [1] - 21:10
advisor [1] - 2:12
Affairs [1] - 13:16
affairs [1] - 13:17
afford [1] - 15:2
afresh [1] - 36:23
afterwards [1] - 27:23
agencies [1] - 25:16
agency [2] - 30:24, 32:2
agree [7] - 16:24, 23:25, 25:5, 41:11, 41:24, 45:5, 46:4
agreement [1] - 25:4
ahead [2] - 8:22, 13:8
AKSHAR [1] - 1:3
Akshar [1] - 2:2
alien [6] - 3:19, 3:21, 4:4, 4:22, 5:13, 10:20
allow [1] - 44:12
almost [1] - 25:8
alone [2] - 7:4, 7:8
amended [1] - 28:2
Amendment [2] - 27:20, 27:22
America [1] - 2:22
American [1] - 2:20
ANA [1] - 1:10
analysis [2] - 12:7, 13:5

analysts [1] - 8:3
Andre [3] - 2:10, 3:16, 5:7
Annemarie [1] - 2:13
annually [1] - 10:5
answer [4] - 26:5, 26:7, 30:16, 41:6
answering [2] - 26:12, 35:3
Antoine [1] - 29:17
Antoinette [1] - 3:1
apologize [1] - 18:21
appear [1] - 36:1
appeared [2] - 28:1
application [1] - 44:11
applied [1] - 44:10
apply [4] - 35:10, 37:17, 37:19, 38:18
appropriate [3] - 7:16, 8:21, 20:20
April [10] - 1:11, 3:16, 19:12, 20:1, 20:5, 20:11, 22:18, 22:21, 37:9, 46:18
AR023 [1] - 20:9
arbitrary [2] - 41:23, 41:24
area [1] - 5:10
arguments [2] - 41:22, 42:16
Armstrong [2] - 13:10, 13:13
arrested [2] - 6:3, 6:6
Article [2] - 27:24
aside [2] - 8:8, 35:18
assessed [1] - 25:23
assessment [4] - 17:2, 24:11, 24:13, 25:21
assessments [1] - 40:22
assist [1] - 2:10
assistant [3] - 3:17, 19:19
associate [2] - 2:12, 8:18
associated [4] - 31:13, 31:14, 33:12, 34:14
assume [8] - 22:2, 25:14, 26:16, 40:17, 40:19, 40:23, 45:11, 46:7
assuming [1] - 30:14
Atkinson [1] - 2:19
attached [1] - 3:20
attend [1] - 40:16
attention [1] - 45:12
attorney [1] - 5:2

Attorney's [1] - 2:9
attorneys [1] - 35:25
available [4] - 30:17, 30:23, 39:11, 43:11
Avenue [3] - 1:14, 1:17, 1:24
avoid [1] - 45:21
avoided [1] - 36:3
aware [4] - 10:21, 17:3, 17:5, 18:10
awesome [1] - 30:7

**B**

bad [1] - 33:24
Banias [2] - 1:13, 2:6
BANIAS [20] - 1:14, 2:6, 17:20, 17:23, 18:2, 18:6, 18:9, 18:13, 33:22, 36:8, 36:11, 36:14, 41:22, 42:10, 42:16, 44:3, 44:6, 44:8, 44:10, 45:4
based [25] - 4:17, 7:4, 7:14, 7:15, 11:9, 12:20, 14:12, 14:14, 24:16, 26:14, 30:17, 30:23, 31:1, 31:3, 34:10, 34:13, 37:24, 38:24, 39:1, 39:11, 43:2, 43:3, 43:7, 43:11, 45:8
basis [6] - 37:25, 38:2, 38:17, 38:21, 39:3, 39:20
batch [3] - 11:8, 11:10, 19:24
batches [1] - 12:25
beat [1] - 36:3
become [1] - 28:13
BEFORE [1] - 1:10
belief [1] - 45:22
below [1] - 12:17
Ben [1] - 3:1
best [4] - 27:16, 27:17, 34:10, 34:12
better [1] - 28:13, 29:22, 36:17, 36:18
between [1] - 7:22, 9:23, 12:8, 31:19
big [1] - 7:19
binding [1] - 45:18
bit [4] - 27:2, 31:25, 32:16, 34:5
BLOND [1] - 14:7
boggles [1] - 42:1
book [4] - 2:20, 2:24, 2:25, 3:9
born [2] - 29:25,

30:11
**bottom** [1] - 20:8
**Brad** [1] - 2:6
**BRADLEY** [1] - 1:14
**Brennan** [1] - 2:13
**Brennan-Linnan** [1] - 2:13
**brief** [5] - 32:20, 32:22, 33:7, 33:9, 36:25
**briefs** [1] - 36:1
**brink** [1] - 43:24
**broad** [1] - 37:14
**brought** [2] - 6:11, 24:25
**brown** [1] - 30:12
**Brown** [2] - 1:16, 2:7
**BROWN** [1] - 1:16
**BRUCE** [1] - 1:14
**bullet** [1] - 37:16
**bunch** [6] - 3:5, 7:3, 8:6, 14:23, 29:9, 42:4
**Bureau** [1] - 13:15
**business** [2] - 12:20, 12:22
**BY** [3] - 1:14, 1:16, 1:20

## C

**cadence** [1] - 15:8
**calendar** [1] - 2:17
**cancer** [1] - 9:15
**capabilities** [1] - 11:9
**capacity** [1] - 25:9
**capricious** [2] - 41:23, 41:25
**captured** [1] - 33:8
**care** [2] - 8:4, 34:6
**careful** [2] - 23:14, 23:22
**Carolina** [1] - 1:15
**Carta** [3] - 27:25, 28:3, 28:4
**case** [13] - 7:13, 17:2, 20:17, 20:24, 24:6, 24:21, 25:2, 41:13, 45:9, 45:10, 45:13
**CASE** [1] - 1:5
**case-by-case** [2] - 7:13, 17:2
**cases** [5] - 36:6, 36:9, 36:11, 36:14, 40:13
**catchall** [2] - 34:12, 35:7
**categorized** [2] - 7:15, 7:17

**caveat** [3] - 30:22, 43:21, 43:22
**caveats** [2] - 43:8, 43:9
**CC** [1] - 32:21
**Center** [3] - 5:25, 6:20, 6:22
**centered** [1] - 5:14
**century** [1] - 28:4
**certain** [2] - 4:16, 21:23
**certainly** [2] - 3:13, 35:6
**CERTIFICATE** [1] - 46:13
**Certified** [1] - 1:23
**certify** [1] - 46:15
**cetera** [1] - 3:20
**chambers** [1] - 46:5
**change** [2] - 33:1
**changed** [2] - 18:3, 26:16
**changing** [1] - 31:23
**Chapter** [1] - 27:24
**charge** [3] - 7:15, 8:12, 8:15
**charged** [1] - 7:9
**charges** [2] - 6:10, 24:24
**Charleston** [1] - 1:15
**cheap** [1] - 36:2
**check** [1] - 29:5
**chief** [7] - 2:13, 21:20, 21:21, 22:2, 22:12, 23:17, 23:20
**choice** [1] - 33:25
**circuit** [1] - 36:22
**citation** [1] - 24:18
**cite** [2] - 26:2, 32:24
**cited** [1] - 32:16
**Citizenship** [1] - 44:14
**Civil** [2] - 1:19, 2:2
**clarify** [4] - 17:6, 17:7, 25:25, 40:15
**class** [1] - 38:6
**classes** [5] - 40:10, 40:12, 40:16, 44:4, 44:5
**clause** [2] - 27:20, 27:21
**clear** [3] - 4:2, 44:24, 45:14
**clearly** [1] - 25:1
**clerk** [2] - 22:3, 41:13
**CLERK** [1] - 2:2
**clerks** [1] - 27:22
**clicking** [1] - 33:7

**client** [4] - 42:19, 45:15, 45:17, 45:19
**client's** [1] - 43:17
**close** [2] - 12:20, 12:22
**co** [1] - 44:20
**co-counsel** [1] - 44:20
**colleges** [2] - 35:21
**colloquy** [1] - 38:25
**Columbia** [1] - 46:15
**COLUMBIA** [1] - 1:1
**coming** [1] - 41:12
**commend** [1] - 3:8
**committed** [1] - 6:23
**communicated** [1] - 22:9
**communities** [1] - 35:20
**complaint** [1] - 25:3
**completed** [2] - 15:3, 31:19
**compliance** [1] - 28:25
**comply** [1] - 37:18
**conceding** [1] - 45:19
**concern** [1] - 35:18
**concerned** [2] - 35:17, 35:22
**concerns** [1] - 45:16
**concluded** [1] - 46:12
**conducted** [3] - 13:5, 14:16, 38:16
**Conference** [1] - 46:17
**confident** [1] - 44:17
**confirmed** [1] - 38:3
**conformance** [1] - 46:16
**consideration** [5] - 23:14, 23:22, 27:4, 27:5, 28:17
**consolidated** [1] - 12:19
**Constitution** [1] - 1:24
**constitutional** [1] - 2:23
**Consular** [2] - 13:16, 13:17
**contact** [1] - 32:10
**contains** [1] - 22:22
**continued** [1] - 12:7
**continues** [1] - 37:14
**contract** [1] - 9:20
**contractor** [1] - 34:9
**contrary** [1] - 45:22

**contributed** [1] - 35:20
**control** [2] - 31:10, 31:12
**converted** [1] - 38:13
**convicted** [1] - 6:7
**copy** [1] - 19:8
**correct** [6] - 11:7, 13:1, 14:1, 21:19, 40:7, 40:8
**Correct** [1] - 18:2
**cost** [1] - 9:13
**cost-cutting** [1] - 9:13
**counsel** [4] - 2:10, 17:17, 41:2, 44:20
**counselor** [2] - 32:4, 40:3
**counterthreat** [2] - 18:17, 18:23
**countries** [1] - 28:15
**country** [14] - 17:25, 18:3, 25:6, 26:3, 26:9, 26:15, 27:10, 27:15, 28:12, 32:8, 35:19, 39:16, 39:17, 45:20
**COURT** [198] - 1:1, 2:15, 3:14, 4:1, 4:8, 4:10, 4:19, 4:21, 4:24, 5:1, 5:4, 5:8, 5:10, 5:12, 5:16, 5:18, 5:23, 6:1, 6:3, 6:6, 6:9, 6:13, 6:16, 6:19, 6:21, 6:25, 7:2, 7:6, 7:19, 7:23, 8:1, 8:4, 8:15, 8:19, 8:21, 8:25, 9:2, 9:6, 9:9, 9:12, 9:21, 9:25, 10:8, 10:14, 10:18, 10:23, 11:4, 11:10, 11:12, 11:15, 11:21, 11:24, 12:1, 12:10, 12:13, 12:16, 12:18, 12:22, 12:25, 13:2, 13:4, 13:6, 13:8, 13:11, 13:13, 13:17, 13:19, 13:25, 14:2, 14:5, 14:8, 14:10, 14:13, 14:17, 14:19, 14:23, 15:5, 15:10, 15:13, 15:18, 15:20, 15:22, 16:2, 16:5, 16:7, 16:10, 16:14, 16:24, 17:3, 17:11, 17:13, 17:17, 17:22, 17:24, 18:4, 18:7, 18:10, 18:14, 18:20, 19:1, 19:5, 19:8, 19:11, 19:15, 19:17, 19:20, 19:22, 20:1, 20:4, 20:8, 20:11,

20:15, 20:18, 20:22, 21:1, 21:7, 21:13, 21:17, 21:20, 22:1, 22:7, 22:11, 22:13, 22:17, 22:20, 22:25, 23:9, 23:13, 23:18, 23:25, 24:6, 24:10, 24:15, 24:18, 25:5, 25:11, 26:2, 26:8, 26:12, 26:20, 26:24, 27:8, 27:10, 27:13, 27:17, 27:19, 29:2, 29:14, 29:18, 29:24, 30:2, 30:7, 30:9, 30:13, 30:20, 31:1, 31:5, 31:16, 31:22, 32:3, 32:12, 32:18, 33:5, 33:15, 33:21, 33:24, 34:3, 34:16, 34:20, 34:25, 36:9, 36:13, 36:16, 37:5, 37:9, 38:19, 39:5, 39:14, 39:24, 40:9, 40:17, 40:22, 41:8, 41:24, 42:12, 42:21, 43:14, 44:4, 44:7, 44:9, 44:15, 44:24, 45:3, 45:7, 45:15, 46:2, 46:11, 46:21
**court** [9] - 2:12, 2:14, 26:16, 36:1, 36:16, 43:12, 43:13, 44:19
**Court** [6] - 1:24, 2:1, 41:13, 42:18, 46:14, 46:14
**courts** [1] - 28:6
**Crime** [3] - 5:25, 6:20, 6:21
**crime** [1] - 6:23
**criminal** [12] - 3:19, 3:21, 4:4, 4:18, 4:21, 5:13, 10:20, 24:17, 24:21, 25:12, 25:13, 33:23
**criminality** [1] - 5:21
**criticism** [1] - 34:4
**criticizing** [1] - 36:5
**CRR** [1] - 46:20
**current** [3] - 39:3, 43:2, 43:4
**Customs** [1] - 1:7
**cut** [1] - 28:16
**cutting** [1] - 9:13

## D

**dad** [2] - 30:4, 30:7
**data** [2] - 10:5, 21:2
**database** [13] - 6:1, 6:22, 7:7, 7:8, 9:7,

49

9:10, 9:18, 10:2, 10:10, 10:16, 11:6, 42:4
date [1] - 31:2
dated [1] - 37:9
Dated [1] - 46:18
days [4] - 15:23, 38:12, 40:23, 41:20
DC [4] - 1:12, 1:21, 1:25, 5:10
deal [1] - 31:10
declaration [1] - 4:13
deemed [1] - 20:20
defendant [1] - 2:9
Defendant [1] - 1:8
DEFENDANT [1] - 1:19
defense [1] - 24:21
defer [1] - 16:23
definitely [1] - 42:10
degree [1] - 44:7
degrees [1] - 28:16
delegates [1] - 13:12
delta [1] - 21:2
Department [16] - 1:19, 3:18, 4:14, 4:15, 7:18, 12:21, 13:14, 13:21, 15:11, 17:8, 17:9, 17:14, 18:24, 19:21, 38:25, 39:21
deported [1] - 25:6
DEPUTY [1] - 2:2
deputy [1] - 19:18
describe [3] - 34:1, 34:2, 41:6
described [4] - 3:23, 3:25, 4:12, 38:7
descriptive [1] - 34:23
designated [2] - 32:9, 40:14
detail [1] - 45:24
detention [2] - 30:21, 31:4
determination [2] - 24:1, 24:5
determine [3] - 5:21, 10:6, 28:25
development [2] - 18:18, 18:23
DHS [11] - 4:19, 5:14, 8:25, 18:11, 19:2, 20:6, 20:12, 21:8, 21:14, 21:16
different [2] - 12:11, 40:22
Diplomate [1] - 1:23
diplomats [1] - 13:17
directed [1] - 35:4
director [3] - 2:11,

3:17, 8:18
Director [1] - 1:6
disagree [1] - 26:25
disagreement [1] - 40:24
disclosed [1] - 25:15
discretion [3] - 37:14, 37:15, 38:24
discussed [1] - 39:10
discussion [2] - 17:6, 28:18
discussions [1] - 27:23
dismissed [1] - 25:2
disposition [1] - 7:16
DISTRICT [3] - 1:1, 1:1, 1:10
District [1] - 46:14
district [2] - 2:12, 2:14
division [7] - 10:5, 21:20, 21:21, 22:2, 22:12, 23:17, 23:19
Division [7] - 1:19, 6:18, 18:17, 18:22, 22:15, 22:16, 23:19
docket [1] - 44:19
document [4] - 28:8, 32:12, 32:13, 37:13
done [3] - 7:12, 24:1, 33:3
down [8] - 11:17, 11:20, 11:21, 12:16, 20:4, 30:4, 33:19, 33:21
driver's [1] - 25:8
driving [3] - 6:10, 24:19, 24:24
drop [2] - 33:19, 33:21
drop-down [2] - 33:19, 33:21
due [6] - 27:20, 27:21, 28:2, 28:6, 35:6
duration [2] - 21:10, 33:10
during [1] - 8:8

E

ECF [1] - 37:2
education [1] - 43:25
effect [4] - 26:13, 32:14, 32:17, 37:24
effective [2] - 37:22, 41:2
effort [11] - 5:20, 8:10, 8:12, 8:14, 8:15,

8:16, 10:4, 10:9, 10:22, 31:10, 31:12
either [3] - 26:15, 32:1, 35:10
eliminate [1] - 39:22
email [5] - 3:16, 4:2, 4:3, 19:11, 20:5, 20:12, 20:16, 20:18, 20:22, 20:23, 23:12, 46:5
embodied [1] - 28:8
employee [2] - 22:15, 34:9
employees [8] - 7:22, 8:6, 9:17, 10:9, 10:24, 11:1, 11:16, 21:24
end [2] - 29:9, 36:6
endeavor [1] - 44:22
endeavored [1] - 7:13
enforce [2] - 28:7, 30:25
enforcement [1] - 30:24
Enforcement [1] - 1:7
engineering [2] - 28:16, 44:7
England [1] - 3:3
enjoin [1] - 44:25
enter [1] - 44:19
entered [2] - 30:15, 44:5
entering [1] - 18:3
entire [4] - 24:1, 44:16, 44:25
entitled [1] - 46:16
error [1] - 31:7
estimate [2] - 9:23, 15:7
et [1] - 3:20
Everly [1] - 2:11
exact [2] - 4:6, 11:11
exactly [4] - 7:23, 8:1, 13:23, 43:16
example [2] - 7:2, 35:13
Exchange [3] - 18:18, 18:24, 37:7
executive [1] - 8:18
Exhibit [2] - 22:10, 37:3
exist [1] - 11:9
expired [8] - 16:6, 16:7, 16:11, 16:18, 17:20, 17:24, 23:5, 38:15
expires [1] - 46:7
explain [1] - 37:9

explains [1] - 45:24

F

F-1 [2] - 11:2, 38:14
fact [5] - 10:6, 24:25, 25:14, 40:15, 41:11
failure [4] - 33:22, 34:19, 34:22, 37:18
fair [3] - 7:12, 40:19, 40:23
false [2] - 31:19, 31:21
family [1] - 38:9
far [3] - 40:5, 42:21, 45:8
Federal [1] - 46:14
federal [9] - 1:24, 7:22, 8:6, 9:14, 9:17, 10:24, 11:1, 11:16, 42:2
FEDERAL [1] - 46:21
fell [1] - 37:8
few [1] - 25:7
field [6] - 32:10, 34:14, 40:14, 40:18, 40:20, 44:13
Fifth [2] - 27:20, 27:22
file [1] - 35:25, 46:4
filed [3] - 3:11, 25:3, 36:25
fillable [1] - 34:14
final [1] - 43:25
fine [2] - 15:15, 40:25
Fine [1] - 25:18
finishing [1] - 43:24
firing [1] - 42:2
First [1] - 2:16
first [12] - 2:24, 3:15, 5:1, 5:12, 11:5, 15:5, 19:11, 21:3, 23:10, 28:1, 30:13
firsthand [1] - 34:11
five [1] - 31:6
flag [4] - 28:24, 31:25, 40:6
focus [1] - 8:9
follow [3] - 32:2, 32:11, 40:13
follow-up [1] - 40:13
following [1] - 25:3
FOR [4] - 1:1, 1:9, 1:13, 1:19
foregoing [1] - 46:15
foreign [1] - 20:19
format [1] - 46:16
forthright [3] - 25:17, 29:12, 35:2

forward [1] - 2:4
founding [1] - 2:22
four [3] - 10:12, 10:14, 31:6
France [1] - 2:25
Franklin [1] - 3:1
French [1] - 3:2
front [1] - 19:10
funding [1] - 9:15
furtherance [1] - 3:19

G

gazillion [1] - 36:21
Georgia [2] - 30:4, 30:5
given [4] - 5:19, 8:21, 11:4, 41:20
government [21] - 9:15, 10:8, 25:16, 25:18, 25:22, 28:9, 31:7, 31:18, 32:1, 36:17, 36:20, 40:23, 41:13, 41:17, 41:19, 42:13, 43:1, 45:5, 45:18, 45:19
government's [2] - 31:22, 43:5
grace [2] - 34:16, 35:9
graduating [1] - 44:1
Great [1] - 5:4
great [2] - 2:15
group [4] - 18:17, 34:5, 36:11, 36:14
groups [1] - 23:4
guess [6] - 34:10, 34:12, 39:14, 40:1, 41:18
guidance [2] - 37:12, 37:16
guys [3] - 44:18, 46:2, 46:4

H

H-1 [2] - 38:9
H-2 [1] - 38:11
H-4 [1] - 38:8
half [1] - 14:8
Hammer [2] - 8:18, 22:8
hammer [4] - 8:19, 22:8, 23:13, 23:16
hampering [1] - 30:25
handful [1] - 36:11
handle [1] - 11:5
hanging [1] - 3:1

**happy** [5] - 30:9, 36:24, 44:21, 45:4, 45:20
**hard** [2] - 44:25, 45:1
**hated** [1] - 3:2
**head** [2] - 8:16, 11:25
**headquarters** [1] - 5:15
**heads** [1] - 16:18
**heads-up** [1] - 16:18
**hear** [2] - 3:7, 27:4
**HEARING** [1] - 1:9
**hearing** [5] - 29:10, 29:11, 31:11, 38:7, 41:7
**help** [1] - 19:6
**helpful** [2] - 29:12, 40:1
**hereby** [1] - 46:15
**highlight** [1] - 37:20
**highly** [2] - 2:21, 2:23
**HILLARY** [1] - 1:20
**history** [1] - 24:17
**hit** [10] - 11:17, 29:5, 31:15, 33:23, 34:1, 34:15, 38:19, 38:20, 38:24, 40:12
**hits** [8] - 4:14, 5:21, 7:14, 7:15, 9:18, 10:2, 13:20, 31:21
**hold** [2] - 9:21, 11:21
**Homeland** [4] - 2:11, 3:18, 21:13, 23:19
**homes** [1] - 28:15
**honcho** [1] - 8:16
**Honor** [34] - 2:6, 2:8, 17:5, 17:20, 17:23, 18:2, 18:6, 22:5, 25:10, 25:25, 26:4, 28:23, 29:13, 29:16, 30:16, 31:11, 33:22, 34:10, 36:12, 36:24, 38:4, 41:5, 41:22, 42:10, 42:16, 43:9, 43:24, 44:3, 44:6, 44:8, 44:21, 45:4, 45:14, 46:10
**Honor's** [1] - 41:6
**HONORABLE** [1] - 1:10
**hour** [1] - 24:21
**hours** [5] - 20:15, 21:2, 22:25, 27:5, 28:17
**Houston** [1] - 1:17
**human** [1] - 35:19
**humor** [1] - 9:25
**hundreds** [1] - 36:9

**I**

**ICE** [18] - 2:13, 2:14, 3:18, 4:13, 4:15, 8:24, 9:2, 30:18, 30:23, 31:3, 32:10, 34:14, 37:1, 39:11, 40:14, 40:18, 40:20, 43:11
**ICE's** [2] - 37:13, 38:23
**ideal** [1] - 42:1
**identified** [3] - 7:14, 31:7, 31:19
**identify** [1] - 2:4
**identity** [1] - 31:13
**II** [1] - 2:21
**III** [1] - 1:20
**illegal** [1] - 39:9
**images** [2] - 32:22, 33:8
**imagination** [1] - 42:1
**imagine** [1] - 36:17, 36:18
**immediate** [4] - 30:21, 31:4, 37:24, 44:2
**immediately** [6] - 26:9, 26:15, 35:10, 35:11, 37:23, 40:7
**Immigration** [2] - 1:6, 44:14
**important** [3] - 2:17, 8:5, 28:6
**impressed** [1] - 35:1
**INA** [1] - 38:1
**inappropriate** [2] - 7:2, 7:6
**includes** [4] - 6:3, 6:6, 6:9, 6:13
**indicate** [2] - 32:25, 33:1
**indicative** [1] - 33:14
**individual** [4] - 25:6, 31:13, 31:14, 40:12
**individual's** [1] - 40:21
**individualized** [5] - 24:1, 24:4, 24:11, 24:13, 25:21
**individuals** [7] - 16:15, 21:3, 21:9, 24:2, 35:19, 36:3, 38:6
**information** [15] - 4:15, 30:17, 30:23, 32:17, 34:11, 34:15, 36:2, 39:1, 39:11, 40:21, 41:12, 42:8, 42:13, 43:11, 44:8

**Information** [3] - 5:25, 6:20, 6:22
**initiative** [10] - 3:19, 3:21, 4:5, 4:9, 4:22, 4:25, 5:13, 5:14, 10:19, 10:20
**INJUNCTION** [1] - 1:9
**injunction** [3] - 37:4, 39:5, 39:12
**instance** [1] - 11:8
**instead** [3] - 36:4, 36:6, 36:21
**instruction** [2] - 8:23, 23:11
**instructions** [2] - 18:16, 18:18
**intended** [1] - 31:25
**interacting** [1] - 13:9
**interest** [1] - 21:25
**interested** [2] - 2:22, 40:2
**interests** [1] - 44:1
**Investigations** [2] - 21:14, 23:19
**investigative** [1] - 31:25
**invited** [1] - 35:19
**involved** [1] - 30:12
**ironic** [1] - 44:9
**issue** [7] - 27:14, 37:20, 41:3, 45:8, 45:9, 45:12, 46:4
**issued** [2] - 37:1, 37:11
**issues** [1] - 45:24
**issuing** [1] - 45:21
**item** [1] - 33:21
**items** [1] - 33:19

**J**

**Jane** [2] - 11:5, 11:7
**jobs** [2] - 8:8, 10:1
**John** [5] - 12:10, 12:11, 13:10, 31:16, 31:17
**JOHNNY** [1] - 1:20
**Johnny** [2] - 2:8, 30:10
**joined** [1] - 2:10
**JUDGE** [1] - 1:10
**judges** [1] - 36:21
**JUDGMENT** [1] - 1:10
**Judicial** [1] - 46:17
**Justice** [1] - 1:19

**K**

**keep** [4] - 25:17, 27:1, 41:11, 45:20
**Kentuckian** [1] - 30:10
**Kentucky** [3] - 29:21, 29:23, 30:11
**killed** [1] - 43:20
**kind** [2] - 18:11, 41:16
**King** [1] - 2:25
**knowledge** [4] - 24:10, 27:16, 27:17, 40:24
**knows** [2] - 27:21, 31:3, 40:18
**KY** [1] - 30:3

**L**

**lack** [2] - 33:14, 35:18
**lag** [1] - 15:5
**land** [1] - 28:1
**language** [5] - 42:25, 44:18, 45:5, 45:17, 46:2
**lark** [1] - 28:11
**last** [10] - 3:11, 5:8, 8:21, 10:8, 10:19, 29:10, 36:25, 38:12, 43:25, 45:6
**Law** [1] - 1:13
**law** [7] - 5:5, 26:2, 26:14, 26:15, 28:1, 30:24, 30:25
**lawfully** [6] - 26:5, 26:10, 26:19, 30:14, 30:18, 32:8
**lawyers** [3] - 35:15, 35:23
**lead** [2] - 18:17, 18:23
**leadership** [2] - 8:23, 8:25
**least** [2] - 15:8, 25:16
**leave** [7] - 23:21, 26:3, 26:9, 26:15, 30:3, 35:10, 40:6
**left** [1] - 25:7
**legal** [1] - 2:12
**legally** [6] - 8:7, 18:2, 26:16, 27:14, 28:12, 39:7
**less** [8] - 12:1, 12:2, 14:8, 20:15, 21:1, 22:25, 27:4, 28:16
**letter** [2] - 29:3, 35:13

**letterhead** [1] - 3:20
**level** [2] - 21:23, 34:9
**licenses** [1] - 25:8
**line** [1] - 10:20
**lines** [1] - 10:4
**links** [1] - 32:21
**Linnan** [1] - 2:13
**liquors** [1] - 30:12
**list** [13] - 11:2, 15:13, 15:23, 15:24, 16:16, 18:14, 18:23, 19:22, 22:21, 22:22, 23:1, 33:19
**listening** [1] - 18:20
**lists** [1] - 21:3
**literally** [1] - 28:7
**literate** [1] - 45:23
**litigation** [3] - 2:12, 2:14, 35:25
**lived** [1] - 30:2
**LLC** [1] - 1:13
**look** [6] - 20:4, 32:18, 37:21, 41:10, 42:21, 44:16
**looked** [2] - 24:6, 24:25
**looking** [4] - 25:12, 33:5, 38:4, 45:10
**loss** [1] - 41:16
**lost** [1] - 3:3
**loud** [1] - 45:14
**Louisville** [4] - 29:25, 30:1, 30:2, 30:5
**lower** [1] - 34:9
**lower-level** [1] - 34:9
**LYONS** [1] - 1:6
**Lyons** [1] - 2:3

**M**

**ma'am** [48] - 4:20, 4:23, 5:3, 5:9, 5:17, 6:2, 6:5, 6:8, 6:12, 6:15, 6:24, 7:1, 7:25, 8:20, 9:1, 9:8, 11:14, 11:23, 12:12, 13:3, 13:7, 14:4, 14:9, 15:21, 16:1, 16:4, 16:9, 16:13, 17:12, 19:4, 19:7, 19:14, 19:16, 19:25, 20:3, 20:7, 20:10, 20:14, 20:17, 20:21, 23:8, 23:16, 23:24, 24:9, 27:7, 27:9, 27:12, 36:15
**Macklin** [1] - 2:11
**Magna** [3] - 27:25, 28:3, 28:4

51

**magnitude** [3] - 7:21, 10:22, 15:19
**maintain** [3] - 33:22, 34:19, 34:22
**major** [1] - 44:12
**Maker's** [1] - 29:22
**Mamma** [1] - 30:6
**Marie** [1] - 3:1
**Mark** [1] - 29:22
**match** [1] - 12:8
**matched** [1] - 31:14
**matches** [1] - 31:19
**math** [1] - 12:5
**matter** [1] - 46:16
**mean** [6] - 6:22, 8:4, 12:23, 14:17, 24:6, 32:12, 39:25, 41:14, 42:7
**means** [3] - 14:13, 32:6
**meant** [1] - 24:24
**meeting** [1] - 25:4
**member** [1] - 38:9
**merits** [1] - 26:24
**met** [1] - 5:8
**Meyers** [3] - 3:17, 19:15, 20:16
**middle** [1] - 37:21
**might** [2] - 12:10, 43:20
**miles** [1] - 24:20
**military** [1] - 30:7
**million** [7] - 9:11, 9:19, 10:23, 11:13, 11:15, 11:22, 14:3
**mind** [1] - 42:2
**minutes** [3] - 23:14, 23:22, 27:3
**misdemeanor** [2] - 24:19, 24:20
**missing** [3] - 6:13, 6:14, 7:11
**mistake** [1] - 14:2
**mistakes** [1] - 35:7
**monarchy** [2] - 3:6, 3:8
**money** [1] - 9:14
**months** [1] - 28:15
**moot** [2] - 41:14, 41:15
**morning** [2] - 2:6, 2:8
**most** [2] - 28:8, 34:23
**mostly** [1] - 33:7
**motion** [1] - 37:3
**MOTION** [1] - 1:9
**motions** [1] - 36:22
**Mount** [1] - 30:1

**move** [1] - 25:19
**moved** [1] - 30:5
**MR** [197] - 2:6, 2:8, 3:13, 3:22, 4:6, 4:9, 4:11, 4:20, 4:23, 4:25, 5:3, 5:7, 5:9, 5:11, 5:14, 5:17, 5:19, 5:25, 6:2, 6:5, 6:8, 6:12, 6:15, 6:18, 6:20, 6:24, 7:1, 7:5, 7:12, 7:21, 7:25, 8:2, 8:14, 8:17, 8:20, 8:23, 9:1, 9:3, 9:8, 9:11, 9:20, 9:23, 10:4, 10:12, 10:17, 10:21, 11:3, 11:8, 11:11, 11:14, 11:19, 11:23, 11:25, 12:7, 12:12, 12:15, 12:17, 12:19, 12:24, 13:1, 13:3, 13:5, 13:7, 13:10, 13:12, 13:15, 13:18, 13:23, 14:1, 14:4, 14:9, 14:11, 14:15, 14:18, 14:21, 15:3, 15:7, 15:12, 15:17, 15:19, 15:21, 16:1, 16:4, 16:6, 16:9, 16:13, 16:23, 17:2, 17:5, 17:12, 17:16, 17:20, 17:23, 18:2, 18:6, 18:9, 18:13, 18:16, 18:22, 19:4, 19:7, 19:10, 19:14, 19:16, 19:18, 19:21, 19:25, 20:3, 20:7, 20:10, 20:14, 20:17, 20:21, 20:25, 21:6, 21:12, 21:16, 21:19, 21:23, 22:5, 22:10, 22:12, 22:15, 22:19, 22:24, 23:8, 23:11, 23:16, 23:24, 24:4, 24:9, 24:13, 24:16, 25:3, 25:9, 25:25, 26:4, 26:10, 26:18, 26:21, 27:7, 27:9, 27:12, 27:16, 27:18, 28:23, 29:13, 29:16, 29:23, 29:25, 30:4, 30:8, 30:12, 30:16, 30:22, 31:3, 31:9, 31:18, 31:24, 32:9, 32:15, 32:20, 33:6, 33:19, 33:22, 33:25, 34:7, 34:18, 34:23, 36:8, 36:11, 36:14, 36:24, 37:7, 37:11, 38:22, 39:10, 39:19, 40:8, 40:11, 40:19, 41:4, 41:22, 42:10, 42:16, 43:8, 43:23,

44:3, 44:6, 44:8, 44:10, 44:21, 45:2, 45:4, 45:14, 46:1, 46:10
**MS** [1] - 14:7
**must** [2] - 32:13, 35:9

# N

**name** [14] - 2:15, 5:6, 5:19, 8:21, 9:6, 9:18, 11:5, 11:6, 22:4, 23:20, 29:16, 29:22
**names** [19] - 7:3, 7:7, 10:2, 11:5, 13:22, 14:3, 14:10, 14:11, 14:23, 14:24, 15:2, 15:3, 15:13, 19:23, 22:20, 24:2, 42:4
**National** [7] - 5:25, 6:21, 18:17, 18:22, 21:14, 22:16, 23:18
**national** [6] - 6:17, 6:18, 6:20
**nationwide** [1] - 36:7
**NCIC** [19] - 4:14, 5:20, 5:22, 5:23, 6:19, 7:3, 9:5, 10:10, 10:16, 11:6, 11:17, 12:8, 31:14, 31:20, 34:15, 38:20, 38:24, 43:4
**necessarily** [7] - 33:1, 33:3, 33:4, 33:13, 34:1, 41:14, 41:15
**need** [5] - 16:10, 31:16, 42:21, 42:23, 46:3
**negative** [2] - 33:3, 33:4
**Neumann** [1] - 1:16
**never** [2] - 7:9, 43:22
**new** [6] - 37:1, 42:8, 42:11, 42:13, 42:17, 43:6
**next** [4] - 12:6, 12:18, 35:7, 43:25
**night** [2] - 3:12, 37:1
**nilly** [1] - 35:5
**NO** [1] - 1:5
**nobody** [1] - 27:21
**non** [1] - 27:1
**non-process** [1] - 27:1
**nonimmigrant** [3] - 9:3, 37:19, 37:22
**nonimmigrant's** [2] - 37:23, 38:2
**normally** [1] - 10:3

**note** [3] - 28:23, 37:16, 44:20
**noted** [2] - 32:24, 39:2
**notes** [2] - 33:2, 39:19
**nothing** [1] - 46:8
**notice** [9] - 16:19, 17:1, 17:4, 17:18, 18:11, 28:17, 41:20, 42:3, 42:15
**nowhere** [2] - 23:25, 45:6
**number** [11] - 3:10, 4:13, 7:7, 10:9, 11:11, 11:20, 12:4, 13:25, 18:4, 27:13, 45:22
**Number** [1] - 31:7
**NW** [2] - 1:20, 1:24

# O

**obligations** [1] - 26:20
**obtained** [1] - 34:11
**obviously** [3] - 25:18, 30:24, 41:1
**occur** [1] - 18:12
**occurred** [1] - 15:8
**OF** [2] - 1:1, 1:9
**office** [5] - 8:17, 10:11, 40:14, 40:18, 40:20
**Office** [1] - 2:9
**offices** [1] - 32:11
**OFFICIAL** [1] - 46:21
**official** [3] - 13:15, 32:10, 40:14
**Official** [1] - 1:24, 46:14
**officials** [2] - 32:10, 40:23
**often** [1] - 10:14
**ON** [1] - 1:9
**once** [1] - 9:21
**one** [18] - 2:18, 11:1, 11:22, 12:7, 12:24, 14:24, 17:6, 18:13, 19:24, 24:6, 24:10, 26:4, 34:2, 37:5, 37:20, 42:16, 43:23, 45:1
**online** [2] - 22:1, 22:6
**opportunity** [1] - 16:20
**opposition** [1] - 37:3
**oppression** [1] - 28:9
**option** [3] - 34:13,

34:24
**optional** [1] - 44:11
**OR** [1] - 1:10
**order** [4] - 7:21, 15:19, 43:12, 43:13
**Order** [1] - 2:1
**original** [1] - 46:15
**outside** [2] - 30:1, 38:23
**overstays** [1] - 10:6
**own** [1] - 13:5

# P

**P.C** [1] - 1:16
**p.m** [6] - 3:16, 19:13, 20:2, 20:5, 20:12, 22:18
**packaging** [1] - 30:8
**page** [3] - 20:8, 33:8, 46:16
**paid** [3] - 28:12, 35:21, 35:23
**papers** [1] - 32:18
**Pappa** [1] - 30:6
**paragraph** [1] - 37:21
**part** [2] - 10:4, 19:23
**particular** [4] - 20:23, 33:11, 33:25, 44:18
**particularly** [2] - 35:17, 35:22
**parties** [1] - 2:4
**passed** [3] - 4:14, 4:15, 18:23
**PATEL** [1] - 1:3
**Patel** [35] - 2:3, 17:18, 20:23, 22:23, 24:11, 24:18, 25:11, 25:14, 25:21, 25:25, 26:5, 27:3, 30:18, 33:21, 34:19, 35:13, 35:14, 36:25, 37:17, 37:19, 38:5, 38:8, 39:2, 39:6, 39:12, 41:11, 41:17, 41:20, 42:7, 43:2, 43:16, 43:24, 44:19, 45:20, 46:8
**Patel's** [4] - 24:6, 32:4, 40:3, 43:4
**pay** [1] - 35:25
**paying** [2] - 28:12, 45:11
**pending** [2] - 41:12, 42:8
**people** [45] - 4:2, 6:1, 6:3, 6:6, 6:9, 6:13, 6:14, 8:1, 8:2, 9:9,

9:19, 10:1, 10:7, 10:23, 11:13, 11:15, 11:22, 12:3, 12:6, 12:13, 13:21, 15:14, 15:20, 15:24, 16:2, 16:7, 16:10, 19:2, 23:2, 23:6, 23:9, 25:7, 25:18, 27:3, 27:4, 27:5, 28:14, 28:15, 29:2, 29:5, 35:24, 36:14, 45:23

**peoples'** [1] - 28:9
**percent** [5] - 11:24, 12:1, 12:2, 14:7, 14:8
**percentage** [1] - 14:5
**period** [2] - 34:17, 35:9
**perma** [1] - 32:21
**person** [11] - 12:5, 22:8, 22:17, 23:4, 24:14, 40:6, 40:9, 40:15, 40:17, 40:20, 45:1
**personnel** [2] - 37:6, 37:12
**persons** [1] - 7:11
**ph)** [1] - 29:17
**Plaintiff** [1] - 1:4
**plaintiff** [5] - 2:7, 20:23, 30:14, 30:20, 32:16
**PLAINTIFF** [1] - 1:13
**plaintiff's** [2] - 17:17, 41:2
**plaintiffs** [4] - 18:5, 29:19, 33:8, 36:10
**plaintiffs'** [2] - 35:23, 35:25
**plan** [1] - 42:14
**pleasant** [1] - 29:8
**point** [1] - 17:6
**pointed** [1] - 33:11
**points** [1] - 37:16
**policy** [10] - 37:1, 39:3, 41:5, 42:11, 42:17, 42:22, 43:6, 43:10, 44:16, 44:25
**pop** [2] - 7:3, 7:7
**pops** [1] - 40:3
**population** [1] - 9:3
**portion** [1] - 20:25
**position** [2] - 43:5, 43:17
**positive** [3] - 5:21, 7:14, 7:15
**postgraduate** [1] - 44:10
**power** [1] - 42:19
**practical** [2] - 39:25, 44:11

**precarious** [1] - 3:2
**Precisely** [1] - 31:18
**precisely** [1] - 3:22
**preliminary** [2] - 37:3, 39:5
**PRELIMINARY** [1] - 1:9
**prepare** [1] - 36:1
**present** [5] - 25:10, 26:5, 26:10, 26:19, 30:18
**pretty** [2] - 33:24, 34:25
**primarily** [1] - 13:10
**primary** [1] - 41:4
**principal** [1] - 19:18
**prioritize** [2] - 21:4, 23:2
**privacy** [1] - 21:24
**Proceedings** [1] - 46:12
**proceedings** [1] - 39:22
**process** [17] - 3:24, 4:1, 4:4, 24:1, 27:1, 27:20, 27:21, 28:2, 28:6, 28:7, 28:22, 31:19, 34:4, 34:8, 35:6
**Produced** [1] - 1:25
**production** [1] - 15:6
**program** [1] - 8:17
**Program** [3] - 18:19, 18:24, 37:8
**promise** [2] - 29:14, 44:22
**properly** [1] - 18:3
**protects** [1] - 42:19
**provide** [4] - 30:22, 34:7, 43:8, 43:9
**provided** [3] - 18:16, 18:18, 37:16
**provides** [2] - 33:9, 37:12
**pull** [1] - 8:5
**pulled** [2] - 24:23, 33:6
**puppies** [1] - 43:20
**purpose** [2] - 31:22, 43:10
**purposes** [1] - 14:15
**put** [6] - 7:21, 8:8, 10:9, 10:15, 11:6, 34:15
**putting** [1] - 10:2

## Q

**quality** [2] - 31:9, 31:11

**questioning** [1] - 28:11
**questions** [9] - 3:10, 26:4, 28:21, 29:9, 29:20, 31:10, 32:11, 35:3, 41:6
**quick** [1] - 46:5
**quite** [2] - 25:17, 44:17
**quiz** [1] - 27:19
**quote** [2] - 24:23, 42:11
**quote-unquote** [1] - 24:23
**quotes** [1] - 33:6

## R

**radicals** [1] - 28:7
**ran** [2] - 4:13, 9:21
**RDR** [1] - 46:20
**RDR-CRR** [1] - 46:20
**reached** [1] - 16:15
**reacts** [1] - 26:21
**read** [1] - 2:21
**really** [5] - 3:5, 45:9, 45:10
**Realtime** [1] - 1:23
**reason** [9] - 7:4, 7:8, 20:22, 25:15, 25:24, 33:11, 35:17, 35:21, 43:18
**reasons** [2] - 33:4, 33:10
**rebels** [1] - 3:5
**receive** [1] - 17:18
**recent** [1] - 31:8
**reckless** [3] - 6:10, 24:19, 24:23
**recommend** [2] - 2:21, 2:24
**Record** [1] - 1:25
**record** [39] - 2:5, 3:11, 3:23, 3:24, 4:18, 12:8, 12:9, 19:9, 19:12, 24:16, 24:25, 25:1, 25:12, 26:1, 26:7, 26:18, 26:22, 30:19, 31:2, 31:14, 31:20, 31:23, 32:5, 32:25, 33:13, 35:2, 37:13, 37:23, 38:2, 38:5, 38:18, 38:24, 39:4, 40:4, 42:5, 43:4, 44:24, 46:16
**records** [8] - 4:16, 4:17, 5:20, 6:14, 8:6, 37:2, 37:15, 39:2
**red** [4] - 28:24, 31:25, 40:6

**redacted** [3] - 21:22, 21:23, 21:24
**Reddy** [1] - 1:16
**Reeves** [2] - 46:14, 46:20
**REEVES** [2] - 1:22, 46:20
**refer** [1] - 4:12
**referred** [4] - 12:20, 13:23, 13:25, 14:2
**Registered** [1] - 1:23
**regulations** [1] - 46:16
**reinstatement** [1] - 35:10
**released** [1] - 2:19
**relief** [2] - 41:15, 45:1
**remain** [4] - 38:14, 39:8, 39:12, 42:8
**remains** [1] - 26:19
**remedied** [1] - 31:20
**remind** [1] - 28:4
**removability** [1] - 37:25, 39:20
**removal** [4] - 30:21, 31:4, 39:22, 39:23
**Reporter** [4] - 1:23, 1:23, 1:24, 46:14
**REPORTER** [1] - 46:21
**represent** [3] - 18:4, 18:7, 46:8
**representation** [4] - 41:17, 41:18, 42:12, 43:1
**republicanism** [1] - 3:6
**request** [1] - 21:8
**requesting** [1] - 4:16
**require** [2] - 26:8, 26:23, 39:22
**research** [1] - 9:16
**respect** [7] - 8:9, 28:8, 36:25, 37:1, 40:24, 41:16, 42:7
**responded** [1] - 22:13
**responds** [1] - 21:1
**response** [2] - 14:21, 22:18
**responses** [2] - 7:16, 15:8
**responsible** [1] - 10:5
**retain** [1] - 37:13
**returned** [2] - 38:10, 39:1
**review** [3] - 7:13, 20:19, 38:16

**revocation** [10] - 14:14, 14:16, 21:4, 33:23, 37:20, 37:24, 37:25, 38:17, 39:20, 43:10
**revocations** [1] - 14:12
**revoke** [6] - 15:24, 16:11, 21:9, 38:16, 38:17, 39:2
**revoked** [8] - 14:25, 15:15, 16:21, 17:19, 38:3, 38:6, 39:4, 39:17
**revokes** [2] - 37:22, 39:21
**revoking** [3] - 17:8, 17:9, 23:3
**Revolution** [1] - 2:20
**Revolutionary** [1] - 2:23
**REYES** [1] - 1:10
**richer** [1] - 35:20
**Richmond** [1] - 1:17
**Rick** [1] - 2:19
**rid** [2] - 3:7, 4:3
**rights** [1] - 28:9
**Rines** [1] - 29:17
**Robert** [2] - 8:18, 22:8
**role** [4] - 10:12, 10:14, 13:11, 13:13
**roles** [1] - 8:3
**rolling** [1] - 15:6
**rough** [2] - 7:21, 15:19
**rule** [1] - 36:21
**rules** [1] - 42:18
**ruling** [5] - 45:9, 45:10, 45:12, 45:21, 45:23
**run** [9] - 7:3, 7:6, 9:4, 9:6, 9:9, 11:10, 21:2, 23:1, 42:3
**running** [1] - 13:21
**runs** [2] - 11:8, 11:10
**rushed** [1] - 34:4
**rushing** [1] - 36:4
**Rutledge** [1] - 1:14

## S

**Sam** [2] - 12:4, 14:5
**scan** [1] - 32:22
**school** [12] - 5:5, 26:21, 26:22, 30:1, 32:1, 32:9, 32:10, 40:3, 40:11, 40:14, 43:20
**scope** [2] - 3:22, 4:6

**scrub** [1] - 5:20
**scrutinized** [1] - 24:16
**search** [1] - 8:6
**seated** [1] - 29:14
**second** [7] - 2:20, 2:25, 3:8, 11:22, 21:7, 37:5, 37:21
**secretary** [1] - 19:19
**Section** [1] - 37:25
**section** [2] - 2:13, 2:14
**Security** [10] - 2:11, 3:18, 6:18, 18:17, 18:22, 21:13, 21:15, 22:16, 23:19
**see** [23] - 3:23, 9:18, 10:2, 14:21, 19:11, 19:13, 20:6, 20:9, 20:11, 20:13, 21:5, 21:11, 22:18, 23:11, 23:12, 30:9, 33:15, 33:16, 38:19, 40:12, 42:4, 45:24, 46:5
**seeking** [2] - 3:5, 25:16
**select** [2] - 33:20, 34:24
**send** [6] - 14:10, 15:13, 15:23, 16:5, 19:22, 20:1
**sending** [3] - 16:15, 18:10, 18:11
**sends** [5] - 15:23, 18:14, 20:12, 21:17, 23:21
**senior** [1] - 13:15
**sense** [1] - 42:23
**sensitive** [1] - 30:25
**sent** [12] - 7:17, 13:2, 15:14, 17:1, 17:4, 17:14, 19:15, 20:16, 22:17, 25:1, 29:3, 35:12
**separate** [1] - 39:21
**serve** [3] - 8:2, 23:17, 37:25
**Services** [1] - 44:14
**set** [1] - 14:24
**seven** [1] - 3:3
**seven-year** [1] - 3:3
**SEVIS** [46] - 4:17, 5:20, 7:7, 12:8, 16:3, 16:12, 16:20, 17:15, 18:25, 21:8, 23:7, 23:10, 23:15, 24:3, 26:1, 26:7, 26:14, 26:19, 26:22, 27:6, 29:3, 30:19, 31:8, 31:14, 31:20, 31:23,

32:4, 32:14, 32:17, 32:25, 33:2, 33:3, 33:13, 33:16, 33:17, 34:13, 37:2, 37:13, 37:23, 38:2, 38:18, 39:4, 39:13, 39:25, 40:4
**SEVP** [5] - 37:5, 37:6, 37:12, 37:23, 38:1
**Shane** [2] - 19:15, 19:17
**short** [1] - 36:22
**short-circuit** [1] - 36:22
**significant** [1] - 28:8
**single** [2] - 18:13, 25:6
**situation** [1] - 3:2
**six** [1] - 31:7
**Smith** [10] - 11:6, 11:7, 12:10, 12:11, 31:16, 31:17, 39:15, 43:16, 43:18, 43:20
**Smith's** [1] - 40:4
**snipped** [1] - 32:21
**someone** [15] - 9:17, 20:5, 20:6, 20:12, 21:13, 21:17, 21:20, 22:13, 23:1, 23:18, 23:21, 35:12, 39:16, 40:2
**somewhere** [2] - 10:19, 32:13
**SONJA** [2] - 1:22, 46:20
**Sonja** [2] - 46:14, 46:20
**sorry** [3] - 7:5, 7:25, 22:13
**sort** [9] - 3:24, 19:6, 32:21, 33:6, 34:7, 34:12, 34:14, 36:22, 38:7
**sounds** [1] - 33:24
**sources** [1] - 10:6
**South** [1] - 1:15
**specific** [5] - 5:20, 10:21, 15:4, 37:12, 37:15
**specifically** [2] - 42:7, 44:19
**speed** [1] - 25:18
**speeding** [6] - 7:10, 24:24, 25:7, 25:15, 25:23, 42:5
**spend** [2] - 9:17, 42:3
**spending** [2] - 9:14, 11:12

**spent** [2] - 10:24, 11:16
**spreadsheet** [1] - 20:24
**spreadsheets** [3] - 7:17, 12:19, 15:4
**staff** [5] - 5:19, 7:13, 7:19, 8:13, 8:14
**start** [2] - 7:24, 36:23
**started** [1] - 38:8
**starts** [1] - 2:25
**state** [2] - 13:5, 23:9
**State** [45] - 4:14, 4:15, 7:18, 12:21, 13:2, 13:6, 13:9, 13:14, 13:21, 14:3, 14:10, 14:16, 14:17, 14:19, 14:21, 15:11, 15:15, 15:23, 16:15, 16:23, 17:4, 17:7, 17:8, 17:14, 17:18, 18:10, 18:14, 18:24, 19:1, 19:2, 19:21, 19:22, 20:5, 20:12, 21:14, 21:20, 23:5, 25:22, 27:4, 27:5, 37:22, 38:3, 38:25, 39:21
**State's** [2] - 32:15, 32:24
**STATES** [1] - 1:1
**States** [20] - 2:9, 3:8, 9:4, 17:10, 24:8, 24:12, 25:22, 26:6, 26:11, 26:19, 30:14, 30:18, 30:21, 38:10, 38:11, 38:12, 38:14, 44:14, 46:14, 46:17
**status** [42] - 10:7, 14:15, 15:15, 15:22, 16:17, 17:10, 17:11, 17:13, 17:14, 17:22, 18:1, 18:3, 21:8, 21:10, 25:17, 25:24, 26:1, 27:14, 32:8, 33:1, 33:2, 33:10, 33:12, 33:14, 33:23, 34:19, 34:21, 34:22, 35:14, 35:15, 37:19, 38:13, 39:6, 39:7, 39:16, 39:17, 39:18, 39:22, 40:15, 41:11, 43:4
**stay** [1] - 28:14
**STEM** [1] - 44:12
**stenographic** [1] - 46:15
**Stenographic** [1] - 1:25
**STEVEN** [1] - 1:16

**Steven** [1] - 2:7
**still** [10] - 17:11, 17:13, 28:25, 32:7, 32:8, 39:14, 39:18, 39:24, 41:16, 42:1
**Street** [1] - 1:20
**stretch** [1] - 42:1
**student** [9] - 3:19, 3:21, 4:4, 4:21, 5:12, 10:20, 28:25, 32:3, 38:14
**Student** [3] - 18:18, 18:24, 37:7
**student's** [1] - 31:23
**Students** [1] - 21:7
**students** [17] - 4:13, 8:6, 9:4, 10:10, 10:15, 10:17, 10:18, 10:21, 11:2, 20:19, 27:8, 27:10, 28:11, 29:4, 35:20, 42:4
**studied** [1] - 28:13
**studies** [1] - 38:8
**study** [3] - 32:15, 32:24, 44:13
**studying** [2] - 9:4, 27:10
**subject** [5] - 30:20, 31:4, 42:11, 43:6, 43:9
**submitted** [1] - 20:19
**subordinate** [1] - 22:15
**Suite** [1] - 1:17
**SUMMARY** [1] - 1:10
**super** [1] - 3:3
**support** [2] - 3:4, 9:20
**supported** [1] - 8:14
**supporting** [1] - 3:5
**suppose** [2] - 6:9, 41:12
**Supreme** [1] - 41:13
**survived** [1] - 5:4
**system** [4] - 2:23, 11:18, 26:17, 38:20
**systems** [2] - 21:2, 44:8

# T

**tab** [3] - 21:3, 21:7, 23:10
**table** [1] - 2:10
**tagged** [2] - 25:7, 25:19
**team** [1] - 24:9
**technically** [1] - 41:10
**tens** [1] - 42:2

**term** [2] - 4:11, 44:2
**Terminate** [2] - 23:6, 23:22
**terminate** [18] - 7:3, 7:8, 16:2, 16:12, 16:16, 17:15, 19:2, 21:8, 23:6, 23:15, 29:2, 35:14, 37:13, 37:15, 37:23, 38:1, 38:24, 42:14
**terminated** [22] - 4:16, 4:17, 16:19, 17:19, 23:10, 24:2, 26:1, 26:7, 27:6, 30:19, 31:23, 32:5, 32:14, 33:17, 33:18, 33:20, 39:25, 40:2, 40:4, 42:14, 43:12, 43:15
**terminating** [1] - 38:18
**termination** [26] - 18:25, 26:2, 26:8, 26:9, 26:13, 26:18, 26:22, 29:6, 31:8, 32:4, 32:17, 32:25, 33:2, 33:3, 33:10, 33:11, 33:12, 33:13, 34:18, 34:20, 34:21, 39:4, 41:3, 42:11, 43:6, 43:10
**terminations** [2] - 28:24, 37:2
**terms** [3] - 25:4, 37:18, 38:15
**Texas** [2] - 1:17, 24:19
**THE** [200] - 1:1, 1:10, 1:13, 1:19, 2:15, 3:14, 4:1, 4:8, 4:10, 4:19, 4:21, 4:24, 5:1, 5:4, 5:8, 5:10, 5:12, 5:16, 5:18, 5:23, 6:1, 6:3, 6:6, 6:9, 6:13, 6:16, 6:19, 6:21, 6:25, 7:2, 7:6, 7:19, 7:23, 8:1, 8:4, 8:15, 8:19, 8:21, 8:25, 9:2, 9:6, 9:9, 9:12, 9:21, 9:25, 10:8, 10:14, 10:18, 10:23, 11:4, 11:10, 11:12, 11:15, 11:21, 11:24, 12:1, 12:10, 12:13, 12:16, 12:18, 12:22, 12:25, 13:2, 13:4, 13:6, 13:8, 13:11, 13:13, 13:17, 13:19, 13:25, 14:2, 14:5, 14:8, 14:10, 14:13, 14:17, 14:19, 14:23,

15:5, 15:10, 15:13, 15:18, 15:20, 15:22, 16:2, 16:5, 16:7, 16:10, 16:14, 16:24, 17:3, 17:11, 17:13, 17:17, 17:22, 17:24, 18:4, 18:7, 18:10, 18:14, 18:20, 19:1, 19:5, 19:8, 19:11, 19:15, 19:17, 19:20, 19:22, 20:1, 20:4, 20:8, 20:11, 20:15, 20:18, 20:22, 21:1, 21:7, 21:13, 21:17, 21:20, 22:1, 22:7, 22:11, 22:13, 22:17, 22:20, 22:25, 23:9, 23:13, 23:18, 23:25, 24:6, 24:10, 24:15, 24:18, 25:5, 25:11, 26:2, 26:8, 26:12, 26:20, 26:24, 27:8, 27:10, 27:13, 27:17, 27:19, 29:2, 29:14, 29:18, 29:24, 30:2, 30:7, 30:9, 30:13, 30:20, 31:1, 31:5, 31:16, 31:22, 32:3, 32:12, 32:18, 33:5, 33:15, 33:21, 33:24, 34:3, 34:16, 34:20, 34:25, 36:9, 36:13, 36:16, 37:5, 37:9, 38:19, 39:5, 39:14, 39:24, 40:9, 40:17, 40:22, 41:8, 41:24, 42:12, 42:21, 43:14, 44:4, 44:7, 44:9, 44:15, 44:24, 45:3, 45:7, 45:15, 46:2, 46:11
**themselves** [1] - 2:5
**thousands** [4] - 27:5, 27:13, 35:24, 42:2
**three** [10] - 9:23, 10:2, 10:24, 11:16, 15:8, 15:10, 16:25, 37:22, 44:13, 45:6
**throughout** [1] - 3:24
**Thursday** [1] - 46:7
**ticket** [3] - 6:10, 25:16, 25:23
**timeline** [1] - 19:5
**today** [6] - 2:16, 2:19, 23:21, 26:5, 27:19, 43:7
**TODD** [1] - 1:6
**Todd** [1] - 2:3
**together** [1] - 8:10
**took** [3] - 8:24, 9:2,

14:17
**top** [2] - 11:25, 29:11
**total** [2] - 17:1, 36:15
**tourist** [3] - 38:11, 38:12, 38:15
**tracking** [1] - 11:16
**training** [1] - 44:11
**transcript** [3] - 46:15, 46:15, 46:16
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:9
**transferred** [1] - 30:4
**travel** [3] - 17:9, 39:21
**traveled** [1] - 38:10
**tried** [1] - 6:4
**trilogy** [2] - 2:20, 2:21
**TRO** [5] - 30:15, 39:5, 39:12, 44:5, 46:7
**troubled** [1] - 35:22
**true** [1] - 46:15
**try** [2] - 28:13, 44:21
**trying** [5] - 28:7, 28:15, 44:25, 45:1, 45:3
**Tuesday** [3] - 1:11, 3:15, 19:12
**turnaround** [1] - 15:1
**two** [9] - 9:23, 10:1, 10:24, 11:16, 25:16, 36:14, 39:20, 41:20, 46:9
**tyrannical** [1] - 28:9

**U**

**U.S** [8] - 1:6, 1:19, 3:4, 3:18, 8:7, 10:16, 28:14, 35:10
**ultra** [3] - 42:17, 42:18
**under** [7] - 9:11, 21:10, 37:25, 38:8, 38:14, 42:11, 43:6
**understood** [1] - 46:1
**undertook** [1] - 34:8
**unhinged** [1] - 28:6
**unit** [1] - 18:23
**United** [20] - 2:9, 3:8, 9:4, 17:9, 24:8, 24:12, 25:22, 26:6, 26:11, 26:19, 30:14, 30:18, 30:21, 38:10, 38:11, 38:12, 38:14, 44:14, 46:14, 46:17
**UNITED** [1] - 1:1

**universities** [2] - 28:13, 29:4
**university** [1] - 32:1
**unquote** [1] - 24:23
**unredacted** [1] - 20:25
**up** [22] - 5:1, 7:3, 7:7, 11:17, 16:18, 20:24, 29:5, 29:15, 29:19, 32:2, 32:11, 36:6, 36:16, 36:17, 40:3, 40:11, 40:13, 42:25, 43:2, 43:15, 44:12, 44:18
**updated** [1] - 40:24
**upset** [1] - 3:3
**utter** [1] - 35:18

**V**

**valid** [10] - 14:12, 14:14, 16:9, 21:3, 21:8, 21:9, 23:2, 23:5, 23:7, 39:16
**validate** [1] - 12:7
**validly** [1] - 17:14
**various** [3] - 8:2, 10:6, 41:22
**versus** [1] - 2:3
**view** [2] - 29:7, 30:13
**violation** [4] - 33:12, 34:16, 34:20, 35:14
**vires** [3] - 42:17, 42:18
**Virginia** [1] - 24:20
**visa** [42] - 14:12, 14:14, 14:16, 14:17, 15:24, 16:17, 16:21, 17:9, 17:18, 17:20, 17:24, 17:25, 21:8, 21:9, 23:2, 23:7, 29:1, 33:23, 37:20, 37:22, 37:24, 38:3, 38:6, 38:8, 38:11, 38:13, 38:15, 38:16, 38:17, 39:1, 39:2, 39:3, 39:4, 39:7, 39:15, 39:16, 39:17, 39:19, 39:21, 43:10
**visas** [13] - 10:10, 10:16, 11:2, 14:24, 15:15, 16:6, 16:8, 16:9, 17:8, 21:3, 21:4, 23:3, 23:5
**visible** [1] - 33:7
**visit** [1] - 30:6
**Visitor** [3] - 18:19, 18:24, 37:7
**vs** [1] - 1:5

**W**

**wade** [1] - 42:22
**walker** [3] - 35:18, 42:24, 42:25
**WALKER** [57] - 1:20, 2:8, 3:13, 3:22, 4:6, 4:9, 4:11, 17:5, 17:12, 17:16, 19:10, 20:25, 21:23, 22:5, 25:25, 26:4, 26:10, 26:18, 26:21, 29:16, 29:23, 29:25, 30:4, 30:8, 30:12, 30:16, 30:22, 31:3, 31:9, 31:18, 31:24, 32:9, 32:15, 32:20, 33:6, 33:19, 33:25, 34:7, 34:18, 34:23, 36:24, 37:7, 37:11, 38:22, 39:10, 39:19, 40:8, 40:11, 40:19, 41:4, 43:8, 43:23, 44:21, 45:2, 45:14, 46:1, 46:10
**Walker** [17] - 2:8, 3:10, 17:3, 21:22, 23:20, 28:18, 30:11, 34:25, 36:20, 43:2, 43:17, 43:18, 44:15, 45:7, 45:11, 46:7
**wants** [1] - 44:20
**War** [2] - 2:21, 2:23
**war** [1] - 3:3
**Washington** [4] - 1:12, 1:21, 1:25, 30:1
**WATSON** [122] - 4:20, 4:23, 4:25, 5:3, 5:7, 5:9, 5:11, 5:14, 5:17, 5:19, 5:25, 6:2, 6:5, 6:8, 6:12, 6:15, 6:18, 6:20, 6:24, 7:1, 7:5, 7:12, 7:21, 7:25, 8:2, 8:14, 8:17, 8:20, 8:23, 9:1, 9:3, 9:8, 9:11, 9:20, 9:23, 10:4, 10:12, 10:17, 10:21, 11:3, 11:8, 11:11, 11:14, 11:19, 11:23, 11:25, 12:7, 12:12, 12:15, 12:17, 12:19, 12:24, 13:1, 13:3, 13:5, 13:7, 13:10, 13:12, 13:15, 13:18, 13:23, 14:1, 14:4, 14:9, 14:11, 14:15, 14:18, 14:21, 15:3, 15:7, 15:12, 15:17, 15:19, 15:21, 16:1, 16:4, 16:6, 16:9, 16:13, 16:23, 17:2,

18:16, 18:22, 19:4, 19:7, 19:14, 19:16, 19:18, 19:21, 19:25, 20:3, 20:7, 20:10, 20:14, 20:17, 20:21, 21:6, 21:12, 21:16, 21:19, 22:10, 22:12, 22:15, 22:19, 22:24, 23:8, 23:11, 23:16, 23:24, 24:4, 24:9, 24:13, 24:16, 25:3, 25:9, 27:7, 27:9, 27:12, 27:16, 27:18, 28:23, 29:13
**Watson** [17] - 2:10, 3:16, 3:17, 3:25, 4:12, 5:7, 28:20, 29:8, 31:12, 31:24, 34:5, 36:5, 36:18, 38:5, 39:10, 43:5, 43:19
**website** [5] - 32:15, 33:2, 33:7, 34:13, 35:9
**week** [3] - 16:25, 43:25, 46:2
**weekend** [2] - 37:11, 39:3
**weekly** [1] - 15:8
**weeks** [9] - 9:24, 10:2, 10:24, 11:16, 15:9, 15:10, 16:25, 41:20, 45:6
**Welcome** [1] - 5:10
**whatsoever** [2] - 28:17, 34:11
**willy** [1] - 35:5
**willy-nilly** [1] - 35:5
**words** [1] - 45:16
**worker** [1] - 38:9
**workers** [1] - 42:2
**works** [1] - 30:8
**World** [1] - 2:21
**world** [2] - 5:18, 32:13
**write** [1] - 45:23
**writing** [1] - 5:16

**Y**

**year** [1] - 3:3
**years** [3] - 10:13, 10:14, 44:13
**yourself** [1] - 36:13

**Z**

**zero** [1] - 35:6

# Exhibit C



ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for plaintiff(s) (and other similarly situated plaintiffs) will remain Active or shall be re-activated if not currently active. ICE maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act.



# Exhibit D

**Broadcast Message:** SEVIS Notice – Policy Regarding Termination of Records

**To:** All SEVP Personnel

**Date:** April 26, 2025

---

**General Information**

The Student and Exchange Visitor Program (SEVP) manages and tracks nonimmigrants in the F, M, and J categories. To eliminate vulnerabilities related to the nonimmigrant visa program, Congress provided broad statutory authority under 8 U.S.C. § 1372 for the Government "to develop and conduct a program to collect" information regarding nonimmigrant students and exchange visitors and to "establish an electronic means to monitor and verify" certain related information, which is the system referred to as the Student and Exchange Visitor Information System (SEVIS). Inherent in that authority is SEVP's ability to update and maintain the information in SEVIS and, as such, to terminate SEVIS records, as needed, to carry out the purposes of the program.

A terminated record in SEVIS could indicate that the nonimmigrant no longer maintains F or M status. Designated school officials (DSOs) mostly terminate F-1/M-1 students and/or F-2/M-2 dependents who do not maintain their status. However, termination does not always result in an adverse impact on the student. DSOs and SEVP can terminate records for several normal, administrative reasons.

Additionally, SEVP can terminate records for a variety of reasons, including, but not limited to the following reasons:

- o Exceeded Unemployment Time
- o Failure to Comply with I-515A
- o Failure to Repay the I-901 Fee Chargeback
- o Failure to Report While on OPT
- o No Show
- o School Withdrawn
- o Violation of Change of Status Requirements
- o Change of Status Approved
- o Evidence of a Failure to Comply with the Terms of Nonimmigrant Status Exists
- o U.S. Department of State Visa Revocation (Effective Immediately)

**Failure to Comply with Terms of Nonimmigrant Status**

When SEVP has objective evidence that a nonimmigrant visa holder is no longer complying with the terms of their nonimmigrant status for any reason, then the SEVIS record may be terminated on that basis. Information should be entered into in SEVIS that identifies the failure to comply. In its discretion, ICE may conduct further investigation or initiate removal proceedings pursuant to INA § 237(a)(1)(C)(i) based on evidence that a nonimmigrant student is not complying with the terms of their nonimmigrant status.

**Visa Revocations**

Pursuant to INA § 221(i), the U.S. Department of State (State) may at any time, in its discretion, revoke an alien's visa. State can consider derogatory information provided by ICE and other U.S. law enforcement agencies in its assessment of whether visa revocation is appropriate for an alien. When State revokes an alien's visa with immediate effect, ICE should take steps to initiate removal proceedings.

If State revokes a nonimmigrant visa effective immediately, SEVP may terminate the nonimmigrant's SEVIS record based on the visa revocation with immediate effect, as such a revocation can serve as a basis of removability under INA § 237(a)(1)(B). SEVP should not, however, terminate a nonimmigrant's SEVIS record on this basis until it has confirmed that State has revoked the visa.

For additional information about SEVIS record terminations, please contact the SEVP Response Center (SRC) via phone at 703-603-3400 or 1-800-892-4829 or via email at SEVP@ice.dhs.gov. The SRC is open Monday through Friday, 8 a.m. to 6 p.m. ET, except for federal holidays.

**Disclaimer**

This Broadcast Message is not a substitute for applicable legal requirements, nor is it itself a rule or a final action by SEVP. It is not intended to, does not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable at law by any party in any administrative, civil, or criminal matter.

# Exhibit E

5/5/25, 4:04 PM    Tom Homan on deportation flights: 'I don't care what the judges think'

# THE HILL

ADMINISTRATION

## Homan on deportation flights: 'I don't care what the judges think'

BY LAUREN IRWIN - 03/17/25 11:51 AM ET

   



# THE HILL



L.L.Bean

**L.L.Bean | Women's Wicked Go...**

Border czar Tom Homan said he doesn't care what the judges think about the deportation flights of Venezuelan gang members as the administration faces a legal battle over the flight.

"I'm proud to be a part of this administration. We're not stopping," he said Monday on "Fox & Friends."

ADVERTISEMENT



Transforming
Retail with AI

Learn More   SUPERMICRO | NVIDIA

"I don't care what the judges think. I don't care."

Over the weekend, President Trump invoked the Alien Enemies Act of 1798, the third time the wartime act has been used and the first since World War II.

It was intended to target members of the gang Tren de Aragua (TdA) who Trump said could be arrested, restrained and removed from the country.

ADVERTISEMENT





A federal judge expanded a temporary block on the deportations of five of the migrants and verbally ordered the plane carrying nearly 300 alleged TdA members to not leave the U.S. or to turn around.

The Trump administration has insisted the plane was already out of U.S. jurisdiction, sparking a more complicated legal battle as the American Civil Liberties Union questioned whether the White House defied the court order.

### Sign up for the Morning Report

The latest in politics and policy. Direct to your inbox.

| Email address | SUBSCRIBE |

By signing up, I agree to the Terms of Use, have reviewed the Privacy Policy, and to receive personalized offers and communications via email, on-site notifications, and targeted advertising using my email address from The Hill, Nexstar Media Inc., and its affiliates

"It wasn't until this flight was already in international waters heading down to El Salvador that the judge made some comment about returning the flights," Homan said. "We're already in international waters. We're outside the borders of the United States."

ADVERTISEMENT

# THE HILL



**The 2025 Hyundai IONIQ 5.**

Includes a 10-Year/100,000-Mile Powertrain Limited Warranty.

Sponsored by Hyundai                    LEARN MORE ›

Homan argued the judge's decision to return the flights "defies logic" and he questioned why anyone would want "terrorists returned to the United States."

"Look, President Trump, by proclamation, invoked the authorities of the Alien Enemies Act, which has a right to do, and it's a game changer. And we removed over 200 violent criminals from the United States, not just TdA, but also MS-13."

"The actions of President Trump made this country safer," he added.

**TAGS** DONALD TRUMP   TDA   TOM HOMAN   TREN DE ARAGUA   TRUMP ADMINISTRATION   TRUMP DEPORTATION PLAN

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

   

## SPONSORED CONTENT

Privacy Policy

### Landmark Supreme Court Ruling Could Cause New Economic Boom

Paradigm | Sponsored

### New Jersey: Say Bye To Your Car Insurance If You Drive Less Than 50 M/D

Smart Lifestyle Trends | Sponsored

### Protein Isn't Enough - Here's What Really Builds Muscle After 60

Health Defense | Sponsored

# Exhibit F

TRANSCRIPTS

# Meet the Press – May 4, 2025

Pres. Donald Trump, Peter Alexander, Symone Sanders Townsend, Keir Simmons and Marc Short



May 4, 2025, 11:38 AM EDT / Source: #Mydenity

KRISTEN WELKER:

This Sunday: my exclusive interview with President Trump as he marks 100 days in office.

KRISTEN WELKER:

When does it become the Trump economy?

ADVERTISING



PRES. DONALD TRUMP:

It partially is right now. I think the good parts are the Trump economy and the bad parts are the Biden economy.

KRISTEN WELKER:

On his handling of the economy and what his tariffs will mean for consumers.

PRES. DONALD TRUMP:

I'm just saying they don't need to have 30 dolls. They can have three. They don't need to have 250 pencils. They can have five.

KRISTEN WELKER:

How his immigration policy plans are clashing with the courts.

KRISTEN WELKER:

Don't you need to uphold the constitution of the United States as president?

PRES. DONALD TRUMP:

I don't know.

KRISTEN WELKER:

And his vision to expand U.S. territory.

KRISTEN WELKER:

Would you rule out military force to take Canada?

PRES. DONALD TRUMP:

Well, I - I think we're not going to ever get to that point. It could happen. Something could happen with Greenland. I'll be honest.

KRISTEN WELKER:

Plus, a behind the scenes look inside Mar-a-Lago and how he wants to bring the feel of his private club to the White House.

PRES. DONALD TRUMP:

It'll be a world-class, beautiful ballroom.

KRISTEN WELKER:

Joining me for insight and analysis are: NBC News Chief White House Correspondent Peter Alexander; NBC News Chief International Correspondent Keir Simmons; Symone Sanders Townsend, former Chief Spokeswoman for Vice President Kamala Harris; and Marc Short, former Director of Legislative Affairs for President Trump. Welcome to Sunday and a special edition of Meet the Press.

ANNOUNCER:

From NBC News in Washington, the longest-running show in television history, this is a special edition of Meet the Press with Kristen Welker.

KRISTEN WELKER:

Good Sunday morning. In his first 100 days in office, President Trump has signed more than 140 executive orders, and has focused on everything from the border to tariffs to foreign policy. He has pushed the limits of his executive power, clashed with courts and disrupted the global world order. I sat down with President Trump on Friday at his private club in Florida, Mar-A-Lago, for a

wide-ranging interview. We started our conversation on one of the top issues on the minds of Americans.

[BEGIN TAPE]

KRISTEN WELKER:

I want to start on the economy, sir, which obviously – obviously the biggest issue for voters. We got new numbers today, better than expected job numbers.

PRES. DONALD TRUMP:

Much better.

KRISTEN WELKER:

At the same time, the economy shrank in the first quarter. You've been arguing all week that this is President Biden's economy. Is this now your economy, sir?

PRES. DONALD TRUMP:

Well, I think certain aspects of it are. Costs are. I was able to get down the costs. But even that, it takes a while to get them down, but we got them down good. We lost 5 to 6 billion dollars a day with Biden. Five to 6 billion. And I've got that down to a great number right now in a very – in a record time. You know, we're talking about 100 days. But just think of what that is. Five billion dollars a day we're losing on trade. And we were very tough with China, as you know. We put 145% tariff on. Nobody's ever heard of such a thing. And we've essentially cut off trade relationships by putting that much of a tariff on. And that's okay. We've gone cold turkey. That means that we're not losing. You know, we lost a trillion dollars to China. A trillion dollars. That means we're not losing a trillion dollars when we go cold turkey because we're not doing business with them right now. And they want to make a deal. They want to make a deal very badly. We'll see how that all turns out, but it's got to be a fair deal.

KRISTEN WELKER:

When does it become the Trump economy?

PRES. DONALD TRUMP:

It partially is right now. And I really mean this. I think the good parts are the Trump economy and the bad parts are the Biden economy because he's done a terrible job. He did a terrible job on everything, from his autopen - which I'm sure he knew nothing about, some of the things he was supposedly signing.

KRISTEN WELKER:

But, sir, you acknowledge when you announced your tariffs, for example, the stock market dropped. It's been volatile. It has -

PRES. DONALD TRUMP:

Well -

KRISTEN WELKER:

- since gone up.

PRES. DONALD TRUMP:

- it is, but now it's -

KRISTEN WELKER:

Do you take responsibility -

PRES. DONALD TRUMP:

Look at today. I take responsibility.

KRISTEN WELKER:

- for that? Yeah. Do you take responsibility when it drops?

PRES. DONALD TRUMP:

Ultimately, I take responsibility for everything. But I've only just been here for a little more than three months. But the stock market, look at what's happened in the last short period of time. Didn't it have nine or ten days in a row, or 11 days, where it's gone up? And the tariffs have just started kicking in. And we're doing really well. Psychologically, I mean, the fake news was giving

5

me such press on the tariffs. The tariffs are going to make us rich. We're going to be a very rich country.

KRISTEN WELKER:

So let's talk about the tariffs. And I want to ask you about something you said this week. Got a lot of attention. You were at your Cabinet meeting. You said, quote - I'm going to quote what you said - "Maybe the children will have two dolls instead of 30 dolls. And maybe the two dolls will cost a couple of bucks more than they would normally." Are you saying that your tariffs will cause some prices to go up?

PRES. DONALD TRUMP:

No. I think tariffs are going to be great for us because it's going to make us rich.

KRISTEN WELKER:

But you said some dolls are going to cost more.

PRES. DONALD TRUMP:

Sure.

KRISTEN WELKER:

Isn't that an acknowledgment -

PRES. DONALD TRUMP:

I don't think -

KRISTEN WELKER:

- that some prices -

PRES. DONALD TRUMP:

- children -

KRISTEN WELKER:

- will go up?

PRES. DONALD TRUMP:

I don't think that a beautiful baby girl needs - that's 11 years old - needs to have 30 dolls. I think they can have three dolls or four dolls because what we were doing with China was just unbelievable. We had a trade deficit of hundreds of billions of dollars with China.

KRISTEN WELKER:

When you say, "They could have three dolls instead of 30 dolls," are you saying you're -

PRES. DONALD TRUMP:

I'm saying they don't need to have 30 dolls -

KRISTEN WELKER:

- that Americans could see empty store shelves?

PRES. DONALD TRUMP:

No. No, I'm not saying that. I'm just saying they don't need to have 30 dolls. They can have three. They don't need to have 250 pencils. They can have five.

KRISTEN WELKER:

But you're basically saying there could be some supply shortages -

PRES. DONALD TRUMP:

I'm basically saying -

KRISTEN WELKER:

- because of the tariffs.

PRES. DONALD TRUMP:

- we don't have to waste money on a trade deficit with China for things we don't need, for junk that we don't need.

KRISTEN WELKER:

Well, prices are already going up on some popular items -

PRES. DONALD TRUMP:

Wait, whoa, whoa, whoa.

KRISTEN WELKER:

- from tires to strollers -

PRES. DONALD TRUMP:

Whoa, whoa. This is such a dishonest interview already.

KRISTEN WELKER:

No, no.

PRES. DONALD TRUMP:

Prices are down on groceries. Prices are down for oil. Prices are down for all energy. Prices are down at tremendous numbers for gasoline. And let me tell you, when you have - the big thing, what he did, he spent like a stupid person, which he was. But he spent like a very stupid person. And that was bad for inflation. But what really killed us with inflation was the price of energy. It went up to $3.90, even $4. And in California, $5 and $6. Right? Okay. I have it down to $1.98 in many states right now. When you go that much lower on energy - which is ahead of my prediction because I really thought I could get it down into the $2.50s - we have it down at $1.98 in numerous places. But when you say costs are going up, even mortgage rates are going down. You know, we have mortgage rates -

KRISTEN WELKER:

But let me give you some examples. These are - I mean, these are actual examples. So you're saying the prices that are going down. Some prices are going up. Tires, strollers, some clothing in the wake of your tariffs -

8

PRES. DONALD TRUMP:

Excuse me. That's peanuts compared to –

KRISTEN WELKER:

Well –

PRES. DONALD TRUMP:

– energy. Energy is 60% of the cost.

KRISTEN WELKER:

But, sir, you campaigned –

PRES. DONALD TRUMP:

Energy is a big –

KRISTEN WELKER:

– on a promise to bring prices down on day one.

PRES. DONALD TRUMP:

Well, I don't know, when you say strollers are going up, what kind of a thing? I'm saying that gasoline is going down. Gasoline is thousands of times more important than a stroller or some place?

KRISTEN WELKER:

But what do you say to Americans who say they voted for you because they want and they need relief right now?

PRES. DONALD TRUMP:

And they're getting it.

KRISTEN WELKER:

Right now? What about those –

PRES. DONALD TRUMP:

Even mortgage rates. It was just announced –

KRISTEN WELKER:

– different items I just mentioned?

PRES. DONALD TRUMP:

– mortgage rates are going down, despite the fact that we have a stubborn Fed.

KRISTEN WELKER:

But you said dolls - even dolls could cost a couple bucks more.

PRES. DONALD TRUMP:

Maybe they might. But you don't need to have, as I said, 35 dolls. You can have two, three, four, and save a lot of money. We don't need to feed the beast.

KRISTEN WELKER:

I guess - you're talking about this transition cost. How long should people expect that transition to last, Mr. President?

PRES. DONALD TRUMP:

I can't tell you that. I can tell you that we're making a lot of money. We're doing great. Again, we were losing more than $5 billion a day. $5 billion a day. You don't talk about that. And right now, we're going to be at a point very soon where we're making money every day. Look –

KRISTEN WELKER:

How soon?

PRES. DONALD TRUMP:

- we were losing hundreds of billions of dollars with China. Now we're essentially not doing business with China. Therefore, we're saving hundreds of billions of dollars. Very simple.

KRISTEN WELKER:

You take me to my next question, which is about China. They've been making a number of public statements.

PRES. DONALD TRUMP:

Very positive statements in the last 24 hours.

KRISTEN WELKER:

Well, and most recently, they said before talks could happen, the U.S. would need to remove unilateral tariffs. Would you consider dropping the tariffs to get China to the negotiating table?

PRES. DONALD TRUMP:

No. They - first of all, you're giving me a statement that was said a week ago. You're not giving the statement that was said today.

KRISTEN WELKER:

I have May 2nd, Chinese Commerce Ministry.

PRES. DONALD TRUMP:

Do you know what they say today?

KRISTEN WELKER:

"If the U.S. wants to negotiate, it should show sincerity -"

PRES. DONALD TRUMP:

"We're looking forward - "

KRISTEN WELKER:

11

" – by preparing to take actions in correcting its mistakes and canceling the unilateral tariffs."

PRES. DONALD TRUMP:

No, no, no. They made – first of all, they made numerous statements.

KRISTEN WELKER:

Yes. They've made numerous statements.

PRES. DONALD TRUMP:

You know how many people speak for China?

KRISTEN WELKER:

Yes.

PRES. DONALD TRUMP:

It's like, you have 15 different –

KRISTEN WELKER:

They've made numerous statements –

PRES. DONALD TRUMP:

I can give you a statement for any occasion.

KRISTEN WELKER:

Yes. Yes, yes.

PRES. DONALD TRUMP:

But they said today they want to talk. Look, China – and I don't like this. I'm not happy about this. China's getting killed right now. They're getting absolutely destroyed. Their factories are closing. Their unemployment is going through the roof. I'm not looking to do that to China. Now,

12

at the same time, I'm not looking to have China make hundreds of billions of dollars and build more ships and more army tanks and more airplanes.

KRISTEN WELKER:

So you're not prepared – just to be very clear, you're not dropping the tariffs against China to get them to the negotiating table?

PRES. DONALD TRUMP:

Why would I –

KRISTEN WELKER:

Those tariffs are staying on?

PRES. DONALD TRUMP:

Why would I do that?

KRISTEN WELKER:

Would you lower them?

PRES. DONALD TRUMP:

At some point, I'm going to lower them because otherwise, you could never do business with them. And they want to do business very much. Look, their economy is really doing badly. Their economy is collapsing.

KRISTEN WELKER:

So small businesses say they are being hurt by the Chinese tariffs. And some could be forced to shut down.

PRES. DONALD TRUMP:

And many businesses are being helped.

KRISTEN WELKER:

Are you considering –

PRES. DONALD TRUMP:

Look at the automobile –

KRISTEN WELKER:

– tariff relief for small businesses?

PRES. DONALD TRUMP:

Why do you always mention that. You know, you pick up a couple of little businesses. What about the car business? They're going to make a fortune because of the tariffs. Do you know that the union, the head of the union, who was no fan of mine, Fain, Shawn Fain I guess his name is, right? He didn't endorse me. The Teamsters did. A lot of people did. A lot of unions did. But he didn't. He couldn't stand me. Now he's saying, "Wow. What Trump's done for the automobile, I can't believe it." I assume he's going to probably now say – the next thing he can say is, "I endorse this guy. He's the greatest I've ever seen." He can't believe it's happened. He said, "We've been waiting 40 years for somebody to do what Trump is doing." So why don't you mention the big car industry instead of mentioning somebody that's doing strollers?

KRISTEN WELKER:

Well, I'm just asking you about small businesses. Are there any discussions about giving any relief to small businesses?

PRES. DONALD TRUMP:

They're not going to need it.

KRISTEN WELKER:

Okay. Are these –

PRES. DONALD TRUMP:

They're going to make so much money –

KRISTEN WELKER:

14

Are these tariffs –

PRES. DONALD TRUMP:

– if you build your product here. Remember, there are no tariffs if you build your product here. It's very easy. It's very simple.

KRISTEN WELKER:

Are these tariffs permanent, Mr. President?

PRES. DONALD TRUMP:

Depends on what you're talking about. One of the things that is going to bring, and has brought – so I think we probably have close to $9 trillion of investments coming into this country. If you look at other presidents, there's never been anything like that. This is over a period of two months. You've got to give me a little break on the one month because we're three months. But, you know, let's say we had to get started. We had a lot of fake news at the beginning, so we had to beat that down. But so let's say in two months. So in just a short period of time – a matter of a couple of months – we have the largest number ever in history invested in the United States and committed. We have between, guaranteed, spoken for and people that are going to make a decision and announce it pretty soon, close to $9 trillion. We've never had anything close. Now, that's Apple building $500 billion worth of plants. They always built their plants in China. Now they're building their plants over here. That's the biggest computer company, the biggest chip company in the world. You know, the chip company from Taiwan, which is the biggest in the world, is committed for $500 billion. Another one's committed for $300 billion. We have companies, nobody's ever seen anything like it. Let me tell you the other thing, very importantly – automobile companies. Plant, after plant, after plant: Toyota, Honda, Ford, General Motors, Stellantis, I mean, nobody's ever seen anything like it. And I don't like this, but it happens to be. They're stopping work in Mexico, and they're stopping work in Canada, and they're all moving here.

KRISTEN WELKER:

This is important though. You're not taking the possibility that these tariffs could be permanent off the table – some of them?

PRES. DONALD TRUMP:

15

No, I wouldn't do that because if somebody thought they were going to come off the table, why would they build in the United States?

KRISTEN WELKER:

Let me ask you about some of what Wall Street has said. Some people on Wall Street have expressed concerns that the possibility of a recession is increasing. And I want to know what you think about that. Are you comfortable with the country potentially dipping into a recession for a period of time if you are able to achieve your long term goals?

PRES. DONALD TRUMP:

Well, you know, you say some people on Wall Street say, well, I'll tell you something else. Some people on Wall Street say that we're going to have the greatest economy in history. Why don't you talk about them? Because some people on Wall Street say this is the greatest –

KRISTEN WELKER:

Well, that's what I'm getting at –

PRES. DONALD TRUMP:

– thing that ever happened.

KRISTEN WELKER:

That's what I'm getting at though. It's –

PRES. DONALD TRUMP:

There are many people –

KRISTEN WELKER:

– the same question.

PRES. DONALD TRUMP:

Yeah. There are many people on Wall Street that say, "This is going to be the greatest windfall ever happen."

16

KRISTEN WELKER:

And that's my question –

PRES. DONALD TRUMP:

Remember this –

KRISTEN WELKER:

– the long term.

PRES. DONALD TRUMP:

Yeah.

KRISTEN WELKER:

Is it okay in the short term to have a recession?

PRES. DONALD TRUMP:

Remember this. Look, yeah. Everything's okay. What we are – I said, this is a transition period. I think we're going to do fantastically.

KRISTEN WELKER:

Are you worried about a recession?

PRES. DONALD TRUMP:

No.

KRISTEN WELKER:

Okay.

PRES. DONALD TRUMP:

No. No. I think we're going to have the greatest economic –

KRISTEN WELKER:

I mean, are you worried it could happen? Do you think it could happen?

PRES. DONALD TRUMP:

Anything can happen. But I think we're going to have the greatest economy in the history of our country. I think we're going to have the greatest economic boom in history.

KRISTEN WELKER:

Today's strong jobs report likely means - not clear, but likely means - the Fed is less likely to lower interest rates soon.

PRES. DONALD TRUMP:

Well, he should lower them. And at some point, he will. He'd rather not because he's not a fan of mine. You know, he just doesn't like me because I think he's a total stiff. And, you know, it's just one of those things. He should lower them. And I wish the people that are on that board would get him to lower because we are at a perfect time. It's already late. But he should lower interest rates.

KRISTEN WELKER:

Do you rule out removing Fed Chair Jerome Powell?

PRES. DONALD TRUMP:

I'm not - you know, I get to change him very quickly anyway. You know, it's in a very short period of time.

KRISTEN WELKER:

In 2026. You're not going to remove - you don't have plans to remove him before 2026 when his time's up?

PRES. DONALD TRUMP:

No, no, no. That was a total - why would I do that? I get to replace the person in another short period of time.

[END TAPE]

KRISTEN WELKER:

And when we come back, President Trump's deportation plans have him clashing with the courts.

[BEGIN TAPE]

KRISTEN WELKER:

Don't you need to uphold the Constitution as president of the United States?

PRES. DONALD TRUMP:

I don't know.

[END TAPE]

KRISTEN WELKER:

Welcome back. President Trump vowed during the campaign to carry out the largest deportation operation in U.S. history. But in his first few months in office, President Trump is clashing with the courts as he executes his plans.

[BEGIN TAPE]

KRISTEN WELKER:

Let's talk about the border. Let's talk about deportations. Border crossings are at their lowest level ever recorded. Is the border –

PRES. DONALD TRUMP:

Is that good?

KRISTEN WELKER:

Is the border now secure?

PRES. DONALD TRUMP:

Yeah, it's really secure.

KRISTEN WELKER:

It's absolutely secure?

PRES. DONALD TRUMP:

Isn't that good, though? When you say that, doesn't that just sound good? After being abused for years by an incompetent president that allowed people to pour through an open border, criminals from all over the world, murderers and insane people from mental institutions and insane asylums, isn't it - isn't it a beautiful thing when you say, "It's the most secure it's ever been in the history of our country." Isn't that a nice statement?

KRISTEN WELKER:

Well, I'm curious to know what it means. You declared a national emergency on the southern border.

PRES. DONALD TRUMP:

Yeah.

KRISTEN WELKER:

The order is still in place. Even though -

PRES. DONALD TRUMP:

By the way, it means exactly what you said, you know -

KRISTEN WELKER:

- you're saying the border is secure. Yes.

PRES. DONALD TRUMP:

Means we have the most secure border we've ever had.

20

KRISTEN WELKER:

Well, and I guess the question becomes –

PRES. DONALD TRUMP:

It's not complicated.

KRISTEN WELKER:

– when will you know that the emergency is over? Are you planning to lift it at some point? Is it necessary? Because obviously, the military's involved. Will you lift that – that emergency order, sir?

PRES. DONALD TRUMP:

Well, the biggest emergency is the courts aren't allowing us to take really –

KRISTEN WELKER:

We're going to talk about that, but talk to me first about this –

PRES. DONALD TRUMP:

Well, that's to me the emergency because –

KRISTEN WELKER:

Talk to me first about this, the emergency –

PRES. DONALD TRUMP:

The border now is not the emergency. The border is – it's all part of the same thing though. The big emergency right now is that we have thousands of people that we want to take out, and we have some judges that want everybody to go to court –

KRISTEN WELKER:

Some of them you appointed, sir, including three on the Supreme Court.

21

PRES. DONALD TRUMP:

That's all right. I mean, you know, they change. I mean, it's unbelievable. It's unbelievable how that happens, but they do change.

KRISTEN WELKER:

Just to button this up, though, are you planning to lift that emergency order any time soon now that the border's secure? You say the border's secure.

PRES. DONALD TRUMP:

No, no, no. We have an emergency. We have a massive emergency overall. It's an overall emergency on immigration. And the - if the courts don't allow us to take people out, if we had to have a court case every single - think of it. Every single person, we have millions of people. If you have millions of court cases, figure two weeks a court case, it would be 300 years.

KRISTEN WELKER:

So let's talk about this, because obviously, you've had a back and forth with the Supreme Court. In a 9-0 decision, the Supreme Court directed your administration to facilitate the return, you've talked about this in the past, of Kilmar Abrego Garcia, from a prison in El Salvador, whose deportation your administration called an "administrative error." You said in a recent interview you could bring him back but you won't. Are you defying the Supreme Court, sir?

PRES. DONALD TRUMP:

No. I'm relying on the attorney general of the United States, Pam Bondi, who's very capable, doing a great job. Because I'm not involved in the legality or the illegality. I have lawyers to do that and that's why I have a great DOJ. We have a great one. We had a very corrupt one before. Now we have a great one. And they're not viewing the decision the way you said it. They don't view it that way at all. They think it's a totally different decision.

KRISTEN WELKER:

Well, you say you have the power to bring him back, though. Your attorney general says, quote, "That's up to El Salvador." Just to put a fine point on this, do you have the power to bring Abrego Garcia back as the Supreme Court has ordered?

PRES. DONALD TRUMP:

22

Well, I have the power to ask for him to come back if I'm instructed by the attorney general that it's legal to do so. But the decision as to whether or not he should come back will be the head of El Salvador. He's a very capable man.

KRISTEN WELKER:

Well, you know, and your attorney general has said the issue is with that word "facilitate." Will you seek clarification from the Supreme Court? Do you need to go back to the Supreme Court?

PRES. DONALD TRUMP:

We may do that. I was asking about that. We may do that.

KRISTEN WELKER:

Your secretary of state says everyone who's here, citizens and non-citizens, deserve due process. Do you agree, Mr. President?

PRES. DONALD TRUMP:

I don't know. I'm not, I'm not a lawyer. I don't know.

KRISTEN WELKER:

Well, the Fifth Amendment says as much.

PRES. DONALD TRUMP:

I don't know. It seems - it might say that, but if you're talking about that, then we'd have to have a million or 2 million or 3 million trials. We have thousands of people that are some murderers and some drug dealers and some of the worst people on Earth.

KRISTEN WELKER:

But is –

PRES. DONALD TRUMP:

Some of the worst, most dangerous people on Earth. And I was elected to get them the hell out of here and the courts are holding me from doing it.

23

KRISTEN WELKER:

But even given those numbers that you're talking about, don't you need to uphold the Constitution of the United States as president?

PRES. DONALD TRUMP:

I don't know. I have to respond by saying, again, I have brilliant lawyers that work for me, and they are going to obviously follow what the Supreme Court said. What you said is not what I heard the Supreme Court said. They have a different interpretation.

KRISTEN WELKER:

Is anyone in your administration right now in contact with El Salvador about returning Abrego Garcia to the United States?

PRES. DONALD TRUMP:

I don't know. You'd have to ask the attorney general that question.

KRISTEN WELKER:

Let's talk about some of the other actions you've taken over the past 100 days. Last month, you directed your attorney general, Pam Bondi, to review two people who you perceive to be your political adversaries. And yet, you told me in December that you would not direct the Justice Department to investigate your political foes. What changed?

PRES. DONALD TRUMP:

Well, no. I just look at people - and I'm not directing anybody. They looked at these two people. They might have known it or they might have heard it from two years ago. One person said, "He knew me so well," he was I think on CNN or MSDNC, but they're both failing networks, you're happy to know. Even though one of them I guess is related to you in one form or another, although, they're trying to cut them loose as fast as possible. But the - it was well-known that this one person, it was almost like he was my brother. I don't even know who he is. Maybe he was there. Maybe he was in the Oval Office a few times as a surrogate for somebody in some form of government, along with 25 other people that sat in the back of the room or stood in the back of the room. I have no idea who this guy is. And he's out there and then he did a book called "Anonymous." Did a book called "Anonymous." I think that's really subversion. I think it's spying, it's something. It's something really bad.

KRISTEN WELKER:

Well, you passed an executive order calling for your attorney general to investigate that.

PRES. DONALD TRUMP:

And I think he's been looked at for a long time. And the other one said that the election was so wonderful. Well, it turned out it wasn't a wonderful election. It was a corrupt election.

KRISTEN WELKER:

You said you wanted to unify the country. Does going after political foes undercut that goal?

PRES. DONALD TRUMP:

No, not at all. No, we want honest people.

KRISTEN WELKER:

Okay.

PRES. DONALD TRUMP:

I think you have to do that. And we want honest people in this country.

KRISTEN WELKER:

Let me ask you big picture. People who have lived in countries like the Philippines, Hungary, Russia, they look at some of your actions - going after civil service, going after universities, law firms, the media - they say it's out of an authoritarian playbook. What do you say to those who believe you are taking the country down an authoritarian path?

PRES. DONALD TRUMP:

Well, there you go again. Why don't you ask it a different way? Many people want to come into our country. Many people love Trump. I won the election. They didn't win the election. I got a lot more votes than they did. I won the popular vote. I won all seven swing states by a lot. A lot of people were surprised. They said, "I think he could win four, maybe five." No, I won all seven, and I won by a lot. And I won. Actually, I think there was a lot of hanky panky going on but it was too big to rig. That's the good news. It's too big to rig. But let me just say, so when you make these

statements about, "People say this –," well, they had their chance at the election and they lost big. So you should ask the question differently –

KRISTEN WELKER:

What do you say to –

PRES. DONALD TRUMP:

You should say, "What about the people that want to be in this country? What about the people that love this country?"

KRISTEN WELKER:

Okay. But what do you say to – I'm asking it on behalf of those people to give you a chance to respond to them. What do you say to those people, sir?

PRES. DONALD TRUMP:

Those people are going to be very happy. They're going to have to see some results. And I think we had a great 100 days. There are a lot of people that say it was unprecedented. It was an absolutely unprecedented 100 days. And I hope that they're going to be right.

KRISTEN WELKER:

Do you see dissent as an essential part of democracy?

PRES. DONALD TRUMP:

It's a part of democracy. It is. You're always going to have dissent –

KRISTEN WELKER:

Is it an important part of democracy?

PRES. DONALD TRUMP:

You're always going to have – Kristen, you're always going to have dissent. There's nothing you're going to do about that. Am I going to get 100% unified? It would be a strange place. I can't even imagine it where 100%. Look. You have people that are good people. They're very smart people.

26

And they honestly believe we should have open borders and the entire world should be allowed to pour into our country. I think it's a 95/5 issue, but they believe it. They're not even bad people. Some of them are bad. You have people that honestly believe that men should be allowed to play in women's sports. Some of these people I really, actually I don't know any. I haven't been able to find any, but they exist. They say it's an 80/20 issue. I don't believe that. I think it's a 97 to three issue.

KRISTEN WELKER:

Do you think people should have the right to criticize you without fear of reprisal?

PRES. DONALD TRUMP:

Absolutely. Yeah, I do. That I do.

KRISTEN WELKER:

And how do you square that –

PRES. DONALD TRUMP:

And I think that happens.

KRISTEN WELKER:

How do you square that with the fact that you have passed these executive orders asking the attorney general to look into some of the people who've criticized you, who've been harshest against you?

PRES. DONALD TRUMP:

I have been investigated more than any person in the history of the United States of America. I've been investigated more than the late great, as they say at my rallies, Alphonse Capone. Alphonse Capone was a nasty man. He was a – the highest level gangster. And I have been investigated more than Al Capone, more than anybody. These people are evil people. And I won. And I'll tell you what. All I want to happen is for the Department of Justice and the FBI. Pam is great and Kash is great. I think they're two great people. But they're their own people. They want to do a fantastic job. And all I want to do and all I want to ask for is that they be allowed to do their job. I'm not telling them to do anything. And I believe I have the right to do it. I'm, in theory, the top law enforcement officer as the president. We went over this once before, and it turned out I was

right. But I'm not looking to use that. We have two great people, and we have many, many incredible people under them. And I just want them to do their job and do it well.

[END TAPE]

KRISTEN WELKER:

When we come back, will President Trump step down at the end of his time in office?

[BEGIN TAPE]

KRISTEN WELKER:

The Trump organization is selling hats that say, "Trump 2028." Are you seriously considering a third term?

[END TAPE]

KRISTEN WELKER:

Welcome back. On the world stage, President Trump is still working to achieve his promise to end the war in Ukraine, while also doubling down on his plans to expand U.S. influence across the globe.

[BEGIN TAPE]

KRISTEN WELKER:

Let's talk about foreign policy, sir. You just signed a minerals deal with Ukraine. It's a sign, it seems, that the United States is invested in Ukraine's future. The secretary of state told me this is a very critical week. Are you any closer to reaching a peace agreement between Ukraine and Russia?

PRES. DONALD TRUMP:

I hope so.

KRISTEN WELKER:

How would you characterize it?

PRES. DONALD TRUMP:

I do believe we're closer with one party, and maybe not as close with the other. But we'll have to see. I'd like to not say which one we're closer to. But we did do a deal for the American people that was good. We were able to get rare earth, you know? The Europeans are getting paid back. They have a loan. We didn't – Biden just gave them $350 billion. He has no idea where the money is, what happened. And at least we'll, in one form or another, get our - yeah, I don't feel so foolish. And remember this, this is Biden's war. This was a war that was never going to happen if I were president. This is a horrible, horrible war. And I get to see shots of soldiers through, you know, satellite that are so, just so, terrible. 5,000 soldiers are being, look 5,000 soldiers a week on average are dying. They're not American soldiers. But I want to solve the problem. They're Russian soldiers, and they're Ukrainian soldiers. And if I can save 5,000 souls, I just love doing it.

KRISTEN WELKER:

How long do you give both countries before you're going to walk away?

PRES. DONALD TRUMP:

Well, there will be a time when I will say, "Okay, keep going. Keep being stupid and keep fighting."

KRISTEN WELKER:

When does that come? Are you close to it?

PRES. DONALD TRUMP:

Sometimes I get close to it, and then positive things happen, okay? So I hope it gets done.

KRISTEN WELKER:

What's the red line for you? At what point do you say, "That's it, we're walking away?"

PRES. DONALD TRUMP:

Well, you'll know. I mean, there will be a time when I may say that. And if I do -

KRISTEN WELKER:

29

But you're not there?

PRES. DONALD TRUMP:

- there may be something. I can't - maybe it's not possible to do. There's tremendous hatred, just so you understand. Kristen, we're talking tremendous hatred between these two men and between, you know, some of the soldiers, frankly. Between the generals. They've been fighting hard for three years. I think we have a very good chance of doing it.

KRISTEN WELKER:

Very quickly, if you do walk away, would that mean that you would pull military and intelligence sharing?

PRES. DONALD TRUMP:

I don't want to say that now. It's too early to say that. I don't want to get into that argument.

KRISTEN WELKER:

Okay, let's move onto Canada. You have long talked about making Canada the 51st state. There's obviously a new prime minister of Canada, Mark Carney, who you spoke to -

PRES. DONALD TRUMP:

Correct.

KRISTEN WELKER:

- after his victory. He says that you didn't talk to him in that call about making Canada a 51st state.

PRES. DONALD TRUMP:

No. He called me, he was very nice, and I congratulated him. He had a victory. It's a very close victory. You know, there's no majority or anything, so that's going to make things a little bit difficult, I think, for him to run. But he'd nevertheless had a victory. And he's a very nice man, I think.

KRISTEN WELKER:

Do you plan to talk to him about making Canada a 51st state?

PRES. DONALD TRUMP:

He wants to come and see me. He's going to come this week or next week.

KRISTEN WELKER:

So will you talk to him about making Canada a 51st state, annexing Canada?

PRES. DONALD TRUMP:

I'll always talk about that. You know why? We subsidize Canada to the tune of $200 billion a year. We don't need their cars. In fact, we don't want their cars. We don't need their energy. We don't even want their energy. We have more than they do. We don't want their lumber. We have great lumber. All I have to do is free it up from the environmental lunatics. We don't need anything that they have. We're giving them - I asked, I asked Mr. Trudeau - who I call Governor Trudeau, not Prime Minister, Governor - I said, "Governor Trudeau, could I ask you one question? Why are we giving you $200 billion? Why are we subsidizing Canada?" If Canada was a state it wouldn't cost us. It would be great. It would be such a great - it would be a cherished state. And, if you look at our map, if you look at the geography - I'm a real estate guy at heart. When I look down at that without that artificial line that was drawn with a ruler many years ago - was just an artificial line, goes straight across. You don't even realize. What a beautiful country it would be. It would be great. But, I don't think the American public wants me to pay $200 billion a year to subsidize Canada. Again, remember this, we don't need their cars, we don't need their lumber, we don't need their energy. We don't need anything. We do very little business with Canada. They do all of their business practically with us. They need us. We don't need them.

KRISTEN WELKER:

You and I talked, and I asked you if you would rule out military force to take Greenland. And you said, no, you don't rule out anything. Would you rule out military force to take Canada?

PRES. DONALD TRUMP:

Well, I think we're not going to ever get to that point. It could happen. Something could happen with Greenland. I'll be honest, we need that for national and international security. But I think -

KRISTEN WELKER:

But not with Canada?

PRES. DONALD TRUMP:

- it's highly unlikely. I don't see it with Canada. I just don't see it, I have to be honest with you.

KRISTEN WELKER:

Okay, but you don't rule it out for Greenland?

PRES. DONALD TRUMP:

And by the way, Canada, they spend less money on military than practically any nation in the world. They pay NATO less than any nation. They think we are subsidizing, they think we are going to protect them, and really, we are. But the truth is, they don't carry their full share, and it's unfair to the United States and our taxpayers.

KRISTEN WELKER:

But you are not ruling out military force to take Greenland one day?

PRES. DONALD TRUMP:

I don't rule it out. I don't say I'm going to do it, but I don't rule out anything. No, not there. We need Greenland very badly. Greenland is a very small amount of people, which we'll take care of, and we'll cherish them, and all of that. But we need that for international security.

KRISTEN WELKER:

The Trump organization is selling hats that say, "Trump 2028."

PRES. DONALD TRUMP

Yeah.

KRISTEN WELKER:

Are you seriously considering a third term, Mr. President, even though it's prohibited by the Constitution? Or is this about staying politically viable?

PRES. DONALD TRUMP:

I will say this. So many people want me to do it. I have never had requests so strong as that. But it's something that, to the best of my knowledge, you're not allowed to do. I don't know if that's Constitutional that they're not allowing you to do it or anything else. But, there are many people selling the 2028 hat. But this is not something I'm looking to do. I'm looking to have four great years and turn it over to somebody, ideally a great Republican, a great Republican to carry it forward. But I think we're going to have four years, and I think four years is plenty of time to do something really spectacular.

KRISTEN WELKER:

The Constitution does prohibit it. Have you - some of your allies are pretty serious about this, though, Mr. President. And I've spoken to them. They say they are coming up with potential ways, obviously the biggest one would be a constitutional amendment.

PRES. DONALD TRUMP:

That's because they like the job I'm doing, and it's a compliment.

KRISTEN WELKER:

Has anyone in an official capacity presented you with, "Sir, here are some ideas by which you could actually get a constitutional amendment?"

PRES. DONALD TRUMP:

Well, in a capacity of being a big supporter, many people have said different things -

KRISTEN WELKER:

Okay.

PRES. DONALD TRUMP:

But, I'm not looking at that.

KRISTEN WELKER:

You have built a political movement that has transformed the Republican Party -

33

PRES. DONALD TRUMP:

Greatest in history.

KRISTEN WELKER:

It's transformed the country -

PRES. DONALD TRUMP:

The greatest -

KRISTEN WELKER:

- quite frankly.

PRES. DONALD TRUMP:

- political movement in history, MAGA.

KRISTEN WELKER:

When you -

PRES. DONALD TRUMP:

Make America Great Again.

KRISTEN WELKER:

When you look to the future, Mr. President, do you think the MAGA movement can survive without you as its leader?

PRES. DONALD TRUMP:

Yes, I do.

KRISTEN WELKER:

What gives you confidence?

PRES. DONALD TRUMP:

I think it's so strong. And I think we have tremendous people. I think we have a tremendous group of people. We talked about a number of them. You look at Marco, you look at JD Vance, who's fantastic. You look at - I could name 10, 15, 20 people right now just sitting here. No, I think we have a tremendous party. And you know what I can't name? I can't name one Democrat. I mean, I look at the Democrats, they're in total disarray. They have a new person named Crockett. I watched her speak the other day. She's definitely a low IQ person. And they said she's the future of the party. I said, "You have to be kidding." I don't know what they're going to do. And I really believe in a two-party system. I really - because it's good to be challenged. It's really good to have a two-party - you know, it's good. Being challenged is okay. It keeps you sharp. I don't know what they're going to do. They have nobody. Bernie's 87 years old or something. And you know, Biden is the worst thing that ever happened to old people because he was grossly incompetent. And I think maybe for artificial reasons. You know, he had operations and things. So maybe that's an artificial - but I know people that are unbelievably sharp and they're older than 87. But I watch Bernie Sanders. He's a nut job, but he's still sharp. He's sharp as - he's the same guy he was. He hasn't gone down. But Biden is really - he's the worst thing to happen to old people.

KRISTEN WELKER:

I know that you are only 100 days in, but as we sit here today, who do you see as your successor, Mr. President?

PRES. DONALD TRUMP:

Well, I - it's far too early to say that. But you know, I do have a vice president, and typically - and JD's doing a fantastic job. It -

KRISTEN WELKER:

He would be at the top of the list?

PRES. DONALD TRUMP:

It - it could very well be - I - I don't want to get involved in that. I think he's a fantastic, brilliant guy. Marco is great. There's a lot of them that are great. I - I also see tremendous unity. But certainly you would say that somebody's the VP, if that person is outstanding, I guess that person would have an advantage. But I think the other people would all stay in unbelievably high

35

positions. But you know, it could be that he'd be challenged by somebody. We have a lot of good people in this party.

[END TAPE]

KRISTEN WELKER:

And when we come back, President Trump talks about his legislative agenda, plans for a military parade and reveals how he wants to build a ballroom at the White House.

KRISTEN WELKER:

Welcome back. After our interview, President Trump gave us a rare inside look into his ornate Florida home and private club Mar-A-Lago. He shared new details with us about his grand plans for the White House, his legislative agenda and his vision for a military parade next month.

[BEGIN TAPE]

FEMALE VOICE:

Fight, fight, fight.

PRESIDENT DONALD TRUMP:

We will. We will.

KRISTEN WELKER:

President Trump greeting supporters at an RNC fundraiser at Mar-A-Lago, showing us the main ballroom at his private club and sharing new details about the one he plans to build at the White House.

PRES. DONALD TRUMP:

But we are going to make and build a ballroom, which they've wanted for probably a hundred years at the White House. And it'll be a world-class, beautiful ballroom.

KRISTEN WELKER:

A ballroom that could cost millions of dollars he says he will pay for himself. You will fund it?

36

PRES. DONALD TRUMP:

Yeah. Yeah, I'm not going to ask the government for money. I'll fund it, and I'm sure we'll have some donations to it. But it's not an inexpensive thing. It'll cost a lot of money.

KRISTEN WELKER:

The president also told me that next month he's planning a military parade celebrating the 250th anniversary of the U.S. Army, that also falls on his 79th birthday.

PRES. DONALD TRUMP:

We're going to have a big, beautiful parade.

KRISTEN WELKER:

A military parade?

PRES. DONALD TRUMP:

Yeah, sure.

KRISTEN WELKER:

Okay.

PRES. DONALD TRUMP:

We're going to celebrate our military. We have the greatest military in the world –

KRISTEN WELKER:

What's the price tag? Do you know?

PRES. DONALD TRUMP:

Peanuts compared to the value of doing it. We have the greatest missiles in the world. We have the greatest submarines in the world. We have the greatest army tanks in the world. We have the greatest weapons in the world. And we're going to celebrate it.

KRISTEN WELKER:

As supporters snapped photos, we spoke about the future of TikTok, the president telling me he's willing to extend the deadline for the Chinese-owned app that was banned in the U.S. Would you extend that deadline if there's still no deal? You already –

PRES. DONALD TRUMP:

I would.

KRISTEN WELKER:

– put one extension – you would?

PRES. DONALD TRUMP:

Yeah, I would.

KRISTEN WELKER:

So, you're going to – you want to see a deal?

PRES. DONALD TRUMP:

I'd like to see it done. I have a little sweet spot in my heart because, as you know, I won young people by 36 points. That's a lot. No Republican ever won young people, and I won it by 36 points, and I focused on TikTok. So perhaps I shouldn't say this, but I have a little warm spot in my heart for TikTak (SIC). TikTok is – it's very interesting, but it'll be protected.

KRISTEN WELKER:

Finally, as we toured the club, I pressed the president on his tax cut package making its way through Congress. What happens if it comes to your desk, has the tax cuts, but also cuts to Medicaid? Would you veto that?

PRES. DONALD TRUMP:

Well, we're not doing that. No, we're not –

KRISTEN WELKER:

38

Would you veto that?

PRES. DONALD TRUMP:

I would if they were cutting it, but they're not cutting it. They're looking at fraud, waste and abuse. And nobody minds that. If illegal immigrants are in the mix, if people that aren't supposed to be there, people that are non-citizens are in the mix, nobody minds that. Waste, fraud and abuse. But we're not cutting Medicaid, we're not cutting Medicare, and we're not cutting Social Security.

KRISTEN WELKER:

And you can watch my full interview with President Trump at MeetthePress.com. When we come back, the panel is next.

KRISTEN WELKER:

Welcome back. The panel is here: NBC News Chief White House Correspondent Peter Alexander; NBC News Chief International Correspondent Keir Simmons; Symone Sanders Townsend, former Chief Spokesperson for Vice President Harris, and co-host of The Weeknight on MSNBC; and Marc Short, former Director of Legislative Affairs for President Trump. Thanks to all of you for being here. Symone, congratulations on the new show.

SYMONE SANDERS TOWNSEND:

Thank you.

KRISTEN WELKER:

Let's start with the chiefs. Peter, let me start with you.

PETER ALEXANDER:

Hi, Chief.

KRISTEN WELKER:

Peter, you are at the White House, you're always questioning President Trump about the economy. He yet again doubled down on this message: "It's okay if there's short-term pain if

39

there's long-term gain." Going further, though, by saying, "Yeah, there might be a short recession." What do you make of what we heard from him?

PETER ALEXANDER:

Just think about the fundamental promise of the Trump campaign. "I'm going to bring down - " As you asked him, "I'm going to bring down prices on day one." And now consider the evolution since day one, where he said during his joint address, "There's going to be a little disturbance." He then said, "Hang tough. It may not be easy." This week he said, "There's going to be a transition period." He claims that he told Americans there would be a transition period. We looked back. He never referred to a transition period during the course of his campaign. In fact, he said, "There is not going to be a cost to you." And now he's saying, "You may not be able to get all the dolls you want, and if you do want some, they're going to cost you a little bit more." So to be clear - here he was talking about pencils today. He says he's even okay with a recession. At the bottom of the line, it's going to be hard to sell to Americans what he promised and what they're seeing right now. And I heard it from Americans. I was in Michigan this week from him, where he spent his 100 days. A first-time voter, voted for Donald Trump said, "I have some regrets about my vote. He promised prices would come down. And already I'm seeing them come up." And even a Trump voter - lifelong Democrat, came around for Donald Trump, an auto worker, union auto worker said, "You know what? For me, I'm worried about the short-term impact. I know we need to do it in the end, but in the short-term I am concerned about what its impact would be on car prices here."

KRISTEN WELKER:

Consumers saying they need relief right now, Keir, as Peter is saying. And one of the biggest flash points in this is this trade standoff with China.

KEIR SIMMONS:

Yeah, absolutely. Right.

KRISTEN WELKER:

He did not seem like he was significantly backing down –

KEIR SIMMONS:

No.

40

KRISTEN WELKER:

- or at least that he'd made any type of decision. And China's saying, "You got to lower - lower, at least, these tariffs if you want us to come to the negotiating table."

KEIR SIMMONS:

It's crunch time. It's crunch time in capitals around the world, not least in the battle with Beijing. And I think to Peter's point, what the president is saying when he talks about dolls and pencils is that this fight is America's fight. Now, Beijing is betting that America will not be able to significantly reduce its dependence on cheap goods from China. And you know, it's crunch time on that question of whether America has wasted its wealth on war, because it's crunch time with President Putin. President Trump, Susie Wiles have a term sheet on their desk from the Europeans and the Ukrainians, a 30-day ceasefire. The question is whether Steve Witkoff is going to be able to deliver President Putin with all of his inexperience. Here's the point, you know, the President talks about doing deals; everybody else wants a deal, too. They want their deal.

KRISTEN WELKER:

Yeah. It's such a great point, Keir. And Marc, it is crunch time for all of these deals right now. What was your takeaway from what we heard from President Trump on a range of different topics, whether it's the economy, or saying he's not sure that he has to follow the Constitution?

MARC SHORT:

Well look, Kristen, I think that there are - Symone and I were talking backstage. There was this sister interview at CNBC this week with the Director of Los Angeles Port. And he walks through the fact that this week was really the first time you have 35% reduction in the amount of goods coming to the United States. It's a matter of this week probably when you'll begin to see port workers laid off. Truckers will be having about half a delivery load. And in another couple weeks they'll have no delivery load. So you'll have truckers laid off. And it's probably about four to five weeks before shelves will begin to get empty as retailers have gone through their inventory. That is a whole different sight. And I think when you're beginning to tell Americans how many dolls they can have. I don't know if there is a restriction on what, you know, Ivanka or Tiffany could have. But I think that is sort of a, "let them eat cake" moment. And I think as well, that as far as showing how, I think, misguided this trade policy is, there's a part of your interview when you talked about Amazon and Jeff Bezos, and the president called him, and he was angry about that. Wasn't that the point of the tariffs? Wasn't the point to show that we want you to buy American? And the fact is there would be an extra amount if you're actually buying foreign goods? And so

41

they want it both ways. They want you to buy American, but at the same time they don't want you to think there's actually an increase in costs, which of course there is.

KRISTEN WELKER:

Yeah. Symone, how are Democrats going to hear this interview? What are they going to take from it?

SYMONE SANDERS TOWNSEND:

You know, first of all, I encourage Democrats to read your entire transcript.

KRISTEN WELKER:

Thank you.

SYMONE SANDERS TOWNSEND:

I know you're going to post it online, and see the whole interview. Because what Marc just talked about, the Amazon piece, that's not in what folks saw today. But the whole transcript will be posted online. My biggest takeaway from this is that the president did not box himself in, as he often doesn't do. He didn't give a lot of yes or no questions. I mean, even on the Fifth Amendment, honey, he's like, "Well, you know, if you give everybody due process that's a lot of trials." Well, sir, that's how it works. But the fact that he's not - he wouldn't even say he wouldn't seek a third term. He was definitive about this economy. It's like, "Well, some goods are - the good parts are mine, the bad parts are Biden's." He is giving himself a lot of wiggle room so he can say, "Well, I never said that. I never did this." So he can be very effervescent, if you will, with what he does believe. I will note this, though. You cannot out-message what people are actually feeling and seeing in their everyday lives. When people talk about the economy, they're talking about affordability. That's what folks were going to the polls about. Affordability is housing, affordability is gas. And nowhere in this country is gas $1.98. I would like to see it. The lowest gas is $2.63 in Mississippi. Mortgage rates are going down from 6.9% to maybe 6.5%. That affordability, though, when the tariffs are still in place, you can't build housing.

KRISTEN WELKER:

That $1.98, that wholesale price that he's referencing, let's talk very quickly, rapid-fire, the politics of this. I thought it was fascinating, Peter. At the end he talked about his legacy. He talked about the future of the Republican Party. He talked about J.D. Vance and Marco Rubio.

PETER ALEXANDER:

Yeah, I was going to say, it's The Apprentice: White House edition. J.D. Vance versus Marco Rubio. He bought up Marco Rubio's name at every opportunity. That was striking to me.

KRISTEN WELKER:

Yeah, what do you make of hearing Marco Rubio, Secretary of State, who's been so involved in those negotiations you talked about?

KEIR SIMMONS:

Well, when you talk to diplomats around the world they recognize that the Secretary of State, the National Security Advisor is President Trump. In the end, they recognize that is the person you have to persuade. He can change his mind at any moment.

MARC SHORT:

I don't think there's anybody in modern American politics who can replicate the coalition that Donald Trump's put together. I think he's uniquely gifted in that, and I'm not sure that there's a successor for it. But I think he's going to test this coalition with his trade agenda.

SYMONE SANDERS TOWNSEND:

I agree with that –

KRISTEN WELKER:

Ten seconds, Symone.

SYMONE SANDERS TOWNSEND:

I think it's very clear. But also, I want people to really take a look at what he is saying about the laws. The laws are the things that hold our country together. And when you have the president that doesn't necessarily think the Constitution - that thinks the Constitution is up for debate, I think that that is something to take a look at.

KRISTEN WELKER:

43

All right, guys. Great panel. Thank you so much for being here. That is all for today. Thank you for watching this very special edition of Meet the Press. We'll be back next week, because if it's Sunday, it's Meet the Press.

# Exhibit G





**New to X?**

Sign up now to get you

Sign u

Sign

Creat

By signing up, you agre
Privacy Policy, including

Settings

← Post

**JD Vance** ✔
@JDVance

Consider that Joe Biden allowed approximately 20 million illegal aliens into our country. This placed extraordinary burdens on our country--our schools, hospitals, housing, and other essential services were overwhelmed. On top of that, many of these illegal aliens committed violent crimes, or facilitated fentanyl and sex trafficking. That is the situation we inherited.

The American people elected the Trump administration to solve this problem. The President has successfully stopped the inflow of illegal aliens, and now we must deport the people who came here illegally.

To say the administration must observe "due process" is to beg the question: what process is due is a function of our resources, the public interest, the status of the accused, the proposed punishment, and so many other factors. To put it in concrete terms, imposing the death penalty on an American citizen requires more legal process than deporting an illegal alien to their country of origin.

When the media and the far left obsess over an MS-13 gang member and demand that he be returned to the United States for a *third* deportation hearing, what they're really saying is they want the vast majority of illegal aliens to stay here permanently.

Here's a useful test: ask the people weeping over the lack of due process what precisely they propose for dealing with Biden's millions and millions of illegals. And with reasonable resource and administrative judge constraints, does their solution allow us to deport at least a few million people per year?

If the answer is no, they've given their game away. They don't want border security. They don't want us to deport the people who've come into our country illegally. They want to accomplish through fake legal process what they failed to accomplish politically:

The ratification of Biden's illegal migrant invasion.

President Trump and I will not stand fori t.

9:41 PM · Apr 15, 2025 · **14.6M** Views

💬 12K        ⟳ 33K        ♡ 166K        🔖 7.2K        ⬆

💬 Read 12.5K replies



**What's happe

Politics · Trending
**Alcatraz**
81.9K posts

Trending in United Stat
**#TheLastOfUs**
Trending with Ellie
85.1K posts

Sports · Trending
**Buddy Hield**
Trending with Jets, Blu
39K posts

Sports · Trending
**Sengun**
17.5K posts

Show more

Terms of Service  |  Privac
Accessibility   Ads info

**Don't miss what's happening**
People on X are the first to know.

Log in

# Exhibit H

Video    Live    Shows ⌄    Shop    Log In    Stream on    hulu

# FULL TRANSCRIPT: Trump's exclusive 100 days broadcast interview with ABC News

President Donald Trump sat down with ABC News' Terry Moran in the Oval Office.

By ABC NEWS
April 29, 2025, 9:00 PM

   



**FULL INTERVIEW | President Trump the First 100 Days: The Interview in the Oval Office**   President Donald Trump discussed his first 100 days in office during an exclusive interview with ABC News, discussing a wide range of topics from the economy to immigration, and foreign policy.

President Donald Trump exclusively sat down with ABC News on Tuesday for the first broadcast interview marking the 100-day milestone of his second term.

ABC News anchor and Senior National Correspondent Terry Moran conducted the interview from the Oval Office, which aired on ABC at 8 p.m. ET. The interview will also be streamed later Tuesday on ABC News Live, Disney+ and Hulu.



ABC News Exclusive: President Donald J. Trump sits down with Anchor and Senior National Correspondent Terry Moran, April, 29, 2025 as Trump marks his first 100 days in office.

Michael Le Brecht II/ABC News

---

**MORE: Trump hopes Hegseth will be 'great' defense secretary despite Signal flap→**

---

The president's first 100 days back in the White House have been marked by controversial tariffs, an overhaul of U.S. immigration enforcement and massive cuts to the federal workforce, all policies that Trump notes he campaigned on.

Read the full transcript of ABC News' milestone interview with Trump below.

**MORE: Trump pushes back against economic anxieties in ABC interview, says China 'probably will eat those tariffs'**    →

---

TERRY MORAN: Okay. Mr. President, thank you for doing this.

Recent Stories from ABC News



Read More

00:02                                          02:00

PRESIDENT DONALD TRUMP: Thank you very much.

TERRY MORAN: Here in the Oval Office, it's -- it's special. A hundred days into your second term. So what's the one thing, just one thing, that you think is the most significant thing you've done so far in these 100 days?

PRESIDENT DONALD TRUMP: Well, I think maybe the border is the most significant because our country was really going bad. They were allowing people to come in from prisons, as you know. And you've heard me say it, but you've heard a lot of people say it. Prisons, mental institutions, gang members -- murderers.

We had many murderers, 11,888, they think. Some murdered more than one person. So you had murderers coming in. You had everybody coming in. And not just South America. From all over the world, they were emptying their prisons into our country.

And now it's totally closed down. And you've seen just yesterday, they announced 99.9%. Nobody thought that could happen, and it happened quickly, very quickly. And I think that's very significant. But we're doing other things that are very significant.

Results will take a little bit longer because it's one of those -- you know, it's complicated. It's -- many years of trading abuse. We've been abused by other countries for years and years. They laughed at us. They thought we were stupid people, and we're fixing it. And -- I think that's gonna be very, very important. But I -- I would --

TERRY MORAN: We have a lot of ground to cover.

PRESIDENT DONALD TRUMP: Yeah. I would really say that -- that -- that the border is so important, you know? You just can't --

TERRY MORAN: And we'll get there. Immigration is huge --

PRESIDENT DONALD TRUMP: -- let that happen. Yeah.

Recent Stories from ABC News



Read More

00:00                                           02:00

TERRY MORAN: And we're gonna get there. But I wanna start --

PRESIDENT DONALD TRUMP: Sure.

TERRY MORAN: -- with the economy, the number one issue for so many people, for just about everybody. It -- it's one of the main reasons that you're back in this office. And now we have this trade war with China that -- that Moody's and other analysts say is gonna cost American families thousands of more dollars per year. And there is a lot of concern out there. People are worried, even some people who voted for you, sayin', "I didn't sign up for this." So how do you answer those concerns?

PRESIDENT DONALD TRUMP: Well, they did sign up for it, actually. And this is what I campaigned on. I said that-- we've been abused by other countries at levels that nobody's ever seen before. We were losing $3 to 5 billion a day on trade. We were losing-- a trillion and a half to $2 trillion a year. Not sustainable.

They were takin' advantage of us like they've never -- I could've left it that way, and at some point there would've been an implosion like nobody's ever seen. But I said, "No, we have to fix it." I've -- I've wanted to do this for many years.

You know, I had the best economy during my first term. We had a tremendous economy, tremendous success. And we -- we did tremendous numbers of tariffs on -- we took in a lot of money from tariffs -- China in particular, hundreds of billions of dollars in tariffs. We had no inflation, as you know. We had an incredible economy. We were given credit for a great economy. But I said, "We have to fix this, otherwise it's just not self-sustaining."

TERRY MORAN: Well, one of the things you ran on was you'd said you'd bring prices down on day one. And that --

PRESIDENT DONALD TRUMP: And I have --

TERRY MORAN: -- it would happen fast. And that it would happen fast and --

PRESIDENT DONALD TRUMP: I have.

TERRY MORAN: Many -- most economists will tell you that tariffs will raise prices. So don't your tariffs cut against that promise you made to bring prices down?

PRESIDENT DONALD TRUMP: No, because I had massive tariffs on China, if you remember in my first term, and we had essentially no inflation. Like, around 1% inflation, which is, like, a perfect number. The -- and then when Biden took over it went through the roof.

It went to the -- probably the worst inflation we've ever had. I mean, we had an inflation nightmare. Now, if you look at what's happening now, we're only there for 100 days, as you say, and in 100 days we took over the -- we had bad inflation for four years, for two years of -- especially two years of his -- his administration. I would say record-setting like we've never seen. They say 48 years, the worst in 48 years. I'd say it was much worse than that --

TERRY MORAN: You lived through that, I lived through that, yeah.

PRESIDENT DONALD TRUMP: Right. So -- so now if you look at what's happened -- energy is down. Gasoline hit $1.98 in a few states -- during the last couple of days. It was $3.50 and $4.00 and $4.50. But gasoline is way down. And when I took over, you remember the big thing with eggs?

They hit me the first week, "Eggs, eggs, eggs," like it was my fault. I said, "I didn't cause this problem. This problem was caused by Biden. What's the problem with eggs?" And they said, "They've doubled it." Well, eggs are down 87% since I got involved.

TERRY MORAN: A lotta that is bird flu, right --

PRESIDENT DONALD TRUMP: And by the way -- and there were plenty of eggs for Easter, which we just went through. There were plenty of eggs for Easter. They were saying, "You won't have enough eggs for Easter." We ended -- our sec -- my secretary did a fantastic job on eggs. Groceries are down. Everything's down --

TERRY MORAN: Okay.

PRESIDENT DONALD TRUMP: Interest rates are the same. Interest rates should be down, but we have a Federal Reserve that wants to be stubborn. They wanna be cute --

TERRY MORAN: Alright, we'll get to that. A couple -- you said something a couple weeks ago that -- that struck me. You said, concerning the tariffs, which economists say are gonna raise prices, you said, quote, "Hang tough. It won't be easy." You said that to the American people. Is that what Americans should expect --

PRESIDENT DONALD TRUMP: Well, I've said that --

TERRY MORAN: -- some hard times?

PRESIDENT DONALD TRUMP: I've said that during --

TERRY MORAN: Because of these tariffs--

PRESIDENT DONALD TRUMP: -- my campaign. Look, we won a campaign by a lot. We won all seven swing states. We won the popular vote by a lot. You know, we had a tremendous campaign. I said all of these things during my campaign. I said, "You're gonna have a transition period." We've been ripped off by every country all over the world. They're laughing at us. They thought we were stupid people, and we were. And I said, "That's not gonna happen. We're not gonna let that happen" --

TERRY MORAN: Hard times -- hard times are ahead?

PRESIDENT DONALD TRUMP: I don't think so. I think great --

TERRY MORAN: "Hang tough" --

PRESIDENT DONALD TRUMP: -- times are ahead. Look, since I came in gasoline is down, groceries are down, egg prices are down -- many things are down, just about

everything. You know, you don't have the drop in -- in fuel and energy and oil like we did. I took it from maybe $3.20, maybe more than that, down into a low -- a much lower number. When you have that kind of a drop you're not gonna have inflation.

TERRY MORAN: Not now. But it's the tariffs, right? We still have 145% tariffs --

PRESIDENT DONALD TRUMP: Well --

TERRY MORAN: -- on China

PRESIDENT DONALD TRUMP: Why is it --

TERRY MORAN: Your Treasury secretary said we basically have an embargo on China.

PRESIDENT DONALD TRUMP: Look, you're trying to --

TERRY MORAN: And that --

PRESIDENT DONALD TRUMP: -- say something's gonna happen, Terry --

TERRY MORAN: No, no, no, no. Okay, well, do you --

PRESIDENT DONALD TRUMP: Nothing's gonna happen

TERRY MORAN: You know business. I wanna ask you --

PRESIDENT DONALD TRUMP: Terry -- Terry --

TERRY MORAN: I wanna ask you.

PRESIDENT DONALD TRUMP: I do know business. And --

TERRY MORAN: Yeah, so 145% tariffs on China. And -- and that is --

PRESIDENT DONALD TRUMP: That's good.

TERRY MORAN: -- basically --

PRESIDENT DONALD TRUMP: That's good.

TERRY MORAN: -- an embargo

PRESIDENT DONALD TRUMP: They deserve it.

TERRY MORAN: It'll raise prices on everything from--

PRESIDENT DONALD TRUMP: They deserve it.

TERRY MORAN: -- electronics to clothing to building houses.

PRESIDENT DONALD TRUMP: You don't know that. You don't know whether or not China's gonna eat it --

TERRY MORAN: That's mathematics.

PRESIDENT DONALD TRUMP: China probably will eat those tariffs. But at 145, they basically can't do much business with the United States. And they were making from us a trillion dollars a year. They were ripping us off like nobody's ever ripped us off. And by the way, we have other countries that were just as bad. If you look at the European Union, it was terrible what they've done to us. Every country, almost every country in the world was ripping us off.

TERRY MORAN: But I --

PRESIDENT DONALD TRUMP: They're not doing that anymore.

TERRY MORAN: I want you to think about the boom that this country has had in small businesses, mom-and-pops -- Etsy stores, small businesses that became --

PRESIDENT DONALD TRUMP: Really? They haven't had a boom --

TERRY MORAN: -- big businesses

PRESIDENT DONALD TRUMP: -- because of inflation.

TERRY MORAN: Well, your boom, what they've done --

PRESIDENT DONALD TRUMP: The boom was inflationary boom. The people were wiped out with inflation. I mean, you read the news. You do the business stuff, I assume --

TERRY MORAN: Now they face -- now they -- they -- a lot of 'em built those businesses on the trading model before you --

PRESIDENT DONALD TRUMP: Yeah, and they're gonna make more money now

TERRY MORAN: They source their products overseas. And now they're looking at an extinction event --

PRESIDENT DONALD TRUMP: I've been here.

TERRY MORAN: They're -- they're -- it's disaster for them.

PRESIDENT DONALD TRUMP: I've been here for three months. I've taken a trade deficit down to a number that's very, very -- starting to get really good. I only -- I just got here. We had a country that -- it was not sustainable. What Biden did to this country, between -- the open borders where criminals poured into our country, between every country in the world ripping us off on trade, it was not sustainable.

TERRY MORAN: So your message to those small businesses who are saying, "We can't live a month, two months with these tariffs," Apple got a big deal. Is there something for them?

PRESIDENT DONALD TRUMP: No, no. Not only Apple. We've got $7-8 trillion being invested in our country in two months. Biden didn't have that over a year. I mean, if you look at Biden, nobody was really investing in this country. Everybody was ripping off our country. Apple's putting up $500 billion, but that's only one of many companies. Companies are flooding into our country right now.

TERRY MORAN: So your answer to the concern about the tariffs is, "Everything's gonna be hunky-dory?"

PRESIDENT DONALD TRUMP: Everybody's gonna be just fine. It wouldn't have been if I didn't do this. I had a choice. I could leave it, have a nice, easy time. But I think ultimately you would've had an implosion. Our country had inflation that was worse than they've ever had it before.

You don't mention that. Why don't you mention that? We had the worst inflation probably in the history of our country. People say 48 years, probably in the history of our

country we had the worst inflation. And people were dying over the inflation. You know that. Now the grocery prices are coming down. The energy prices are coming down. Gasoline's coming down. It's all heading in the right direction.

TERRY MORAN: Okay. Let's move on to immigration. And as you said, it is an undeniable fact that illegal crossings at the southern border have plummeted, a staggering decline. But there are questions about your methods, and so I want to ask you --

PRESIDENT DONALD TRUMP: About my message?

TERRY MORAN: Methods. About your methods, how you're accomplishing this --

PRESIDENT DONALD TRUMP: Well, they seem to work.

TERRY MORAN: Do you acknowledge that under our law every single person who gets deported gets a hearing first to make their case?

PRESIDENT DONALD TRUMP: Well, are we talking about people that are citizens of our country or not?

TERRY MORAN: No, you're not deporting citizens, at this point.

PRESIDENT DONALD TRUMP: Well, lemme ask you. Do they get hearings when -- when Biden allowed 21 million -- 'cause I think the number's 21, 20 million -- people to flow into our country? He had 21 million people that came into our country through a stupid open border.

And they were prisoners and they were -- people that you don't want, in many cases, in our country, right? They came from all over the world. They came from the Congo. They came from south -- they came from all over the world. We're talkin' about some of the roughest countries in the world -- they had -- they had here, including terrorists, by the way. Now --

TERRY MORAN: But the law --

PRESIDENT DONALD TRUMP: Did we give them a hearing when they came in?

TERRY MORAN: Well, the law requires that every single person who is going to be deported gets a hearing first.

PRESIDENT DONALD TRUMP: Well --

TERRY MORAN: Do you acknowledge that?

PRESIDENT DONALD TRUMP: I'll -- I'll have to ask the lawyers about that. All I can say is this: If you're gonna have 21 million people, and if we have to get a lot of 'em out because they're criminals, we're gonna have to act fast. We can't -- do you think we can give 21 million trials? Let's say each trial takes two weeks. Is that what you want us to do --

TERRY MORAN: The law is the law, sir --

PRESIDENT DONALD TRUMP: -- give 21 million?

TERRY MORAN: The law is the law and you're sworn --

PRESIDENT DONALD TRUMP: No, no. The law doesn't say anything --

TERRY MORAN: -- to uphold it --

PRESIDENT DONALD TRUMP: -- about trials

TERRY MORAN: No, not trials. Hearings. I said hearings --

PRESIDENT DONALD TRUMP: If these people came in, they're not citizens, they came in illegally, they came into our country illegally, we have to --

TERRY MORAN: And they --

PRESIDENT DONALD TRUMP: -- get them out.

TERRY MORAN: There's a legal process for that.

PRESIDENT DONALD TRUMP: I can't -- sure, and we follow the legal process. I can't -- I can't have a trial-- a major trial-- for every person that came in illegally, we have thousands of murderers that came in. They're gonna murder people. They already have murdered people in our country.

TERRY MORAN: Right, so --

PRESIDENT DONALD TRUMP: We have to get 'em out--

TERRY MORAN: They're bad guys --

PRESIDENT DONALD TRUMP: And we have to get 'em out fast.

TERRY MORAN: Really bad guys. But in our country even bad guys get due process, right?

PRESIDENT DONALD TRUMP: If people come into our country illegally there's a different standard. These are illegal. They came in illegally.

TERRY MORAN: But they get due process.

PRESIDENT DONALD TRUMP: Well, they get a process where we have to get 'em out, yeah.

TERRY MORAN: Okay. Let's talk about the Venezuelans.

PRESIDENT DONALD TRUMP: They get whatever my lawyers say.

TERRY MORAN: Right. Alright, let's talk about the Venezuelans. You deported more than 200 Venezuelans to that prison in El Salvador. You -- you say they're -- they're violent. They're gang members. They're terrorists. Many of them don't have -- a criminal record --

PRESIDENT DONALD TRUMP: They are, by the way.

TERRY MORAN: -- at all.

PRESIDENT DONALD TRUMP: Well -- I'm not so sure about that, if you take a look --

TERRY MORAN: I wanna -- I wanna read you something --

PRESIDENT DONALD TRUMP: When you -- excuse me. When you look at those -- those people, they were violent people. They were violent people --

TERRY MORAN: But many of them don't have a criminal record at this point --

PRESIDENT DONALD TRUMP: Go ahead.

TERRY MORAN: I wanna read you something --

PRESIDENT DONALD TRUMP: I mean, that's what you say.

TERRY MORAN: Well, it's based on -- their lawyer-- what their lawyers have said --

PRESIDENT DONALD TRUMP: Go ahead. Go ahead.

TERRY MORAN: Joe Rogan said this. Joe Rogan, one of the leading podcasters, Trump supporter, about the deportation of Venezuelans. He said, quote, "Rounding up gang members and shipping them to El Salvador with no due process," he said it was dangerous and added, quote, "We gotta be careful that we don't become monsters while we're fighting monsters." I -- is Joe Rogan --

PRESIDENT DONALD TRUMP: I agree with that.

TERRY MORAN: -- right?

PRESIDENT DONALD TRUMP: Oh, I agree with that a hundred percent, yeah. We want to be careful. We are careful. We're doing something that has to be done. We have a country that's very sick. Joe Biden -- and it's not him, because I don't even think he knew what the hell was happening.

But the people around him are vicious people. And what they've done to the country is unbelievable. They've allowed 21 million people to pour into our country. Many of these people are criminals. They've allowed the -- you mention Venezuela -- the jails of Venezuela to be emptied into the United States.

Do you know Venezuela crime is way down? Way, way down. You know why? Because their criminals are now living happily in the United States of America, and we're getting 'em out. And I was elected to get 'em out, and we're getting 'em out --

TERRY MORAN: Under the law, it sounds like --

PRESIDENT DONALD TRUMP: -- getting them out fast, and we're getting them out legally. Now in some cases, we have judges. In some cases, they're radical left judges.

What happened the other day, where a judge was protecting a criminal, was horrible.

TERRY MORAN: Mmm.

PRESIDENT DONALD TRUMP: And I think she's got big problems, frankly --

TERRY MORAN: Probably. And talk about --

PRESIDENT DONALD TRUMP: And there are a couple of them like that.

TERRY MORAN: I want to talk about one man --

PRESIDENT DONALD TRUMP: Wait a minute.

TERRY MORAN: Yep.

PRESIDENT DONALD TRUMP: We have to be treated fairly by judges. And we're not being treated fairly by all judges.

TERRY MORAN: Oh, that's a subject its -- so you're saying that you don't like some of the rulings, some of the --

PRESIDENT DONALD TRUMP: Well, I think --

TERRY MORAN: -- court orders?

PRESIDENT DONALD TRUMP: I think the rulings will be overturned, yeah.

TERRY MORAN: Alright. Well, let me ask about one man and one court order. Kilmar Abrego Garcia. He's the Salvadoran man who crossed into this country illegally but who is under a protective order that he not be sent back to El Salvador. Your government sent him back to El Salvador and acknowledged in court that was a mistake. And now the Supreme Court has upheld an order that you must return him to the -- facilitate his return to the United States. What are you doing to comply?

PRESIDENT DONALD TRUMP: Well, the lawyer that said it was a mistake was here a long time, was not appointed by us -- should not have said that, should not have said that. And just so you understand --

TERRY MORAN: Said it in court. Said it in court --

PRESIDENT DONALD TRUMP: -- the person that you're talkin' about, you know, you're makin' this person sound -- this is a MS-13 gang member, a tough cookie, been in lots of skirmishes, beat the hell out of his wife, and the wife was petrified to even talk about him, okay? This is not an innocent, wonderful gentleman from Maryland --

TERRY MORAN: I'm not saying he's a good guy. It's about the rule of law. The order from the Supreme Court stands, sir --

PRESIDENT DONALD TRUMP: He came into our country illegally.

TERRY MORAN: You could get him back. There's a phone on this desk.

PRESIDENT DONALD TRUMP: I could.

TERRY MORAN: You could pick it up, and with all --

PRESIDENT DONALD TRUMP: I could

TERRY MORAN: -- the power of the presidency, you could call up the president of El Salvador and say, "Send him back," right now.

PRESIDENT DONALD TRUMP: And if he were the gentleman that you say he is, I would do that.

TERRY MORAN: But the court has ordered you --

PRESIDENT DONALD TRUMP: But he's not.

TERRY MORAN: -- to facilitate that -- his release--

PRESIDENT DONALD TRUMP: I'm not the one making this decision. We have lawyers that don't want --

TERRY MORAN: You're the president.

PRESIDENT DONALD TRUMP: -- to do this, Terry --

TERRY MORAN: Yeah, but the -- but the buck stops in this office --

PRESIDENT DONALD TRUMP: I -- no, no, no, no. I follow the law. You want me to follow the law. If I were the president that just wanted to do anything, I'd probably keep him right where he is --

TERRY MORAN: The Supreme Court says what the law is.

PRESIDENT DONALD TRUMP: Listen. I was elected to take care of a problem that was -- it was -- a, a unforced error that was made by a very incompetent man, a man that turned out to be incompetent that you always said was wonderful, a great genius, right? And now you find out -- all of the media, now they're saying what a mistake they made. A man who was grossly incompetent allowed us to have open borders where millions of people flowed in --

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: I campaigned on that issue. I wouldn't say it was my number one issue, but it was pretty close.

TERRY MORAN: Right up there.

PRESIDENT DONALD TRUMP: I campaigned on that issue. I've done an amazing job. I have closed borders. He said you couldn't do it, you wouldn't be able to do it, it would never happen. Well, it happened. And it happened --

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: -- very quickly. Wait a minute. When we have criminals, murderers, criminals in this country, we have to get 'em out. And we're doing it.

TERRY MORAN: By law --

PRESIDENT DONALD TRUMP: And you'll pick out one man, but even the man that you picked out --

TERRY MORAN: He's got --

PRESIDENT DONALD TRUMP: -- he said he'd -- wasn't a member of a gang. And then they looked, and --

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: On his knuckles -- he had MS-13 --

TERRY MORAN: Alright. There's dis -- there's a dispute over that --

PRESIDENT DONALD TRUMP: Well, wait a minute. Wait a minute. He had MS-13 --

TERRY MORAN: Well --

PRESIDENT DONALD TRUMP: -- on his knuckles tattooed.

TERRY MORAN: -- he -- he -- he -- it didn't say-- oh, he had some tattoos that are inper -- interpreted that way. But let's move on

PRESIDENT DONALD TRUMP: Wait a minute.

TERRY MORAN: I want --

PRESIDENT DONALD TRUMP: Hey, Terry. Terry. Terry.

TERRY MORAN: He -- he did not have the letter --

PRESIDENT DONALD TRUMP: Don't do that -- M-S-1-3 -- It says M-S-one-three.

TERRY MORAN: I -- that was Photoshop. So let me just--

PRESIDENT DONALD TRUMP: That was Photoshop? Terry, you can't do that -- he had --

-- he-- hey, they're givin' you the big break of a lifetime. You know, you're doin' the interview. I picked you because -- frankly I never heard of you, but that's okay --

TERRY MORAN: This -- I knew this would come --

PRESIDENT DONALD TRUMP: But I picked you -- Terry -- but you're not being very nice. He had MS-13 tattooed --

TERRY MORAN: Alright. Alright. We'll agree to disagree. I want to move on --

PRESIDENT DONALD TRUMP: Terry.

TERRY MORAN: -- to something else.

PRESIDENT DONALD TRUMP: Terry. Do you want me to show the picture?

TERRY MORAN: I saw the picture. We'll -- we'll -- we'll agree to disagree --

PRESIDENT DONALD TRUMP: Oh, and you think it was Photoshop. Well --

TERRY MORAN: Here we go. Here we go.

PRESIDENT DONALD TRUMP: -- don't Photoshop it. Go look --

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: -- at his hand. He had MS-13 --

TERRY MORAN: Fair enough, he did have tattoos that can be interpreted that way. I'm not an expert on them.

I want to turn to Ukraine, sir --

PRESIDENT DONALD TRUMP: No, no. Terry --

TERRY MORAN: I-- I want to get to Ukraine--

PRESIDENT DONALD TRUMP: Terry, no, no. No, no. He had MS as clear as you can be. Not "interpreted." This is why people --

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: -- no longer believe --

TERRY MORAN: Well.

PRESIDENT DONALD TRUMP: -- the news, because it's fake news --

TERRY MORAN: When he was photographed in El Sal -- in-- in El Salvador, they aren't there. But let's just go on --

PRESIDENT DONALD TRUMP: He is --

TERRY MORAN: They aren't there when he's in El Salvador.

PRESIDENT DONALD TRUMP: --there -- oh, oh, they weren't there --

TERRY MORAN: Take a look at the photograph --

PRESIDENT DONALD TRUMP: But they're there now, right?

TERRY MORAN: No. What --

PRESIDENT DONALD TRUMP: But they're there now?

TERRY MORAN: They're in your picture.

PRESIDENT DONALD TRUMP: Terry.

TERRY MORAN: Ukraine, sir.

PRESIDENT DONALD TRUMP: He's got MS-13 on his knuckles.

TERRY MORAN: Alright. I --

PRESIDENT DONALD TRUMP: Okay?

TERRY MORAN: -- we'll -- we'll take a look at it --

PRESIDENT DONALD TRUMP: It's -- it's -- you do such a disservice --

TERRY MORAN: We'll take a look. We'll take a look at that, sir --

PRESIDENT DONALD TRUMP: Why don't you just say, "Yes, he does," and, you know, go on to something else --

TERRY MORAN: It's contested. Ukraine. I want to turn -- I was just in Rome, and to that moving photograph of you and President Zelenskyy sitting in St. Peter's Basilica --

PRESIDENT DONALD TRUMP: Yeah.

TERRY MORAN: -- talking peace. It went around the world.

PRESIDENT DONALD TRUMP: Sure.

TERRY MORAN: Take us into that moment.

PRESIDENT DONALD TRUMP: Well, look, the Ukraine is a very serious, very tough situation. And this is Biden's war. This is not my war. But I want to see if I can solve it, because probably close to 5,000 young soldiers a week are being killed, Russian and Ukrainian. We also spend a tremendous amount of money in Ukraine, and Europe should be spending much more than us. They're not. They're spending much less. It's been badly handled by the Biden administration. It's been badly handled all the way around, all the way around --

TERRY MORAN: But that -- that moment.

PRESIDENT DONALD TRUMP: The moment was a moment of solace in a sense, because -- tremendous numbers of people are dying. A lot of his people are dying. They're being killed. And I feel very badly about it. I feel very badly about -- that's a war that would have never happened if I were president, and it didn't happen for four years. It was never even a thought of it happening.

TERRY MORAN: It -- it does feel like something's happening. After that meeting with Zelenskyy in St. Peter's, you posted this on social media. "There was no reason for Putin to be shooting missiles into civilian areas, in cities and towns, over the last few days. It makes me think that maybe" --

PRESIDENT DONALD TRUMP: Yeah, well, that was part of my post. But you're right. That was -- that was part of a post, yes --

TERRY MORAN: And it says, "It makes me think that maybe he doesn't want to stop the war. He's just tapping me along--"

PRESIDENT DONALD TRUMP: It's possible. Yeah, that's possible. Sure.

TERRY MORAN: "He might be --"

PRESIDENT DONALD TRUMP: He could be tapping me along a little bit. I would say that he would like to stop the war. I think that --

TERRY MORAN: You believe that?

PRESIDENT DONALD TRUMP: -- if -- if it weren't for me, I think he'd want to take over the whole country, personally. I always felt -- so when I left, there wasn't even a chance that this would happen. When Biden got involved, I won't say whether or not he handled it properly, but obviously it wasn't good, because the war started.

Putin went in. The war started. I believe that Putin wanted to get all of Ukraine once he went in. And I think part of the reason he went in is he saw what happened in Afghanistan, how incompetent -- how incompetently Milley and all these guys handled that. It was one of the greatest embarrassments of -- of our lifetimes but maybe in the history of our country. Okay. So Putin went in. I think Putin wanted all of Ukraine.

TERRY MORAN: Right.

PRESIDENT DONALD TRUMP: I think if I didn't win the election, he would have gotten all of Ukraine. I think he would have taken all of Ukraine.

TERRY MORAN: From --

PRESIDENT DONALD TRUMP: I think his first choice -- never with me. He would have never gone in. With this group of losers, he went in. He saw what happened in Afghanistan. He said, "Wow, this is my chance," because it was always the apple of his eye. I talked to him. Ukraine was the apple of his eye. I think he wanted the whole country.

TERRY MORAN: You've said for months that --

PRESIDENT DONALD TRUMP: And because of me, I do believe that --

TERRY MORAN: Yeah. Yeah.

PRESIDENT DONALD TRUMP: -- he's willing to stop the fighting. Don't forget --

TERRY MORAN: You think he wants peace?

PRESIDENT DONALD TRUMP: -- this is --

TERRY MORAN: You think Vladimir Putin wants peace?

PRESIDENT DONALD TRUMP: I think he does, yes. I think he does--

TERRY MORAN: Still?

PRESIDENT DONALD TRUMP: I think because of me --

TERRY MORAN: Even with the raining missiles on --

PRESIDENT DONALD TRUMP: I think he really -- his -- his -- his dream was to take over the whole country. I think because of me, he's not gonna do that.

TERRY MORAN: Do you trust him?

PRESIDENT DONALD TRUMP: I think --

TERRY MORAN: Do you trust him?

PRESIDENT DONALD TRUMP: I don't trust you. I don't trust -- I don't trust a lot of people. I don't trust you. Look at you. You come in all shootin' for bear. You're so happy to do the interview.

TERRY MORAN: I am happy --

PRESIDENT DONALD TRUMP: And then you start hitting me with fake questions. You start tellin' me that a guy -- whose hand is covered with a tattoo --

TERRY MORAN: Alright. We're back to that.

PRESIDENT DONALD TRUMP: -- doesn't have the tattoo, you know.

TERRY MORAN: Alright.

PRESIDENT DONALD TRUMP: I mean, you're being dishonest.

TERRY MORAN: No, I'm not --

PRESIDENT DONALD TRUMP: Let -- let-- let me just tell you --

TERRY MORAN: No, I am not, sir.

PRESIDENT DONALD TRUMP: Do I trust -- I don't trust a lot of people. But I do think this. I think that he -- let's say he respects me. And I believe because of me he's not gonna take over the whole -- but his decision, his choice would be to take over all of Ukraine.

TERRY MORAN: Okay.

PRESIDENT DONALD TRUMP: It's a war that never should have happened. It did happen because of incompetent people --

TERRY MORAN: Last question on this.

PRESIDENT DONALD TRUMP: But it never should have happened.

TERRY MORAN: If there's no peace deal, will the U.S. cut off military aid to Ukraine?

PRESIDENT DONALD TRUMP: I don't want to tell you that. I'm not gonna tell you whether or not I would or not --

TERRY MORAN: That sounds --

PRESIDENT DONALD TRUMP: I want to leave that as a big, fat secret, because I don't want to ruin a negotiation. But --

TERRY MORAN: I'd be worried if I were Ukraine.

PRESIDENT DONALD TRUMP: -- I will tell you I was not happy when I saw Putin shooting missiles into a few towns and cities. And -- that was not something that I liked seeing, and I thought it was inappropriate. But I think the whole war is inappropriate.

TERRY MORAN: Okay.

PRESIDENT DONALD TRUMP: Again, it's a war that shouldn't have happened. This war is a war that if the election weren't rigged -- and it was totally rigged, the 2020 election -- if it weren't rigged, you wouldn't have that. You wouldn't have had the embarrassment --

TERRY MORAN: Okay.

PRESIDENT DONALD TRUMP: -- of Afghanistan.

TERRY MORAN: Got it.

PRESIDENT DONALD TRUMP: You wouldn't have October 7th with Is --

TERRY MORAN: Got it.

PRESIDENT DONALD TRUMP: --Israel. You wouldn't have had any of the problems that you have right now --

TERRY MORAN: Thank you. I want to ask one question --

PRESIDENT DONALD TRUMP: And you wouldn't have had inflation either.

TERRY MORAN: Alright. I want to ask one question about Defense Secretary Pete Hegseth. There's a lot of turmoil -- at the -- at the Pentagon right now. There's the Signal chat with his wife on it where he's discussing that attack in Yemen. There's another Signal chat -- discussing the attack on Yemen.

There's a reporter accidentally involved. You said the other day that you had a talk with the secretary. Did you take him to the woodshed?

PRESIDENT DONALD TRUMP: I had a talk with him, and whatever I said I probably wouldn't be inclined to tell you. Bu t-- we had a good talk. He's a talented guy. He's young. He's smart, highly educated. And I think he's gonna be a very good defense -- hopefully a great defense secretary, but he'll be a very good defense secretary --

TERRY MORAN: You have a hundred percent confidence in Pete Hegseth?

PRESIDENT DONALD TRUMP: I don't have -- a hundred percent confidence in anything, okay? Anything. Do I have a hundred percent? It's a stupid question. Look --

TERRY MORAN: It's a pretty important position.

PRESIDENT DONALD TRUMP: -- I have -- no, no, no. You don't have a hundred percent. Only a liar would say, "I have a hundred percent confidence." I don't have a hundred percent confidence that we're gonna finish this interview.

TERRY MORAN: We will.

PRESIDENT DONALD TRUMP: Let's go.

TERRY MORAN: Elon Musk and DOGE. Everyone knows that there's wasteful government spending. It's really important. But the cuts have had some serious consequences. There have been cuts to foreign aid programs that save lives and keep people alive overseas. There's been research at the National Institutes of Health on cancer, on Alzheimer's that has had to be stopped. And- - the question I think people have is: Did DOGE go too far, too fast, too recklessly?

PRESIDENT DONALD TRUMP: No, I think DOGE has been, look, saved $150 billion. Billion. We saved -- that's a lot of money. There's also a lot of things right now under investigation, which is gonna increase that amount by a lot. And that's a tremendous amount of money. There were some things where when I heard about 'em I -- I put 'em back, as you know. There are things that I'm considering right now putting back. But overall, we've saved hundreds of billions of dollars of --

TERRY MORAN: Well, the original promise was $2 trillion, went to $1 trillion. Now, it's $150 billion --

PRESIDENT DONALD TRUMP: Well, I don't know --

TERRY MORAN: -- and heading south.

PRESIDENT DONALD TRUMP: You don't know what it's gonna be because we have things that are very -- at a very high level that are being looked at right now. We also found tremendous waste, fraud, and abuse, as you know.

We found a lot of fraud. There was a lot of fraud. Fraudulent things were taking place, and we ended that, and those people are gonna be suffering --

TERRY MORAN: Just --

PRESIDENT DONALD TRUMP: -- because of it.

TERRY MORAN: -- a legal note. Fraud is a crime. There have been no referrals to the Justice Department on any of this --

PRESIDENT DONALD TRUMP: Well, you don't know that, do you? How do you know that?

TERRY MORAN: Have there been referrals --

PRESIDENT DONALD TRUMP: How do you know that --

TERRY MORAN: -- to the -- are there criminal referrals --

PRESIDENT DONALD TRUMP: Why -- how would you know that, that there were no referrals? I think there--

TERRY MORAN: There's -- there's --

PRESIDENT DONALD TRUMP: -- were referrals.

TERRY MORAN: They generally -- alright. There's been no investigation from the Justice Department --

PRESIDENT DONALD TRUMP: How do you know that?

TERRY MORAN: I'm asking you, sir.

PRESIDENT DONALD TRUMP: No, you're not askin' me. You made a statement. You're not asking me --

TERRY MORAN: Now, I'm asking you.

PRESIDENT DONALD TRUMP: That was a statement that you made. There have been --

TERRY MORAN: Now, I'm asking.

PRESIDENT DONALD TRUMP: Have there been? Yes, there have.

TERRY MORAN: So there have been referrals for fraud from the work of DOGE?

PRESIDENT DONALD TRUMP: Of course there have been. Take a look at some of these things --

TERRY MORAN: Alright. Alright.

PRESIDENT DONALD TRUMP: -- that took place. Millions of dollars were given to people for no reason whatsoever. Of course there have been.

TERRY MORAN: I want to bring up -- what is truly one of -- to a lot of people, one of the biggest achievements of your first term. That is Operation Warp Speed. You got that COVID vaccine up and going --

PRESIDENT DONALD TRUMP: That's right.

TERRY MORAN: -- and distributed. And a lotta people took it, and a lotta people that feel their lives have been saved by it. Now, we have this measles outbreak, biggest in a decade -- in Texas, and it's because people aren't getting their children vaccinated. Do you recommend to parents that they get their children vaccinated for measles?

PRESIDENT DONALD TRUMP: Well, I recommend the governors to make the decisions. You have a very talented governor of Texas, and he's making decisions, and those decisions are gonna be made rapidly. This is a very much different thing than COVID in terms of rap -- rapidity and speed and other things.

Measles have been with us a long time. And I'm not saying good, bad, or indifferent. I'm just saying that -- the governors are making the decision. It's a federalist decision --

TERRY MORAN: So you're -- the president is -- is our leader in so many ways, and your voice counts so much. And you can't tell moms and dads, you know, it's a good thing --

PRESIDENT DONALD TRUMP: Oh, sure. I rec --

TERRY MORAN: -- to get a measles vaccine?

PRESIDENT DONALD TRUMP: Do I recommend it?

TERRY MORAN: Yes.

PRESIDENT DONALD TRUMP: Yes, I do. I recommend it. Yeah.

TERRY MORAN: Got it. That was my question --

PRESIDENT DONALD TRUMP: Do I mandate it? No.

TERRY MORAN: No. No, I didn't ask --

PRESIDENT DONALD TRUMP: But I do recommend it, yes --

TERRY MORAN: Good. Do you think your --

PRESIDENT DONALD TRUMP: And I have recommended it.

TERRY MORAN: Do you think the secretary of Health and Human Services, Robert F. Kennedy Jr., who has a history of at the very least vaccine skepticism -- do you think Kennedy recommends the measles vaccines?

PRESIDENT DONALD TRUMP: He did. He did. He recommended it. Yeah, he did. He recommended it --

TERRY MORAN: Are you satisfied with his --

PRESIDENT DONALD TRUMP: Yeah, I mean, he --

TERRY MORAN: -- response on this?

PRESIDENT DONALD TRUMP: -- recommended that they go out and get the vaccine. Yeah.

TERRY MORAN: Okay. I want to talk a little bit about presidential power, the powers that you have in the presidency- - temporarily that the American people ha -- have given you, right? You've revoked a lot of people's security clearances. You've revoked people's security details who are -- still threatened, you know, with death threats. You've gone after law firms because they've employed people you don't like or they have represented people that you don't like --

PRESIDENT DONALD TRUMP: Well, they obviously agreed because they paid me a lotta money.

TERRY MORAN: Well, the reason they agreed is because you were threatening to destroy their business with your executive order that said, "You can't represent clients before the federal government." That's--

PRESIDENT DONALD TRUMP: Well -- These are big --

TERRY MORAN: That's their bread and butter --

PRESIDENT DONALD TRUMP: These are big boys. These are big -- these are the biggest, most powerful lawyers. These are not people that --

TERRY MORAN: You got a lotta leverage as president --

PRESIDENT DONALD TRUMP: -- are easily intimidated.

TERRY MORAN: As president, you've got all the cards.

PRESIDENT DONALD TRUMP: And they paid hundreds of millions of dollars because they felt -- I guess they probably felt they did something wrong, you know --

TERRY MORAN: It was for survival, sir. You --

PRESIDENT DONALD TRUMP: No, it isn't. These --

TERRY MORAN: You were crushing their business --

PRESIDENT DONALD TRUMP: These -- these firms are very powerful firms, and there's 15 of them. And these are firms that -- probably-- look, you have to ask them. In fact, this is a separate story. You have to ask them, "Why did you all pay Trump hundreds of millions of dollars in services, et cetera? Why did you do that?" I don't know.

TERRY MORAN: You don't think that factored --

PRESIDENT DONALD TRUMP: We -- we -- we have a clause in the thing that, "While we admit no wrongdoing." But, you know, it's like one of those things. And now I'm friendly with those firms. But it's -- you know, these are the most powerful firms in the world.

And they just signed whatever I put in front of 'em. I've never seen anything like it. I'm-- I'm actually surprised myself in a certain way. But they obviously felt they probably did something wrong. I guess that's why they signed.

TERRY MORAN: I guess the question out of that is the concern that people have: Are -- are you using your powers as president to get personal revenge?

PRESIDENT DONALD TRUMP: No. I'll tell you what -- I tell you what you sh -- not -- you're really not asking and you should be asking. There has never been a president in this country in the history that was persecuted like I was persecuted by really crooked people. Dishonest, horrible people. And it's been proven.

So when you say I'm treating people rough, I'm not treating people rough. I was treated worse than any president in the history of our country. And, you know, people figured, "Well, maybe that's it. Finally we got-- you know, he's leaving town. There goes the helicopter."

And then I came back. And -- I came back because I have tremendous support. You know, when you win an election like I won it -- and you will admit: I won all seven swing states. I won the popular vote. I won -- 700 of -- let's say 2,750 districts compared to 500 districts. That's why the map is all red. And those people feel that I was treated unfairly.

TERRY MORAN: But does that give you the right to go after your political opponents with the powers of this office --

PRESIDENT DONALD TRUMP: I don't go after -- I don't go -- I'm going after -- all I'm doing -- hey, Biden did something to me --

TERRY MORAN: So --

PRESIDENT DONALD TRUMP: --a nd I did something to Biden. And you know why I did it? 'Cause he's grossly incompetent. That's not a man that should be allowed to, you know, be lookin' at things that are very confidential.

TERRY MORAN: But what about --71 people you've revoked their --

PRESIDENT DONALD TRUMP: Here's a man that used an autopen to sign very important documents. Now, who really is -- do -- do you think he knew what -- that they

were using an autopen? I mean, he used an autopen to sign very, very important documents. And so those are really the questions you should be asking: "What do you think of the autopen? Who wielded the autopen?" Because -- whoever that person was, think of it. Whoever the person that wielded the autopen, he was really the president of the United States.

TERRY MORAN: You are the president, right.

PRESIDENT DONALD TRUMP: I don't think that Biden knew anything about it --

TERRY MORAN: Okay, fair enough. But you are the president now. And I'm asking the justification for going after people you don't like.

PRESIDENT DONALD TRUMP: Uh. No, no.

TERRY MORAN: That is the --

PRESIDENT DONALD TRUMP: People that I think are dishonest. It's not that I don't -- I don't even know most of 'em. They're people that I think are dis --

TERRY MORAN: These are people that made you angry.

PRESIDENT DONALD TRUMP: No-- it's not anger. These are people that I think are very dishonest. I don't think they're worthy of being able to go into top-secret information. I think that's fine. And Biden did that with many of our people. But when you look at it -- these are people that I don't think are worthy. That's my decision. It's not a question of anger.

TERRY MORAN: Okay. I understand you just had a phone call with the new Canadian premier. And they just had this election. You were a big issue in it. And Canadians, many of them, are really angry, furious, about your talk about, "We're gonna take over Canada. It's gonna become the 51st state--"

PRESIDENT DONALD TRUMP: That's their prerogative.

TERRY MORAN: And it kind of is of a piece -- a lotta -- travel is down into the United States from around the world.

PRESIDENT DONALD TRUMP: We're doing great --

TERRY MORAN: Feels like there's been reputational damage --

PRESIDENT DONALD TRUMP: The country's doing great.

TERRY MORAN: Well --

PRESIDENT DONALD TRUMP: Prices are down.

TERRY MORAN: Not the tourism industry --

PRESIDENT DONALD TRUMP: Gasoline's down. Energy's down. Tourism is gonna be way up. Wait till you see the numbers. The tourism is way up.

TERRY MORAN: Not now.

PRESIDENT DONALD TRUMP: Now, Canada -- oh, sure -- tourism's doing very well. We're doing very well. We're doing very well. Wait till you see the real numbers come out in about -- in six months from now wait till you see the numbers.

TERRY MORAN: But do you think --

PRESIDENT DONALD TRUMP: They're gonna be very good --

TERRY MORAN: I'm gonna ask -- if I may, do you think the reputation of the United States has gone down under your presidency?

PRESIDENT DONALD TRUMP: I -- no, I think it's gone way up, and I think we're a respected country again. We were laughed at all over the world. We had -- a president that couldn't walk up a flight of stairs, couldn't walk down a flight of stairs, couldn't walk across a stage without falling. We had a president that was grossly incompetent. You knew it, I knew it, and everybody knew it. But you guys didn't want to write it because you're fake news.

TERRY MORAN: Alright. Thank you --

PRESIDENT DONALD TRUMP: And, by the way, ABC is one of the worst. I have to be honest with you --

TERRY MORAN: Okay. Thank you for the opinion. But more importantly, thank you for having us here. I have one more question.

It's a big one. It's a question that you know a lot of people have out there. What do you say to people who are concerned you are taking, seizing too much power and becoming an authoritarian president like we haven't had before?

PRESIDENT DONALD TRUMP: No, I -- I would hate them to think that. I'm doing one thing: I'm makin' America great again. We have a country that was failing. We have a country that was laughed at all over the world. We had a leader that was grossly incompetent. He should have never been there.

The election was rigged. He shoulda never been there. Our country suffered greatly, and now our country's coming back like nobody can believe. I have editorials just today where they're saying they've never seen anything like it. They love it. Our country's coming back, and we're respected again.

TERRY MORAN: Mr. President, thank you.

PRESIDENT DONALD TRUMP: Thank you, Terry, very much.

## Related Topics

**President Trump**



## Sponsored Content by Taboola

**After 35 Years, Her Jewelry Is Nearly Gone**

Sponsored / The Heritage Journal

Read More

**Tariffs are coming in New York. Here are 7 things you can do to prepare yourself**

Sponsored / DollarPerks

Read More

**New York: Modern Container Homes [See More]**

Sponsored / Container Homes | Search Ads

**Residents In New York With Credit Card Debt Could Be In For A Big Surprise**

Sponsored / Weekly Financial Solutions

Learn More

**The Ultimate Sanctuary for Healing from Addiction**

Sponsored / Legacy Healing Center

Call Now

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

Sponsored / WalletJump

Learn More

**Hollywood Actress Leaks Weight Loss Trick, Gets Fired!**

Sponsored / Health News

**President Trump's childhood home in Queens sells for under $1 million**

Sponsored / Homes.com

**Chuck Norris: I Avoid These 3 Foods Like The Plague**

Sponsored / Roundhouse Provisions

# Exhibit I

Case 2:25-CV-02998-KSH-AME    Document 31    Filed 05/05/25    Page 175 of 200 PageID: 837

CBS Mornings | Eye Opener  Politics  Health  Never Too Late

[CBS MORNINGS]  [EXCLUSIVE]

## Kristi Noem says if Kilmar Abrego Garcia was sent back to U.S. "we would immediately deport him again"



By **Tony Dokoupil**, **Caitlin Yilek**
April 30, 2025 / 8:38 AM EDT / CBS News



**EXCLUSIVE**

CBS MORNINGS | **IMMIGRATION OVERHAUL**
DHS SEC'Y KRISTI NOEM ON BORDER & DEPORTATION POLICIES



### Be the first to know

Get browser notifications for breaking news, live events, and exclusive reporting.

a CBS News interview that the
he worst of the worst and doing
vetting process for migrants
dor



CBS NEWS

The Trump administration has sent hundreds of migrants accused of belonging to Venezuelan and Salvadoran gangs to the Salvadoran mega-prison, citing the Alien Enemies Act of 1798, a law that allows deportations when the U.S. is facing an invasion. Documents reviewed by CBS News show many of them had no criminal records.

Several judges have pushed back on the deportations, and the Supreme Court ruled earlier this month any migrants who are removed under the Alien Enemies Act must get a chance to ask courts to review their cases.

One area where the government has admitted an error is in the case of Kilmar Abrego Garcia, a Maryland man who was sent to a prison in El Salvador – the country he'd left more than a decade ago. An immigration judge previously ruled it was unsafe for him to return there. His family denies the government's assertion that he is a member of a gang, and the Supreme Court said the administration needs to facilitate his return and handle the case properly.

When asked what she had done to facilitate Abrego Garcia's return, she said she is following the president's direction along with that of "his legal scholars and attorneys."



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

Read More

02:00

"[Abrego Garcia] is not under our control. He is an El Salvador citizen. He is home there in his country. If he were to be brought back to the United States of America, we would immediately deport him again," Noem said.

The Trump administration has argued in the past it's up to Salvadoran President Nayib Bukele to decide whether to send Abrego Garcia back, though Bukele has claimed he doesn't "have the power" to return him.

U.S. District Judge Paula Xinis – who initially ordered the government to facilitate Abrego Garcia's return – has accused the administration of making "no meaningful effort to comply" with her demands for more information on the case.

"President Trump and his administration has adhered to the court and respects the court and its decisions," Noem said. "This individual is not under the United States of America's jurisdiction and he is not one of our citizens. He is home in his home country. And that's up to that country to decide what to do."

Despite the government admitting a mistake with Abrego Garcia, Noem maintains the administration spends "hours and hours" building cases against alleged gang members ahead of their deportations.

"Obviously, we're relying on the expertise of our investigators, our teams, double-checking, triple-checking, going through the paperwork, making sure that we [...] said when asked about the [...]e who have been deported



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

# Immigration

A federal judge stays in Kilmar Abrego Garcia's dissent back if U.S. would immediately deport him again — CBS News

**Trump: "I don't know" if everyone is entitled to due process**



**Trump administration in talks with Rwanda to take deportees from U.S.**



**Oklahoma governor, schools chief at odds on collecting immigration data**



**Migrant crossings at U.S.-Mexico border stay at historically low levels**

More ›

In: **Immigration**    **Kristi Noem**    **U.S. Immigration and Customs Enforcement**    **Trump Administration**

**Tony Dokoupil**



Tony Dokoupil is a co-host of "CBS Mornings" and CBS Mornings Plus." Dokoupil also anchors "The Uplift," a weekly series spotlighting positive and inspiring stories for CBS News 24/7.

𝕏 Twitter

© 2025 CBS Interactive Inc. All Rights Reserved.

...sted Living for Millions



**Be the first to know**

Get browser notifications for breaking news, live events, and exclusive reporting.

PAID US MEDICINE TODAY    Learn More

...Cost

PAID KOHLER SHOWERS    Learn More

2024 Senior SUV Is A True Head Turner (You'll Love The Price)



PAID TRUESEARCHES | SEARCH ADS

# Exhibit J

By placing migrants in Social Security's "death master file," the Trump administration is seeking to cut off their access to credit cards, bank accounts and other financial services.

 **Listen to this article · 12:35 min**  <u>Learn more</u>

---

    

**By Alexandra Berzon, Hamed Aleaziz, Nicholas Nehamas, Ryan Mac and Tara Siegel Bernard**

April 10, 2025

Since taking office, the Trump administration has moved aggressively to revoke the temporary legal status of hundreds of thousands of immigrants who were allowed into the country under President Joseph R. Biden Jr.

Now, the administration is taking drastic steps to pressure some of those immigrants and others who had legal status to "self-deport" by effectively canceling the Social Security numbers they had lawfully obtained, according to documents reviewed by The New York Times and interviews with six people familiar with the plans.

The goal is to cut those people off from using crucial financial services like bank accounts and credit cards, along with their access to government benefits.

The effort hinges on a surprising new tactic: repurposing Social Security's "death master file," which for years has been used to track dead people who should no longer receive benefits, to include the names of living people who the government believes should be treated as if they are dead. As a result of being added to the death database, they would be blacklisted from a coveted form of identity that allows them to make and more easily spend money.

Earlier this week, the names of more than 6,300 migrants whose legal status had just been revoked were added to the file, according to the documents.

The initial names are limited to people the administration says are convicted criminals and "suspected terrorists," the documents show. But officials said the effort could broaden to include others in the country without authorization.

Their "financial lives," Leland Dudek, the Social Security Administration's acting commissioner, wrote in an email to staff members, would be "terminated."

The move is the latest in an extraordinary series of actions by the Trump administration, pushed by Elon Musk and the Department of Government Efficiency to harness personal data long considered off limits to immigration authorities in order to advance President Trump's vision for a mass migrant crackdown. This week, several top officials at the Internal Revenue Service moved to resign after the tax agency said it would help locate undocumented immigrants.

In another previously unreported development, Mr. Dudek in February reached an agreement with the Department of Homeland Security that would provide the last known addresses of 98,000 people to Immigration and Customs Enforcement, the federal agency responsible for deporting undocumented immigrants, other documents and interviews show. Personal information held by Social Security had been closely guarded under previous administrations, according to 12 current and former officials who said the agency had not engaged in such widespread data sharing with immigration authorities before.

By using Social Security data to freeze out immigrants, the administration is conscripting a broadly popular agency — one that exists to send benefits primarily to retired Americans and people with disabilities — in its effort to unwind what Mr. Trump has derided as the "open border" policies of his Democratic predecessor.

The new enforcement role for Social Security is raising fears that faulty data could result in people, including American citizens, mistakenly or improperly being placed on the list, upending their financial lives, according to interviews with current and former employees.



Many of the changes at the Social Security Administration are being driven by Elon Musk, who has spouted unfounded conspiracy theories about fraud perpetrated by undocumented immigrants.  Jim Vondruska for The New York Times

"Immigration enforcement is not within the scope of the Social Security Administration," said Jason Fichtner, who held several senior positions at Social Security, where he was appointed by President George W. Bush. "The potential for errors can be very consequential."

Elizabeth Huston, a White House spokeswoman, said the changes at Social Security would help advance the president's immigration goals. "President Trump promised mass deportations, and by removing the monetary incentive for illegal aliens to come and stay, we will encourage them to self-deport," she wrote in a statement. "He is delivering on his promise he made to the American people."

Many changes at the Social Security Administration are being driven by Mr. Musk, who has spouted unfounded conspiracy theories about fraud perpetrated by undocumented immigrants, and about the agency sending billions of dollars to dead people. Mr. Trump has picked up many of those claims.

The billionaire, a top adviser to Mr. Trump, has also said without evidence that Democrats used the agency to grant immigrants Social Security numbers, making them eligible for benefits that kept them in the United States so they could shift the country's demographics.

At the same time, Mr. Musk's team has targeted the Social Security agency for cuts, alarming beneficiaries. Staff reductions have hobbled some local field offices, and recipients say it has become harder to receive services. Now, under Mr. Trump, the agency is taking on an additional mission of immigration enforcement, including those who entered under the Biden administration, according to a senior White House official not authorized to speak publicly.

Mr. Biden allowed many migrants to enter the country temporarily as a way to incentivize them to avoid crossing the border illegally. Those people became eligible to work in the United States, receive Social Security numbers and in some cases receive federal benefits.

More than 500,000 migrants from Cuba, Nicaragua, Venezuela and Haiti came under one of the so-called parole programs during the Biden administration that allowed them to fly into the country, if they had financial sponsors and passed security checks. Another 900,000 migrants used CBP One, a phone application used by the Biden administration, to enter at ports of entry and were given the opportunity to remain and work in the United States.

The Trump administration has targeted both programs. The program allowing migrants to fly in is scheduled to end this month — and with it legal status for migrants already here, pending court challenges. Trump administration officials have also begun to revoke the parole of migrants who entered with the app.



Venezuelan migrants waiting to cross into the United States after receiving an asylum hearing through the CBP One app in Ciudad Juárez, Mexico. Alejandro Cegarra for The New York Times

On Tuesday, Aram Moghaddassi, a software engineer working for DOGE, sent Mr. Dudek the first batch of names to be added: the list of more than 6,300 immigrants homeland security officials had identified as having temporary legal status but who were now either on what he described as "the terrorist watch list," or had been flagged as having "F.B.I. criminal records," the documents show. The people's parole status had been revoked that same day, Mr. Moghaddassi wrote.

The list included a 13-year-old and seven other minors, raising fears inside the agency that it was overly broad, according to one person familiar with the list who spoke on the condition of anonymity to discuss sensitive information.

The White House official said that nearly 1,000 of the migrants had received federal benefits worth a total of roughly $600,000 before their parole was cut off, including Medicaid, unemployment insurance and federal student loans — an average of $600 per person.

Mr. Moghaddassi did not respond to a request for comment.

**Are you a federal worker? We want to hear from you.**

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

Although the agency has renamed the death list the "ineligible master file," according to the documents reviewed by The Times, it has not developed a new way to mark people as being ineligible for benefits. For now the immigrants added are being given supposed dates of death, according to two people familiar with the process.

Martin O'Malley, who served as commissioner of the Social Security Administration under Mr. Biden, described the strategy as inhumane.

"It's tantamount to financial murder," Mr. O'Malley said.

Andrew Biggs, who served at the agency during the George W. Bush administration, suggested that such changes would help enact Mr. Trump's immigration policy.

"If you favor immigration enforcement, this makes sense," he said.

Trump administration officials have presented the change as a way to fight crime.

In a memo addressed to Mr. Dudek on Monday, Kristi Noem, the homeland security secretary, wrote that the plan would "prevent suspected terrorists who are here illegally" from having "privileges reserved for those with lawful status."

She did not say how the administration was determining if someone was a "suspected terrorist."

## The Death List

The Social Security agency's death list is one of its most important data sets. Officials maintain it by collecting death records from state health records, funeral homes and family members, with roughly three million new death reports added each year. That prevents improper payments from going out.

Officials also share that information with other federal agencies to ensure that people who are dead no longer get benefits. And the Commerce Department sells a version of the list to banks, credit bureaus and other financial institutions that want to avoid operating accounts for scammers using stolen Social Security numbers.



The Social Security agency's death list is one of its most important data sets.  Haiyun Jiang for The New York Times

Those who have been put on the list mistakenly while still alive have reported calamitous effects, such as having their homes foreclosed and bank accounts canceled. In order to be removed, they have to go to field offices to try to prove their identity, a process known internally as "resurrection." But even then the problem can take months to fix, or longer.

The repurposing of the death list, as well as the agency sharing addresses with immigration authorities, could face challenges under the federal tax and privacy laws that govern the maintenance of Social Security data, according to former officials and agency experts.

"The Social Security Administration has a legal obligation to keep accurate data to administer its programs, and strict laws govern the use and exchange of that data," said Kathleen Romig, the director of Social Security and disability policy at the

Center on Budget and Policy Priorities, a left-leaning think tank.

Trump officials have said that they want to modernize the nation's deportation system by combining sets of data held by different agencies that have long been siloed, part of a broader effort to link personal data about the public scattered across the government.

Documents reviewed by The Times show that DOGE is playing an important role in that process, including in the agreement to share addresses that was struck in February.

Under the terms of that arrangement, immigration officials agreed to send thousands of Social Security numbers to the Social Security Administration, which would match them with personal data and send back associated addresses.



Federal law enforcement agents led by ICE preparing for a raid in Rex, Ga., in February.  Carlos Barria/Reuters

ICE collects as much information as possible to target, surveil and detain undocumented immigrants, although addresses in their records can sometimes be outdated.

Mr. Dudek gave permission to DOGE engineers and ICE leaders to use his agency's data for law enforcement, the documents show. Michael Russo, the Social Security Administration's former chief information officer and a member of Mr. Musk's team, also asked for the information to be sent to D.H.S. urgently.

Neither agency would confirm if the data had been sent.

Social Security regulations state that the agency may disclose information for law enforcement purposes in certain circumstances, including when a person has been indicted or convicted of "violent crimes," and to investigate entitlement fraud. During the first Trump administration, the Department of Homeland Security, which oversees ICE, also pushed for broad access to Social Security data, but was rebuffed based on privacy concerns, according to two people familiar with the negotiations.

Among the DOGE associates privy to the data-sharing agreement were Akash Bobba, a recent college graduate who gained access to the Social Security systems in early February, according to court records; Scott Coulter, who was named as Social Security's chief information officer last month; and Marko Elez, an engineer who resigned from his government positions this year after being linked to an X account with racist posts that pushed for immigration policies based on eugenics.

After Mr. Trump and Vice President JD Vance called for him to be brought back into DOGE, Mr. Elez was quietly rehired.

Kate Conger, Andrew Duehren and Miriam Jordan contributed reporting. Sheelagh McNeill contributed research.

**Alexandra Berzon** is an investigative reporter covering American politics and elections for The Times.

**Hamed Aleaziz** covers the Department of Homeland Security and immigration policy.

**Nicholas Nehamas** is a Washington correspondent for The Times, focusing on the Trump administration and its efforts to transform the federal government.

**Ryan Mac** covers corporate accountability across the global technology industry.

**Tara Siegel Bernard** writes about personal finance for The Times, from saving for college to paying for retirement and everything in between.

---

A version of this article appears in print on , Section A, Page 12 of the New York edition with the headline: Thousands of Migrants Are Called Dead to Get Them to 'Self-Deport'

# Exhibit K

• **May 02, 2025**

# ICE Expands Student Deportation Powers

A week after restoring foreign students' legal status, immigration officials detailed plans for a new policy granting unprecedented leeway to terminate their residency. It could foreshadow a new round of deportation efforts.

**By** Liam Knox



Photo illustration by Justin Morrison/Inside Higher Ed | Spencer Platt/Getty Images | Probal Rashid/LightRocket/Getty Images

T he Trump administration issued plans earlier this week for a new policy that vastly expands federal officials' authority to terminate students' legal residency status, according to newly released court documents.

The policy detailed in the filings asserts that immigration officials have the "inherent authority" to terminate students' legal residency status in the Student Exchange and Visitor Information System "as needed." It also explicitly lays out two new justifications for SEVIS terminations: the vague "evidence of failure to comply" with nonimmigrant visa terms, and a visa revocation, which can be issued without evidence of a violation by the State Department—and which, crucially, is not subject to court challenges.

Immigration attorneys told *Inside Higher Ed* that if implemented, the new policy would enshrine broad permission for ICE to begin deporting students practically at will.

## Most Popular

### ED Announces Further Changes to Accreditation

### AmeriCorps Cuts Force College Access Groups to Reduce Staff

### Trump Order Targets Undocumented Students' In-State Tuition

"This is very bad news for foreign students," said Charles Kuck, an immigration attorney representing 133 international students in the largest lawsuit challenging recent SEVIS terminations. "Any student who's arrested, literally for any reason, is probably going to have their status terminated going forward."

Last Friday a U.S. attorney promised an official update to ICE policy on SEVIS terminations. On Tuesday, U.S. attorneys presented the document as evidence in a court

filing in Arizona, describing it as "recently issued … policy regarding the termination of SEVIS records."

It was the first time that details of a new SEVIS termination policy were made public, and it was not at first clear whether it reflected official federal policy. On Tuesday, U.S. attorney Johnny Walker confirmed during another hearing for a SEVIS lawsuit in D.C. that it did, though the policy had yet to be finalized. Spokespeople for ICE did not respond to multiple questions from *Inside Higher Ed*.

The plan comes less than a week after the administration began restoring thousands of foreign students' SEVIS statuses after a series of court decisions overturned hundreds of status terminations. Kuck said the plan seemed to be a way for ICE to get around those rulings.

"This is basically a cover-your-ass policy," he said. "The fact that ICE initially reinstated visas was no surprise. They probably had U.S. attorneys screaming at them, 'What are you doing?' Now they're trying to retroactively develop a policy that would allow them to do what they already did."

Immigration lawyer and Columbia University Immigrants' Rights Clinic director Elora Mukherjee has been counseling international students across New York City for the past two months. After the visa-restoration decision last week, some students wanted to know if they were in the clear; she cautioned them against celebrating prematurely.

"Whiplash is a good way to describe it," she said. "Students are losing sleep—not just those whose visas have been terminated but those who are worried theirs could be next any day."

# Fly-by-Night Policymaking

The updated policy was outlined in an internal Department of Homeland Security memo filed as evidence in an Arizona federal court on Wednesday, where one of more than 100

lawsuits challenging visa revocations is being litigated.

The unorthodox manner in which it was publicized has left immigration attorneys scratching their heads and international students' advocates wondering how to respond.

## Editors' Picks

**See Where Students Have Had Their Visas Revoked**

**What We've Learned So Far From Tracking Student Visa Data**

**What Is SEVIS, and How Is the Government Using It to Go After International Students?**

It also appears to have taken some federal officials by surprise. Kuck said that when he heard about the memo and brought it before the judge in his own case in Georgia, the U.S. attorney defending the government asked if he could send him a copy.

Fanta Aw, president of NAFSA, an association of international educators, wrote in an email to *Inside Higher Ed* that the document "should not be relied upon as ICE's new policy." She also emphasized that there is no change to ICE's visa termination policy included in the memo, only SEVIS terminations.

The document is labeled as a "broadcast message … for internal SEVP use only," meaning it would have been sent to Designated School Officials working in colleges' international student offices. But Aw said that's not accurate, either, because it lacks the

customary broadcast message number, and DSOs in her organization said they had not received it.

Kuck said the lack of a rule-making process for a sweeping policy change like the one outlined in the memo is most likely unlawful, and he was working on filing an amendment to challenge it on Thursday. But that doesn't mean it should be taken lightly.

"People should view this as the future," Kuck said. "This is clearly the power ICE wants to give itself, so they're going to move ahead with it."

# 'A Nightmare Booby Trap'

Mukherjee said such a broad license to terminate SEVIS status would allow ICE to deport international students far more quickly and with less accountability. The new policy, if implemented and upheld by the courts, wouldn't just revert to the status quo of the last few months, she said; it would create a landscape in which ICE could begin deportation proceedings with impunity.

"We've already seen many students whose SEVIS terminations led directly to removal proceedings," Mukherjee said. "It's terrifying."

Kuck said it's crucial that students understand that they're still in danger of deportation even if their status was restored last week—and not just because of the new policy plan.

The few hundred students who won a temporary restraining order in court over the past week have had their statuses reinstated and backfilled to when they were revoked. But the status of thousands more who did not file lawsuits was only reactivated from that point onward. That means they have a gap in status for the days or weeks in between—which, according to ICE policy, is grounds for removal from the country, even if their initial SEVIS termination was accidental.

"This is a nightmare booby trap for these kids," Kuck said.

The only way to protect them, he said, is by filing a class action lawsuit for all affected international student visa holders. Kuck said he's working on filing an injunction for one right now, and he is acting with urgency.

In the meantime, Mukherjee said students—both those in the country and those who had planned to come in the fall—are "deeply unsettled." She's been asking them questions she'd never been concerned about before: whether they have any social media accounts or even tattoos.

"I'm talking to international students who are currently in the U.S., to international students who've been admitted to study in the U.S. starting in the fall, and they're asking, 'Will we be able to complete our degree program?'" she said. "The answer is that it's unclear."

## Written By


Liam Knox

## Share This Article

Copyright © 2025 Inside Higher Ed All rights reserved. |

# Exhibit L

Learn more about LSEG

## Trump administration to restore foreign students' legal status, for now

By **Nate Raymond**

April 25, 2025 7:21 PM EDT · Updated 8 days ago

  



Students walk at the campus of Harvard University in Cambridge, Massachusetts, U.S., April 15, 2025. REUTERS/Faith Ninivaggi/File Photo Purchase Licensing Rights

### Summary

Trump administration to restore, for now, statuses of numerous foreign students

Judges in dozens of cases had issued temporary restraining orders

BOSTON, April 25 (Reuters) - The Trump administration said on Friday it is restoring the previously terminated legal statuses of hundreds of foreign students in the United States while it develops a policy that will provide a framework for potentially ending them in the future.

The decision was announced during a court hearing before a federal judge in Boston who is presiding over a challenge by one of the many international students across the country suing over actions the administration took against them as part of Republican President Donald Trump's hardline crackdown on immigration.

> The Reuters Tariff Watch newsletter is your daily guide to the latest global trade and tariff news. Sign up <u>here.</u>

Their legal statuses had been revoked as a result of their records being terminated from a database of the approximately 1.1 million foreign student visa holders, putting them at risk of deportation.

Asked how he felt about his legal status reinstatement, one international student who sued the government texted, "relief mostly and still very much anxious about next steps." He asked not to be named.

Since Trump took office on January 20, records for more than 4,700 students have been removed from the U.S. Immigration and Customs Enforcement-maintained Student and Exchange Visitor Information System (SEVIS), according to the American Immigration Lawyers Association.

The database monitors compliance with visa terms and records foreign students' addresses, progress toward graduation and other information. To remain in the database, student visa holders have to obey conditions such as limits on employment and avoiding illegal activity.

<u>University groups</u> said the cancellations, which stoked fear on campuses, risked scaring off foreign students who are a source of global talent and contributed $44 billion to the U.S. economy last year.

In court filings, the administration had said that it could end students' eligibility to be in the U.S. if they, for example, turn up in a criminal history search.

But hundreds of students in lawsuits filed in recent weeks said their records were terminated based on charges that had been dismissed or for minor offenses when legally their status could only be revoked if they were convicted of violent crimes.

Over 200 students removed from SEVIS have won court orders temporarily barring the administration from taking actions against them, according to a Reuters count, including Boston University student Carrie Zheng.

Shortly before a Friday hearing in her case, U.S. District Judge F. Dennis Saylor said he had received an email from a lawyer from the government alerting him to a change in position by ICE.

According to that email, ICE was now "developing a policy that will provide a framework for SEVIS record terminations." Until that policy is issued, the SEVIS records for Zheng and similarly situated plaintiffs will remain active or will be restored, the email said.

In a court filing later on Friday, the Department of Justice said the students reinstated in SEVIS comprised both those who sued the government and those who did not.

U.S. Department of Homeland Security spokesperson Tricia McLaughlin in a statement said the agency, which oversees ICE, did not reverse course on visa revocations but restored SEVIS access "for people who had not had their visa revoked."

Saylor said that given that the reactivation of the SEVIS records for the students would take some time, he would extend a temporary restraining order he previously issued barring immigration officials from arresting or deporting Zheng.

Zheng's lawyers did not respond to a request for comment.

Reporting by Nate Raymond in Boston; Additional reporting by Andrew Hay in New Mexico, Editing by Franklin Paul, Alistair Bell, Alexia Garamfalvi, Diane Craft, Rod Nickel and Cynthia Osterman

Our Standards: **The Thomson Reuters Trust Principles.** 🗗

Suggested Topics:

United States

Purchase Licensing Rights



**Nate Raymond**
Thomson Reuters

Nate Raymond reports on the federal judiciary and litigation. He can be reached at nate.raymond@thomsonreuters.com.

