

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*john.stinson@usdoj.gov*

*main: (856) 757-5026*
*direct:(856) 757-5139*

May 6, 2025

**By ECF**
Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> Re:   ***Student Does 1-6 v. Noem et al.***, Civ. No 25-2998
>        **Appearance at May 7 Hearing**

Dear Judge Hayden:

This Office represents the Defendants in the above-referenced civil action, which is scheduled for a hearing on the existing temporary restraining order on Wednesday, May 7, 2025 at 10 a.m. ECF No. 25 ¶ 5. Due to an unexpected medical matter for a close family member tomorrow, I am no longer able to attend the hearing and respectfully notify the Court and Plaintiffs' counsel that my colleague, AUSA Kristin Vassallo, will attend in my stead. The Defendants do not plan to put on any witness testimony.

I thank Your Honor for your attention to this matter.

Respectfully submitted,

ALINA HABBA
United States Attorney

By:   / s / *John T. Stinson*
        JOHN T. STINSON
        Assistant United States Attorney
        Deputy Chief, Civil Division

cc:    All counsel of record (by ECF)