ALINA HABBA
United States Attorney
JOHN T. STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5139
john.stinson@usdoj.gov

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Student DOE #1, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Defendants.* | HON. KATHARINE S. HAYDEN<br>HON. ANDRÉ M. ESPINOSA<br><br>Civil Action No. 25-2998 (KSH)(AME) |

**NOTICE OF COMPLIANCE**

Defendants respectfully submit this notice of compliance in response to the Court's Order at ECF No. 39. Consistent with the declarations filed of record by Defendants in this matter, Defendants restored each of Plaintiffs' SEVIS records retroactive to the original date of termination. *See* ECF Nos. 32 (reflecting Notice by Defendants that presented ICE document, filed May 5, 2025), 35 (reflecting Notice by Defendants of Declaration of J. Hicks, filed May 6, 2025), 38 (reflecting Presentment of Records by Defendants, filed May 8, 2025). In addition, the undersigned is informed that, consistent with Paragraph 4 of the Declaration of James Hicks dated May 5, 2025, and based upon the Court's Order at ECF No. 39, Defendants added a notation to each of Plaintiffs' SEVIS records "indicating that the record has been restored retroactively to the original date of the termination." As stated by Mr. Hicks,

"[b]ecause of the technical limitations of the SEVIS system, these notations are not viewable by end-users outside of SEVP, such as Designated School Officials. Nonetheless, these notations are still part of the official SEVIS record."

    Respectfully submitted,

    ALINA HABBA
    United States Attorney

Dated: May 14, 2025    By:  /s/ *John T. Stinson*
    JOHN T. STINSON
    Assistant U.S. Attorney