# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1, Student DOE #2, Student DOE #3, Student DOE #4, Student DOE #5, and Student DOE #6,<br>   *Plaintiffs*,<br><br>v.<br><br>Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement, Ricky J. PATEL, in his official capacity as Newark Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, and John TSOUKARIS, in his official capacity as Newark Field Office Director, Enforcement and Removal Operation, U.S. Immigration and Customs Enforcement,<br><br>   *Defendants*. | Case No. 2:25-cv-2998-KSH-AME<br><br>**[PROPOSED] ORDER** |

Upon consideration of Plaintiffs' request for expedited discovery, and for good cause shown

IT IS on this __ day of June, 2025, ORDERED as follows:

1. Plaintiffs shall serve Defendants with finalized expedited discovery requests within 7 days of the issuance of this Order.

2. Defendants shall comply with the requested discovery within 30 days of the date of service of the expedited discovery requests. Any responses, answers, and objections to Plaintiffs' discovery requests shall be served in accordance with Court Rules.

3.  This expedited discovery shall not preclude the Parties from seeking additional discovery pursuant to Federal Rule of Civil Procedure 26.

Dated: _____

                                                  Honorable Katharine S. Hayden
                                                  United States District Judge