

P.O. Box 32159  
Newark, NJ 07102

Tel: 973-642-2086  
Fax: 973-642-6523

info@aclu-nj.org  
www.aclu-nj.org

JEANNE LOCICERO  
Legal Director

jlocicero@aclu-nj.org  
973-854-1715

June 17, 2025

<u>**VIA ECF**</u>

Honorable Katharine S. Hayden, U.S.D.J.  
United States District Court  
District of New Jersey  
Frank R. Lautenberg Post Office and U.S. Courthouse  
2 Federal Square, Courtroom 5  
Newark, New Jersey 07101

  Re: *Student Doe #1, et al. v. Noem, et al.*, 2:25-cv-02998 (KSH) (AME)

Dear Judge Hayden:

  I write on behalf of Plaintiffs in the above-captioned matter regarding a proposed schedule for amending the complaint in this action and in anticipation of briefing for a motion to dismiss. After conferring with counsel for the Defendants and with their consent, I submit the following joint proposal:

- Amended Complaint: June 27, 2025
- Defendants' Motion to Dismiss: August 4, 2025
- Plaintiffs' Opposition to Motion: September 10, 2025
- Defendants' Reply: September 24, 2025

  We appreciate the Court's consideration of this schedule and are prepared to make adjustments if the Court requires.

Respectfully submitted,

*Jeanne LoCicero* (signature)  
Jeanne LoCicero

**American Civil Liberties Union  
 of New Jersey Foundation**  
Jeanne LoCicero, Esq.  
Farrin R. Anello, Esq.  
Molly K.C. Linhorst, Esq.  
570 Broad Street, 11th Floor  
Newark, New Jersey 07102  
(973) 854-1715

**Request granted.  
SO ORDERED this 20th day of June, 2025.**

<u>**s/Katharine S. Hayden**</u>  
**Hon. Katharine S. Hayden, U.S.D.J.**