UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STUDENT DOE #1, et al., | Civil Action No. 25-02998-KSH-AME |
| Plaintiffs, | ORDER |
| v. | |
| KRISTI NOEM, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court on the June 10, 2025 letter from Plaintiffs Student Does Nos. 1-6 (together, "Plaintiffs"), requesting leave to engage in limited, expedited discovery related to the District Court's May 8, 2025 Preliminary Injunction Order. [D.E. 48]. Defendants Kristi Noem, Todd Lyons, Ricky Patel, and John Tsoukaris, all sued in their official capacities (together, "Defendants"), oppose the request. [D.E. 50]; and

**WHEREAS** the Court held a hearing on June 17, 2025, to discuss this dispute; and

**WHEREAS** the Court carefully considered the parties' arguments, as set forth in their respective letters and during that June 17 hearing; and for the reasons set forth on the record during that hearing; and for good cause shown, therefore,

**IT IS** on this 20th day of June 2025,

**ORDERED** that Plaintiffs' request to conduct limited, expedited discovery, the scope of which was provided in their June 10 letter and sharpened at the June 17 hearing, is **GRANTED**; and it is further

1

**ORDERED** that Defendants' request for a stay pending appeal is **DENIED**. Should Defendants wish to appeal this Order and request any stay pending that appeal, they may direct such request at the District Court; and it is further

**ORDERED** that the parties shall meet and confer forthwith regarding a joint, proposed schedule for limited, expedited discovery, which shall be filed on the docket for the Court's review and approval on or before **June 26, 2025**.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge