

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

<u>Via ECF</u>

June 26, 2025

Honorable André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

ORDER

Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)

Dear Judge Espinosa,

We represent Plaintiffs in the above-captioned matter and respectfully write on behalf of the Parties concerning a proposed schedule for the limited, expedited discovery allowed by the Court.  *See* ECF No. 53.  The Parties propose the following schedule:

- The Government will provide the Administrative Record for each Plaintiff within 21 days, on or before July 17, 2025; and
- The Government will complete production of responses to the limited, expedited discovery by August 7, 2025, and produce documents on a rolling basis.

We appreciate the Court's consideration of this schedule and are prepared to make adjustments if the Court requires.

Respectfully submitted,

/s/Jeanne LoCicero

**American Civil Liberties Union
of New Jersey Foundation**
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, New Jersey 07102
(973) 854-1715
jlocicero@aclu-nj.org

**Rutgers Immigrant Community
Assistance Project (RICAP)**
Center for Law and Justice

Jason Hernandez
Jessica Rofe*
Leena Khandwala
123 Washington Street
Newark, New Jersey 07102

**Gibbons P.C.**
John J. Gibbons Fellowship in
Public Interest and Constitutional Law
Lawrence S. Lustberg, Esq.
Ruth O'Herron, Esq.
One Gateway Center
Newark, NJ 07102
(973) 596-4500
llustberg@gibbonslaw.com
roherron@gibbonslaw.com

*Attorneys for Plaintiffs*

*\* admitted pro hac vice*

cc: All Counsel of Record (via ECF)

The parties' proposed schedule is **SO ORDERED.** The parties shall press forward with diligence to complete limited, expedited discovery by September 5, 2025.

The Court will hold a telephonic status conference on **September 5, 2025, at 11:00 a.m.**, which the parties shall join by dialing 973-437-5535, access code 400 843 579#. Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages.

   */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

July 2, 2025