ALINA HABBA
United States Attorney
JOHN T. STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5139
john.stinson@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>*Defendants.* | Hon. Katharine S. Hayden<br>Hon. André M. Espinosa<br><br>Civil Action No. 25-2998 (KSH)(AME)<br><br>**NOTICE OF APPEAL** |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a)(1)(B)(iv), notice is hereby given that Defendants Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Ricky Patel, in his official capacity as Newark Special Agent in Charge, Homeland Security Investigations; and John Tsoukaris, in his official capacity as Newark Field Office Director, Enforcement and Removal Operation, U.S. Immigration and Customs

Enforcement, appeal to the United States Court of Appeals for the Third Circuit from the Order entered on May 8, 2025, issuing a preliminary injunction. *See* ECF No. 39. The order is appealable under 28 U.S.C. § 1292(a)(1).

        Respectfully submitted,

        ALINA HABBA
        United States Attorney

By:  *s/ John T. Stinson*
        JOHN T. STINSON
        Assistant United States Attorney

        *Attorneys for Defendants Noem, Lyons, Patel, and Tsoukaris*

cc:    all counsel of record (by ECF)