TODD W. BLANCHE
U.S. Deputy Attorney General
ALINA HABBA
Acting United States Attorney
JOHN T. STINSON
Assistant U.S. Attorney
401 Market Street, 4th Floor
Camden, NJ 08101
856-757-5139
john.stinson@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Student DOE #1, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Defendants.* | Hon. Katharine S. Hayden <br> Hon. André M. Espinosa <br><br> Civil Action No. 25-2998 (KSH)(AME) <br><br> **NOTICE OF MOTION** <br><br> Motion day: October 14, 2025 |

TO:   All counsel of record for Plaintiffs, *Student Does 1-6*

PLEASE TAKE NOTICE, that the Federal Defendants, sued in their official capacities, hereby move to dismiss the Amended Complaint in this matter, ECF No. 56, for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. This motion will proceed under the agreed-to schedule ordered by the Court. ECF No. 72. The next motion day following this agreed-to schedule is October 14, 2025.

In support of their motion, defendants will rely upon a brief as well as the Declaration of John Stinson with accompanying exhibits and declarations as well as all previously filed matter in this civil action.

PLEASE TAKE NOTICE, that the attorneys for the Federal Defendants filed these materials through the Court's ECF system on the date below, which caused a true copy of the same materials to be made available to all counsel of record.

                                          Respectfully submitted,

                                          TODD W. BLANCHE
                                          U.S. Deputy Attorney General

                                          ALINA HABBA
                                          Acting United States Attorney
                                          Special Attorney

By:   */s/ John T. Stinson*
        JOHN T. STINSON
        Assistant United States Attorney

*Attorneys for Federal Defendants*

August 11, 2025