

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

LAWRENCE S. LUSTBERG
DIRECTOR

RUTH O'HERRON
MADHULIKA MURALI*

*Admitted in NY only

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

September 3, 2025

**Via ECF**

Honorable André M. Espinosa, U.S.M.J.
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   **Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)**

Dear Judge Espinosa,

  This Firm, together with co-counsel, represents Plaintiffs in the above-captioned matter. As directed in the Court's text order dated August 21, 2025, I write on behalf of all parties to briefly summarize the status of discovery ahead of our status conference scheduled for Monday, September 8, at 3:00 p.m.

  The limited, expedited discovery that this Court authorized by way of order dated June 20, 2025 (ECF No. 53) has proceeded in a timely manner. *See* ECF Nos. 58, 72 (Scheduling Orders). Most recently, the Government produced documents responsive to Plaintiffs' discovery requests on August 18, 2025. Plaintiffs are reviewing these documents while at the same time drafting their Opposition to Defendants' Motion to Dismiss (ECF No. 83), and will meet and confer with the Government regarding any deficiencies or concerns with this production. We do not, at this time, have any issues to bring to the attention of the Court.

  If Your Honor has any questions or requires further information, please do not hesitate to contact me.

            Respectfully submitted,

            */s/ Lawrence S. Lustberg*
            Lawrence S. Lustberg

cc: All Counsel of Record (via ECF)