

P.O. Box 32159
Newark, NJ  07102

Tel: 973-642-2086
Fax: 973-642-6523

info@aclu-nj.org
www.aclu-nj.org

JEANNE LOCICERO
Legal Director

jlocicero@aclu-nj.org
973-854-1715

<u>Via ECF</u>

September 11, 2025

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07101

Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)

Dear Judge Hayden,

We represent Plaintiffs in the above-captioned matter and respectfully write to request a brief, nine-day extension within which to file Plaintiffs' opposition to Defendants' Motion to Dismiss. Pursuant to the Court's Order of August 5, 2025, Plaintiffs' opposition is currently due on September 17, 2025. ECF No. 72. With Defendants' consent, Plaintiffs propose a new deadline of September 26, 2025.

This Court previously granted Defendants' request – with Plaintiffs' consent – for a one-week extension to all calendar dates for briefing the Defendants' Motion to Dismiss. Plaintiffs have not previously sought an extension for this filing.

We appreciate the Court's consideration and are prepared to make adjustments if the Court requires.

Respectfully submitted,

/s/Jeanne LoCicero

**American Civil Liberties Union
of New Jersey Foundation**
Jeanne LoCicero
Farrin R. Anello
Molly K.C. Linhorst
570 Broad Street, 11th Floor
Newark, New Jersey 07102
(973) 854-1715
jlocicero@aclu-nj.org

SO ORDERED  this day of September
<u>s/Katharine S. Hayden</u>
Hon. Katharine S. Hayden, U.S.D.J.

1

**Rutgers Immigrant Community Assistance Project (RICAP)**
Center for Law and Justice
Jason Hernandez
Jessica Rofe*
Leena Khandwala
123 Washington Street
Newark, New Jersey 07102

**Gibbons P.C.**
John J. Gibbons Fellowship in Public Interest and Constitutional Law
Lawrence S. Lustberg, Esq.
Ruth O'Herron, Esq.
One Gateway Center
Newark, NJ 07102
(973) 596-4500
llustberg@gibbonslaw.com
roherron@gibbonslaw.com

*Attorneys for Plaintiffs*

*\* admitted pro hac vice*

cc: All Counsel of Record (via ECF)

2