

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST & CONSTITUTIONAL LAW

LAWRENCE S. LUSTBERG
DIRECTOR

RUTH O'HERRON
MADHULIKA MURALI*

*Admitted in NY only

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

September 23, 2025

<u>Via ECF</u>

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

      **Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)**

Dear Judge Hayden,

      This Firm, together with co-counsel, represents Plaintiffs in the above-captioned matter. We write to respectfully request leave to file a brief in opposition to Defendants' Motion to Dismiss (ECF No. 83) that is 50 pages in length in size 14-point font, which is 10 pages over the limits set forth in Local Civil Rule 7.2(d).

      As Your Honor is aware, this case concerns important constitutional and procedural rights of international students, and we represent six Plaintiffs whose claims are brought on behalf of a putative class. Defendants moved to dismiss this action entirely, arguing that the case is not justiciable because Plaintiffs' injuries have been redressed or are too speculative; in so arguing, Defendants attached additional evidence to their brief. ECF No. 83-2 (Brief). Plaintiffs are, obviously, allowed only one brief with which to refute the Government's broad-ranging arguments, which process requires summarizing the relevant laws, regulations, and policies concerning international students; describing the facts of the case, including the extensive and ongoing harm Defendants' actions caused Plaintiffs and the putative class; and demonstrating, with reference to appropriate case law, that Defendants are likely to repeat the unlawful conduct at issue in this case. Although we have made every effort to streamline our arguments, we respectfully submit that an additional ten pages is necessary to adequately address each of Defendants' arguments in a way that we believe will most assist the Court.

      Defendants' counsel consents to this request, and we would of course consent to a similar short extension of the page limit for Defendants' reply brief, should they request it. Thank you for your kind consideration of this request.

      Respectfully submitted,

      <u>/s/ Lawrence S. Lustberg</u>
      Lawrence S. Lustberg

cc: All Counsel of Record (via ECF)

      SO ORDERED this day of September 24, 2025
      <u>s/Katharine S. Hayden</u>
      Hon. Katharine S. Hayden, U.S.D.J.