

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
john.stinson@usdoj.gov

*main: (856) 757-5026*
*direct:(856) 757-5139*

November 24, 2025

**By ECF**
Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square, Courtroom 5
Newark, NJ 07101

  Re: *Student Does 1-6 v. Noem et al.*, Civ. No. 25-02998
     Proposed Briefing Schedule on Consent

Dear Judge Hayden:

  This Office represents federal officials from the Department of Homeland Security sued in their official capacities (collectively, "DHS") under the Administrative Procedure Act ("APA"). I write with the consent of Plaintiffs to respectfully propose a briefing schedule for: (1) DHS's reply brief in support of their motion to dismiss; and (2) DHS's brief in opposition to Plaintiff's motion to certify class as well as Plaintiff's reply brief.

  Regarding DHS's reply brief, Plaintiffs filed their opposition to DHS's motion to dismiss on September 25, 2025 pursuant to a brief extension granted by the Court. ECF Nos. 90-95. DHS' reply deadline would have been due on October 2, but Standing Order 2025-06 stayed this case because of the government shutdown, when this Office was generally prohibited from working on any cases except those "involving the safety of human life or the protection of property," 31 U.S.C. § 1342, such as emergent immigration matters. Now that the shutdown is over, we respectfully propose to file a reply brief by **December 15**.

  Regarding Plaintiffs motion for class certification, we respectfully propose filing our opposition brief by **January 15, 2026**. Plaintiffs indicated that they would then file a reply brief on or before **January 29, 2026**.

  We respectfully suggest that good cause exists for this proposed briefing schedule. As the Court is aware, we are handling an unprecedented volume of

emergent immigration habeas petitions, which we continue to prioritize. Also, Plaintiffs' opposition brief and class certification motion raise complex issues of law requiring close coordination with DHS and its components. This proposed briefing schedule will allow us to allocate our limited resources to address emergent matters while providing the Court with complete briefing on the issues raised by this case.

      If the Court is willing to grant this application, we respectfully request that Your Honor "So Order" this letter and submit it to the Clerk for docketing.

      We thank Your Honor for your consideration of this request.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

SO ORDERED this day of November 25, 2025
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

ALINA HABBA
Acting United States Attorney
Special Attorney

By:    /s/ *John T. Stinson*
JOHN T. STINSON
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for DHS*

cc:    All counsel of record (by ECF)