**FBT Gibbons**

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST AND CONSTITUTIONAL LAW

**Michael R. Noveck**
Executive Director

**Lawrence S. Lustberg**
Director Emeritus

**Ruth O'Herron**
**Madhulika Murali\***
Gibbons Fellows

*\*Admitted in NY only*

February 11, 2026

**Via ECF**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

      Re:  *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)

Dear Judge Hayden:

      As Your Honor is aware, this Firm represents Plaintiffs in the above-captioned matter. We write with the consent of Defendants to request a two-week extension of time within which to file our Reply Brief in further support of the pending Motion for Class Certification, such that our brief will be due on February 26, 2026. Defendants' opposition brief, which was filed on February 5, 2026, raises numerous factual and legal challenges to our proposed class which will require more than a week to thoroughly respond to in our Reply Brief. Plaintiffs have not previously sough an extension for the filing of this brief (and, it should noted, consented to two extensions of time for Defendants to file the opposition to which Plaintiffs are replying here).

      We hope this request is satisfactory to the Court; if it is, we have provided a So Ordered line below for Your Honor's convenience. Of course, if Your Honor has any questions or concerns about this request, please do not hesitate to contact me. Thank you for your kind consideration of this request.



**Hon. Katharine S. Hayden, U.S.D.J.**
February 11, 2026
Page 2

                        Respectfully submitted,

                        s/ Lawrence S. Lustberg
                        Lawrence S. Lustberg, Esq.

                        **FBT GIBBONS LLP**
                        One Gateway Center
                        Newark, New Jersey 07102
                        (973) 596-4500
                        llustberg@fbtgibbons.com

                        *Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)

                        **The request is So Ordered.**

                    **By:** s/Katharine S. Hayden
                            **KATHARINE S. HAYDEN, U.S.D.J.**

                  **Date:** 2/17/26