**FBT Gibbons**

JOHN J. GIBBONS FELLOWSHIP IN
PUBLIC INTEREST AND CONSTITUTIONAL LAW

**Michael R. Noveck**
Executive Director

**Lawrence S. Lustberg**
Director Emeritus

**Ruth O'Herron**
**Madhulika Murali***
Gibbons Fellows

*Admitted in NY only*

March 11, 2026

**Via ECF**

Honorable Katharine S. Hayden, U.S.D.J.
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

    **Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)**

Dear Judge Hayden,

  As Your Honor is aware, this Firm represents Plaintiffs in the above-captioned matter. Currently before the Court are Defendants' Motion to Dismiss (ECF No. 83), which has been fully briefed since December 15, 2025, and Plaintiffs' Motion for Class Certification and Appointment of Class Counsel (ECF No. 102), as to which briefing was completed on February 26, 2026. Because the parties are currently in settlement discussions, I write on behalf of all parties to request that the Court hold in abeyance the latter Motion for Class Certification for 30 days; we make this request with respect to the Motion for Class Certification only.

  We hope this request is satisfactory to the Court; if it is, we have provided a So Ordered line below for Your Honor's convenience. Of course, if Your Honor has any questions or concerns about this request, please do not hesitate to contact me. Thank you for your kind consideration of this request.



**Hon. Katharine S. Hayden, U.S.D.J.**
March 11, 2026
Page 2

                                           Respectfully submitted,

                                           s/ Lawrence S. Lustberg
\                                          Lawrence S. Lustberg, Esq.
                                         **FBT GIBBONS LLP**
                                         One Gateway Center
                                         Newark, New Jersey 07102
                                         (973) 596-4500
                                         llustberg@fbtgibbons.com

                                         *Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)


**The request is So Ordered.**

**By:** s/Katharine S. Hayden
       **KATHARINE S. HAYDEN, U.S.D.J.**

**Date:** March 12, 2026