# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2260

Student Doe #1, et al v. Secretary United States Department of Homeland Sec, et al

(U.S. District Court No.: 2:25-cv-02998)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 16, 2026

kr/cc: Farrin R. Anello, Esq.
John F. Basiak Jr., Esq.
Jason C. Hernandez, Esq.
Molly K.C. Linhorst, Esq.
Jeanne LoCicero, Esq.
Lawrence S. Lustberg, Esq.
Michael R. Noveck, Esq.
Ruth O'Herron, Esq.
Melissa E. Rhoads,
Jessica Rofe, Esq.
John T. Stinson, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate