**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Student DOE #1, Student DOE #2, Student DOE #3, Student DOE #4, Student DOE #5, and Student DOE #6, individually and on behalf of all others similarly situated, | |
| *Plaintiffs,* | Civ. No. 25-cv-2998 (KSH) (AME) |
| v. | |
| Kristi NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, Todd LYONS, Acting Director, U.S. Immigration and Customs Enforcement, Ricky J. PATEL, in his official capacity as Newark Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, John TSOUKARIS, in his official capacity as Newark Field Officer Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Edward V. OWENS, in his official capacity as Philadelphia Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, Brian McSHANE, in his official capacity as Philadelphia Acting Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, Rebecca C. GONZÁLEZ-RAMOS, in her official capacity as San Juan Special Agent in Charge, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, and Garrett J. RIPA, in his official capacity as Miami Field Office Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, | **ORDER** |
| *Defendants.* | |

**THIS MATTER** having come before the Court on defendants' motion to dismiss (D.E. 83); and the Court having considered the parties' briefing (D.E. 83, 94, 95, 105); and for the reasons set forth in the opinion filed herewith,

1

**IT IS** on this 25th day of March, 2026,

**ORDERED** that defendants' motion to dismiss is **DENIED**.

*/s/ Katharine S. Hayden*
Katharine S. Hayden, U.S.D.J.