

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*John T. Stinson*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*401 Market Street, 4th Fl.*        main: *(856) 757-5026*
*Camden, NJ 08101*                 direct: *(856) 757-5139*
*john.stinson@usdoj.gov*

April 20, 2026

**By ECF**
Hon. Katharine S. Hayden, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

> **Re:**   *Student Does 1-6 v. Mullin*, **No. 25-2998**
> **Consent Request of Federal Defendants for 21-day Extension of Deadline to Answer**

Dear Judge Hayden:

This Office represents the Federal Defendants in the above-referenced APA matter regarding Plaintiffs' Student and Exchange Visitor Information System ("SEVIS") accounts.  We write, with Plaintiffs' consent, to request a 21-day extension of the Federal Defendants' deadline to answer the Amended Complaint.[1] If granted, the new deadline would be May 13, 2026.

The Federal Defendants respectfully suggest that good cause exists to grant this relief because the parties have been engaged in settlement discussions, which have necessarily taken up the time and attention of assigned counsel from this Office and agency counsel at U.S. Immigration and Customs Enforcement. Further, because this is an APA action where some discovery was permitted last year, the Federal Defendants would like to plan next steps for the litigation with Plaintiffs in the event that a negotiated resolution cannot be reached at this time. The additional three weeks would allow for orderly progress of this matter and may facilitate settlement.

If this proposal is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket.

---

[1]   The Federal Defendants previously sought and obtained a 14-day Clerk's Extension under Local Civil Rule 6.1(b).

2

Thank you very much for your time and consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:    / s / *John T. Stinson*
JOHN T. STINSON
Assistant United States Attorney
Deputy Chief, Civil Division

cc:    Counsel of Record

SO ORDERED, this 21st day of April, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

2