**FBT Gibbons**

**JOHN J. GIBBONS FELLOWSHIP IN PUBLIC INTEREST AND CONSTITUTIONAL LAW**

**Michael R. Noveck**
Executive Director

**Lawrence S. Lustberg**
Director Emeritus

**Ruth O'Herron**
**Madhulika Murali***
Gibbons Fellows

*\*Admitted in NY only*

May 13, 2026

<u>**Via ECF**</u>

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

**Re: *Student Doe #1, et al. v. Noem, et al.*, No. 25-cv-2998 (KSH) (AME)**

Dear Judge Hayden,

As Your Honor is aware, this Firm represents Plaintiffs in the above-captioned matter. Previously, in March and April, we wrote on behalf of all parties to inform the Court that we were in settlement discussions and to therefore request that the Court hold in abeyance Plaintiffs' Motion for Class Certification and Appointment of Class Counsel. *See* ECF Nos. 102 (Class Cert. Motion), 113, 120 (Letters). By way of orders dated March 12 and April 13, 2026, the Court granted these requests. *See* ECF Nos. 114, 121. We now write on behalf of the parties to ask for an additional 30-day hold on that Motion, because settlement discussions continue, including that we met as recently as today, and we are hopeful that we will make substantial progress toward a resolution of Plaintiffs' claims within the next month.

We hope this request is satisfactory to the Court; if it is, we have provided a So Ordered line below for Your Honor's convenience. Of course, if Your Honor has any questions or concerns about this request, please do not hesitate to contact me. Thank you for your kind consideration of this request.



**Hon. Katharine S. Hayden, U.S.D.J.**
May 13, 2026
Page 2

Respectfully submitted,

s/ Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@fbtgibbons.com

*Counsel for Plaintiffs*

cc: All Counsel of Record (via ECF)

**The request is So Ordered.**

**By: s/Katharine S. Hayden**

**KATHARINE S. HAYDEN, U.S.D.J.**

**Date: 5/14/2026**

2