

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

*Alex Silagi*                                      *970 Broad Street, Suite 700*        main:  (973) 645-2700
Assistant United States Attorney                   *Newark, NJ 07102*                   direct: (973) 353-6001
*Deputy Chief, Civil Division*                     *alex.silagi@usdoj.gov*              fax:   (973) 297-2010

June 12, 2026

**BY ECF**
Hon. Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square, Courtroom 9
Newark, NJ 07102

> **Re:**   ***Student Doe #1, et al. v. Noem, et al.,* No. 25-2998**
> **Request for Continued Stay of Class Motions**

Dear Judge Hayden:

This Office represents Defendants in this matter. We write to update the Court on the parties' settlement negotiations and to respectfully request an additional 30-day stay of adjudication of Plaintiffs' class-based motions.

The parties have engaged in productive settlement discussions and have made progress toward consensual resolution of this action. Because of those discussions, the Court has held in abeyance Plaintiffs' motions for class certification and appointment of class counsel, ECF Nos. 102, 114, 121, 128. Settlement discussions were briefly paused, however, because counsel of record for Defendants, Deputy Chief John T. Stinson, recently left the U.S. Attorney's Office, and I have taken over this matter for him. I then participated in another productive one-hour settlement meeting with counsel for Plaintiffs on Tuesday, June 9, 2026. In that meeting, the parties continued to narrow the scope of unresolved issues to a few discrete settlement terms. The parties accordingly request an additional thirty-day hold on adjudication of the class-based motions at ECF No 102 so that the parties can continue making progress toward resolving this action.

Plaintiffs' counsel consents to this request. Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:     *s/ Alex Silagi*
        ALEX D. SILAGI
        Assistant United States Attorney
        Deputy Chief, Civil Division
        *Attorneys for Defendants*

cc:     Counsel of record (by ECF)

        SO ORDERED this day of June 12, 2026
        s/Katharine S. Hayden
        Hon. Katharine S. Hayden, U.S.D.J.

2