

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

_____

*Alex Silagi*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*     main:  (973) 645-2700
*Newark, NJ 07102*                direct: (973) 353-6001
*alex.silagi@usdoj.gov*           fax:   (973) 297-2010

July 13, 2026

**BY ECF**
Hon. Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square
Newark, NJ 07102

> **Re:** ***Student Doe #1, et al. v. Noem, et al.,*** **No. 25-2998**
> **Second Request for Continued Stay of Class Motions (On Consent)**

Dear Judge Hayden:

This Office represents Defendants in this matter. We write to update the Court on the parties' settlement negotiations and to respectfully request an additional 30-day stay of adjudication of Plaintiffs' class-based motions.

After the Court granted Defendants' prior request to continue the stay of all class motions, ECF No. 131, the parties have made further progress towards settling this matter. Over the past 30 days, the parties have reached agreement on several key terms of the proposed settlement agreement. These agreements constitute the most significant step toward final resolution of this action, as the terms previously disputed were essential to any settlement. The parties are now working through ancillary terms, on which the parties intend to make prompt progress. Defendants accordingly request an additional 30-day hold on adjudication of the class-based motions at ECF No. 102 so that the parties can ideally notify the Court that they have reached an agreement in principle.

This is Defendants' second request for an extension of the stay. Plaintiffs' counsel consents to this request. Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Alex Silagi*
      ALEX D. SILAGI
      Assistant United States Attorney
      Deputy Chief, Civil Division
      *Attorneys for Defendants*

cc:   Counsel of record (by ECF)


SO ORDERED this 14th day of July, 2026.
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.