**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
*United States Attorney*

*Margaret Ann Mahoney*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*margaret.an.mahoney@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2761*

November 6, 2026

**BY ECF**
Honorable Katherine S. Hayden, U.S.D.J.
United States District Court for the District of New Jersey
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square, Courtroom 5
Newark, NJ 07101

**Re:** ***Student Does 1-6 v. Noem et al.*****, Civ. No. 25-02998**
**Joint Status Update**

Dear Judge Hayden:

This Office represents federal officials from the Department of Homeland Security sued in their official capacities (collectively, "DHS") under the Administrative Procedure Act ("APA"). We write with the consent of Plaintiffs to respectfully provide a status update and seek leave to file an additional status report in 30 days, until December 7, 2026.

We respectfully suggest that good cause exists for this request. The Parties have continued productive negotiations and have further narrowed their discussions regarding the one remaining, relatively minor, open issue. Once the issue has been resolved, the Parties anticipate finalize the agreement and filing a stipulation of dismissal with the Court. In addition, as mentioned in the Parties' previous status update letter from September 30, 2026, ECF No. 139, Plaintiffs do not believe it will be necessary to renew the motion for class certification.

We thank the Court for its consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Margaret Ann Mahoney*

**SO ORDERED.**
Dated: November 12, 2026

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

MARGARET ANN MAHONEY
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (by ECF)